**MULTI-CAUSE, CLOSED, TRANSOUT**

**U.S. Bankruptcy Court**
**District of Delaware (Delaware)**
**Adversary Proceeding #: 10-54010-KJC**

*Assigned to:* Kevin J. Carey
*Lead BK Case:* 08-13141
*Lead BK Title:* Tribune Company
*Lead BK Chapter:* 11
*Demand:* $9000000000

*Date Filed:* 11/01/10
*Date Terminated:* 04/05/12

*Nature[s] of Suit:* 02 Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy)
13 Recovery of money/property - 548 fraudulent transfer
12 Recovery of money/property - 547 preference
81 Subordination of claim or interest

*Debtor*
———————————

**Tribune Company, et al.**

represented by **J. Kate Stickles**
Cole, Schotz, Meisel, Forman & Leonard,
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
usa
302-652-3131
Fax : 302-652-3117
Email: kstickles@coleschotz.com

*Plaintiff*
———————

**The Official Committee of Unsecured Creditors of Tribune Company,**
**on behalf of Tribune Company, et al.**

represented by **Adam G. Landis**
Landis Rath & Cobb LLP
919 Market Street
Suite 1800
Wilmington, DE 19801
usa
302-467-4400
Fax : 302-467-4450
Email: landis@lrclaw.com

**Andrew N Goldfarb**
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W., Suite 1000
Washington, DC 20036
(202) 778-1800

**Daniel B. Rath**
Landis Rath & Cobb LLP
919 Market Street
Suite 1800
Wilmington, DE 19801
302-467-4400
Fax : 302-467-4450
Email: rath@lrclaw.com
*LEAD ATTORNEY*

**Graeme W Bush**
Zukerman Spaeder LLP
1800 M Street, N.W., Suite 1000
Washington, DC 20036
(202) 778-1800

**James S. Green, Jr.**
Landis, Rath & Cobb LLP
919 Market Street
Suite 1800
Wilmington, DE 19801
302-467-4400
Fax : 302-467-4450
Email: green@lrclaw.com

**James S Sottile**
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W., Suite 1000
Washington, DC 20036
(202) 778-1800

CERTIFIED:
AS A TRUE COPY:
ATTEST:
DAVID D. BIRD, CLERK
U.S. BANKRUPTCY COURT

BY: Ken Brown
, Clerk
4/5/12

**Patricia P. McGonigle**
Seitz, Van Ogtrop & Green P.A.
222 Delaware Avenue
Suite 1500
Wilmington, DE 19899
usa
302-888-0600
Fax : 302-888-0606
Email: pmcgonigle@svglaw.com

**Rebecca L. Butcher**
Landis Rath & Cobb LLP
919 Market Street
Suite 1800
Wilmington, DE 19801
302-467-4400
Fax : 302-467-4450
Email: butcher@lrclaw.com

**Thomas G. Macauley**
Zuckerman and Spaeder LLP
919 Market Street
Suite 990
P.O. Box 1028
Wilmington, DE 19899
usa
302-427-0400
Fax : 302-427-8242
*TERMINATED: 09/15/2011*

V.

*Defendant*
-----------------

**Dennis J. Fitzsimmons**

represented by **Antranig N. Garibian**
Stradley Ronon Stevens & Young, LLP
1000 N. West Street
Suite 1278
Wilmington, DE 19801
302-295-3805
Fax : 302-295-3824
Email: agaribian@stradley.com

*Defendant*
-----------------

**Enrique Hernandez Jr.**

represented by **Enrique Hernandez Jr.**
PRO SE

*Defendant*
-----------------

**Betsy D. Holden**

represented by **Betsy D. Holden**
PRO SE

*Defendant*
-----------------

**Robert S. Morrison**

represented by **Robert S. Morrison**
PRO SE

*Defendant*
-----------------

**William A. Osborn**

represented by **William A. Osborn**
PRO SE

*Defendant*
-----------------

**Christopher Reyes**

represented by **Christopher Reyes**

PRO SE

*Defendant*
_____

**Dudley S. Taft**

represented by **Dudley S. Taft**
PRO SE

*Defendant*
_____

**Miles D. White**

represented by **Miles D. White**
PRO SE

*Defendant*
_____

**Jeffrey Chandler**

represented by **Jeffrey Chandler**
PRO SE

*Defendant*
_____

**Roger Goodan**

represented by **Roger Goodan**
PRO SE

*Defendant*
_____

**William Stinehart Jr.**

represented by **William Stinehart Jr.**
PRO SE

*Defendant*
_____

**Chandler Bigelow**

represented by **Bruce S. Sperling**
Sperling & Slater
55 West Monroe Street
Suite 3200
Chicago, IL 60603
312-641-3200
Fax : 312-641-6492
Email: bss@sperling-law.com

**Claire P. Murphy**
Sperling & Slater
55 West Monroe Street
Suite 3200
Chicago, IL 60603
312-641-3200
Fax : 312-641-6492
Email: cmurphy@sperling-law.com

**Daniel A. Shmikler**
Sperling & Slater, PC
55 West Monroe Street
Suite 3200
Chicago, IL 60603
312-641-3200
Fax : 312-641-6492
Email: dshmikler@sperling-law.com

**Gregg R. Hague**
Sperling & Slater
55 West Monroe Street
Suite 3200
Chicago, IL 60603
312-641-3200

Fax : 312-641-6492
Email: grh@sperling-law.com

**Joel E. Friedlander**
Bouchard, Margules & Friedlander
222 Delaware Avenue
Suite 1102
Wilmington, DE 19801
usa
302-573-3500
Fax : 302-573-3501
Email: jefdelaw@aol.com

**Scott F. Hessell**
Sperling & Slater
55 West Monroe Street
Suite 3200
Chicago, IL 60603
312-641-3200
Fax : 312-641-6492
Email: shessell@sperling-law.com

**Sean M. Brennecke**
Bouchard Margules & Friedlander
222 Delaware Avenue
Suite 1400
Wilmington, DE 19801
302-573-3500
Fax : 302-573-3501
*TERMINATED: 11/14/2011*

**Steven C. Florsheim**
Sperling & Slater
55 West Monror Street
Suite 3200
Chicago, IL 60603
312-641-3200
Fax : 312-641-6492
Email: sflorsheim@sperling-law.com

*Defendant*

---

**Donald C. Grenesko**

represented by **Donald C. Grenesko**
PRO SE

*Defendant*

---

**Mark W. Hianik**

represented by **Mark W. Hianik**
PRO SE

*Defendant*

---

**Daniel G. Kazan**

represented by **Daniel G. Kazan**
PRO SE

*Defendant*

---

**Crane H. Kenney**

represented by **Crane H. Kenney**
PRO SE

*Defendant*

---

**Thomas D. Leach**

represented by **Thomas D. Leach**
PRO SE

**Defendant**

Luis E. Lewin                                              represented by **Luis E. Lewin**
                                                                          PRO SE


**Defendant**

R. Mark Mallory                                           represented by **R. Mark Mallory**
                                                                          PRO SE


**Defendant**

Ruthellyn Musil                                           represented by **Ruthellyn Musil**
                                                                          PRO SE


**Defendant**

Harry Amsden                                              represented by **Harry Amsden**
                                                                          PRO SE


**Defendant**

Stephen D. Carver                                         represented by **Stephen D. Carver**
                                                                          PRO SE


**Defendant**

Thomas S. Finke                                           represented by **Thomas S. Finke**
                                                                          PRO SE


**Defendant**

Robert Gremillion                                         represented by **Robert Gremillion**
                                                                          PRO SE


**Defendant**

David Dean Hiller                                         represented by **David Dean Hiller**
                                                                          PRO SE


**Defendant**

Timothy P. Knight                                         represented by **Anthony M. Saccullo**
                                                                          A M Saccullo Legal, LLC
                                                                          27 Crimson King Drive
                                                                          Bear, DE 19701
                                                                          302-836-8877
                                                                          Fax : 302-836-8787
                                                                          Email: ams@saccullolegal.com
                                                                          *LEAD ATTORNEY*

                                                                          **Blake T. Hannafan**
                                                                          Hannafan & Hannafan, Ltd.
                                                                          One East Wacker Drive
                                                                          Suite 2800

Chicago, IL 60601
312-527-0055
Fax : 312-527-0220
Email: bth@hannafanlaw.com

**James A. McGuinness**
Hannafan & Hannafan, Ltd.
One East Wacker Drive
Suite 2800
Chicago, IL 60601
312-527-0055
Fax : 312-527-0220
Email: jam@hannafanlaw.com

**Michael T. Hannafan**
Hannafan & Hannafan, Ltd.
One East Wacker Drive
Suite 2800
Chicago, IL 60601
312-527-0055
Fax : 312-527-0220
Email: mth@hannafanlaw.com

**Thomas H. Kovach**
A.M. Saccullo Legal, LLC
27 Crimson King Drive
Bear, DE 19701
302-836-8877
Fax : 302-836-8787
Email: kovach@saccullolegal.com
*LEAD ATTORNEY*

*Defendant*

**Timothy J. Landon**                                    represented by **Timothy J. Landon**
                                                         PRO SE

*Defendant*

**Richard H. Malone**                                    represented by **Richard H. Malone**
                                                         PRO SE

*Defendant*

**Durham J. Monsma**                                     represented by **Durham J. Monsma**
                                                         PRO SE

*Defendant*

**Irving L. Quimby**                                     represented by **Irving L. Quimby**
                                                         PRO SE

*Defendant*

**John E. Reardon**                                      represented by **John E. Reardon**
                                                         PRO SE

*Defendant*

**Soctt C. Smith**                                       represented by **Soctt C. Smith**
                                                         PRO SE

*Defendant*
_____

**John J. Vitanovec**                                    represented by **John J. Vitanovec**
                                                          PRO SE


*Defendant*
_____

**Kathleen M. Waltz**                                    represented by **Kathleen M. Waltz**
                                                          PRO SE


*Defendant*
_____

**David D. Williams**                                    represented by **David D. Williams**
                                                          PRO SE


*Defendant*
_____

**John D. Worthington, IV**                              represented by **John D. Worthington, IV**
                                                          PRO SE


*Defendant*
_____

**Chandler Trust No. 1**                                 represented by **Chandler Trust No. 1**
                                                          PRO SE


*Defendant*
_____

**Chandler Trust No. 2**                                 represented by **Chandler Trust No. 2**
                                                          PRO SE


*Defendant*
_____

**Robert R. McCormick Foundation**                       represented by **Richard W. Riley**
                                                          Duane Morris LLP
                                                          1100 North Market Street, Suite 1200
                                                          Wilmington, DE 19801
                                                          302-657-4900
                                                          Fax : 302-657-4901
                                                          Email: rwriley@duanemorris.com


*Defendant*
_____

**Cantigny Foundation**                                  represented by **Cantigny Foundation**
                                                          PRO SE


*Defendant*
_____

**Samuel Zell**                                          represented by **Samuel Zell**
                                                          PRO SE


*Defendant*
_____

**EGI-TRB, L.L.C.**                                      represented by **EGI-TRB, L.L.C.**

PRO SE

*Defendant*
_____

**Sam Investment Trust**

represented by **Sam Investment Trust**
PRO SE

*Defendant*
_____

**Tower CH, L.L.C.**

represented by **Tower CH, L.L.C.**
PRO SE

*Defendant*
_____

**Tower DC, L.L.C.**

represented by **Tower DC, L.L.C.**
PRO SE

*Defendant*
_____

**Tower DL, L.L.C.**

represented by **Tower DL, L.L.C.**
PRO SE

*Defendant*
_____

**Tower EH, L.L.C.**

represented by **Tower EH, L.L.C.**
PRO SE

*Defendant*
_____

**Tower Greenspun DGSPT, LLC**

represented by **Tower Greenspun DGSPT, LLC**
PRO SE

*Defendant*
_____

**Tower Greenspun JGGSTP, LLC**

represented by **Tower Greenspun JGGSTP, LLC**
PRO SE

*Defendant*
_____

**Tower Greenspun SGFFT, LLC**

represented by **Tower Greenspun SGFFT, LLC**
PRO SE

*Defendant*
_____

**Tower Greenspun, L.L.C.**

represented by **Tower Greenspun, L.L.C.**
PRO SE

*Defendant*
_____

**Tower HZ, L.L.C.**

represented by **Tower HZ, L.L.C.**
PRO SE

*Defendant*
_____
**Tower JB, L.L.C.**

represented by **Tower JB, L.L.C.**
PRO SE

*Defendant*
_____
**Tower JK, L.L.C.**

represented by **Tower JK, L.L.C.**
PRO SE

*Defendant*
_____
**Tower JP, L.L.C.**

represented by **Tower JP, L.L.C.**
PRO SE

*Defendant*
_____
**Tower JS, L.L.C.**

represented by **Tower JS, L.L.C.**
PRO SE

*Defendant*
_____
**Tower KS, L.L.C.**

represented by **Tower KS, L.L.C.**
PRO SE

*Defendant*
_____
**Tower LL, L.L.C.**

represented by **Tower LL, L.L.C.**
PRO SE

*Defendant*
_____
**Tower LM, L.L.C.**

represented by **Tower LM, L.L.C.**
PRO SE

*Defendant*
_____
**Tower LZ, L.L.C.**

represented by **Tower LZ, L.L.C.**
PRO SE

*Defendant*
_____
**Tower MH, L.L.C.**

represented by **Tower MH, L.L.C.**
PRO SE

*Defendant*

**Tower MS, L.L.C.**

represented by **Tower MS, L.L.C.**
PRO SE

*Defendant*

**Tower MZ, L.L.C.**

represented by **Tower MZ, L.L.C.**
PRO SE

*Defendant*

**Tower NL, L.L.C.**

represented by **Tower NL, L.L.C.**
PRO SE

*Defendant*

**Tower PH, L.L.C.**

represented by **Tower PH, L.L.C.**
PRO SE

*Defendant*

**Tower PT, L.L.C.**

represented by **Tower PT, L.L.C.**
PRO SE

*Defendant*

**Tower SF, L.L.C.**

represented by **Tower SF, L.L.C.**
PRO SE

*Defendant*

**Tower TT, L.L.C.**

represented by **Tower TT, L.L.C.**
PRO SE

*Defendant*

**Tower VC, L.L.C.**

represented by **Tower VC, L.L.C.**
PRO SE

*Defendant*

**Tower WP, L.L.C.**

represented by **Tower WP, L.L.C.**
PRO SE

*Defendant*

**GreatBanc Trust Company**

represented by **Willliam J. Barrett**
Barack Ferrazzano Kirschbaum & Nagelberg
200 West Madison St
Suite 3900
Chicago, IL 60606
312-629-5170

Fax : 312-984-3150
Email: william.barrett@bfkn.com

*Defendant*

**Duff & Phelps, LLC**                                    represented by **Duff & Phelps, LLC**
                                                                          PRO SE

*Defendant*

**Valuation Research Corporation**                       represented by **Valuation Research Corporation**
                                                                          PRO SE

*Defendant*

**Does 1 - 25**                                          represented by **Does 1 - 25**
                                                                          PRO SE

*Defendant*

**Morgan Stanley & Co., Inc.**                           represented by **Morgan Stanley & Co., Inc.**
1585 Broadway                                                             PRO SE
New York, NY 10036

*Defendant*

**Morgan Stanley Capital Services, Inc.**                represented by **Morgan Stanley Capital Services, Inc.**
                                                                          PRO SE

*Defendant*

**Merrill, Lynch, Pierce, Fenner & Smith Incorporated**  represented by **R. Stephen McNeill**
                                                                          Potter Anderson & Corroon LLP
                                                                          1313 N. Market Street
                                                                          P.O. Box 651
                                                                          Wilmington, DE 19899
                                                                          302-984-6171
                                                                          Fax : 902-658-1192
                                                                          Email: bankruptcy@potteranderson.com

*Defendant*

**Citigroup Global Markets, Inc.**                       represented by **Citigroup Global Markets, Inc.**
                                                                          PRO SE

*Defendant*

**The DFA Investment Trust Company, DFA Investment Dimensions**   represented by **The DFA Investment Trust Company, DFA Investment Dimensions**
**Group, Inc., The Alliance Bernstein Portfolios, Frank W. Denius,**              **Group, Inc., The Alliance Bernstein Portfolios, Frank W. Denius,**
**Donald M. Hinman Jr., Lewis Tatman and William F. Warchol,**                   **Donald M. Hinman Jr., Lewis Tatman and Willilam F. Warchol,**
                                                                          PRO SE

*Defendant*

**Equity Group Investments, L.L.C.**                     represented by **Equity Group Investments, L.L.C.**
                                                                          PRO SE

*Defendant*

**WT Mutual Fund**

represented by **Evelyn J. Meltzer**
Pepper Hamilton LLP
Hercules Plaza
Suite 5100, 1313 N. Market Street
Wilmington, DE 19899
302-777-6500
Fax : 302-421-8390
Email: meltzere@pepperlaw.com

*Defendant*

**New York State Common Retirement Fund**

represented by **Colm F. Connolly**
Morgan, Lewis & Bockius LLP
The Nemours Building
1007 North Orange Street
Suite 501
Wilmington, DE 19801
302-574-3000
Fax : 302-574-3001
Email: cconnolly@morganlewis.com

*Defendant*

**DFA Investment Dimensions Group, Inc.**

represented by **DFA Investment Dimensions Group, Inc.**
PRO SE

*Defendant*

**William F. Warchol**

represented by **William F. Warchol**
PRO SE

*Defendant*

**Lewis Taman**

represented by **Lewis Taman**
PRO SE

*Defendant*

**Donald M. Hinman, Jr.**

represented by **Donald M. Hinman, Jr.**
PRO SE

*Defendant*

**Frank W. Denius**

represented by **Frank W. Denius**
PRO SE

*Defendant*

**The Alliance Bernstein Portfolios**

represented by **The Alliance Bernstein Portfolios**
PRO SE

*Defendant*

**Enrique Hernandez, Jr., Betsy D. Holden, Robert S. Morrison, William** represented by **Enrique Hernandez, Jr., Betsy D. Holden, Robert S. Morrison,**

A. Osborn, Christopher Reyes, Dudley S. Taft, Miles D. White

William A. Osborn, Christopher Reyes, Dudley S. Taft, Miles D. White
PRO SE

*Defendant*

**Amalgamated Bank**
275 Seventh Ave.
New York, NY 10001

represented by **Alan J. Stone**
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
212-530-5285
Fax : 212-822-5285
Email: astone@milbank.com

*Defendant*

**Marshwinds Advisory Co.**

represented by **Daniel Horowitz**
Law Offices of Daniel Horowitz
223 Waverly Road
Wilmington, DE 19803
215-760-8261
Fax : 302-655-7346
Email: dhorowit@alumni.law.upenn.edu

*Defendant*

**RegentAtlantic Capital, LLC**

represented by **Duane David Werb**
Werb & Sullivan
300 Delaware Avenue
10th Floor
Wilmington, DE 19801
usa
302 652-1100
Fax : 302-652-1111
Email: dwerb@werbsullivan.com

*Defendant*

**Adage Capital Advisors, L.L.C.**

represented by **Adage Capital Advisors, L.L.C.**
PRO SE

*Defendant*

**Aetos Corporation**

represented by **Aetos Corporation**
PRO SE

*Defendant*

**Alpha Master LTD RE UBS**

represented by **Alpha Master LTD RE UBS**
PRO SE

*Defendant*

**Arizona State Retirement System**

represented by **Arizona State Retirement System**
PRO SE

*Defendant*

**Arrow Distressed Fund**

represented by **Arrow Distressed Fund**
PRO SE

*Defendant*

**Arrow Hedge Partners, INC**

represented by **Arrow Hedge Partners, INC**
PRO SE

*Defendant*

**B Trade Services LLC**

represented by **B Trade Services LLC**
PRO SE

*Defendant*

**Baldwin Enterprises, Inc.**

represented by **Baldwin Enterprises, Inc.**
PRO SE

*Defendant*

**BANK OF AMERICA**

represented by **BANK OF AMERICA**
PRO SE

*Defendant*

**Bank of America NA**

represented by **Bank of America NA**
PRO SE

*Defendant*

**Banque D'Orsay**

represented by **Banque D'Orsay**
PRO SE

*Defendant*

**BARCLAYS BANK PLC**

represented by **BARCLAYS BANK PLC**
PRO SE

*Defendant*

**Baxter**

represented by **Baxter**
PRO SE

*Defendant*

**BBT Fund LP**

represented by **BBT Fund LP**
PRO SE

*Defendant*

**Beaird, Betty**

represented by **Beaird, Betty**
PRO SE

*Defendant*

**Bear Stearns Equity Strategies RT LLC**                    represented by **Bear Stearns Equity Strategies RT LLC**
                                                                            PRO SE

*Defendant*

**Bechtel Corporation**                                       represented by **Bechtel Corporation**
                                                                            PRO SE

*Defendant*

**Bell Atlantic Master Trust**                                represented by **Bell Atlantic Master Trust**
                                                                            PRO SE

*Defendant*

**Bellsouth Corp.**                                           represented by **Bellsouth Corp.**
                                                                            PRO SE

*Defendant*

**Bernard Osher Trust**                                       represented by **Bernard Osher Trust**
                                                                            PRO SE

*Defendant*

**Beverly Mackintosh Trustee**                                represented by **Dana K Etre**
                                                                            Hermes, Netbum, O'Connor & Spearing, P.C
                                                                            265 Franklin Street, 7th Floor
                                                                            Boston, MA 02110
                                                                            (617) 728 - 0050
                                                                            Email: detre@hermesnetburn.com

                                                                            **Duane David Werb**
                                                                            (See above for address)

                                                                            **Peter G Hermes**
                                                                            Hermes, Netbum, O'Connor & Spearing, P.C
                                                                            265 Franklin Street, 7th Floor
                                                                            Boston, MA 02110
                                                                            (617) 728 - 0050
                                                                            Email: phermes@hermesnetburn.com

*Defendant*

**Blackport Capital Fund LTD**                                represented by **Blackport Capital Fund LTD**
                                                                            PRO SE

*Defendant*

**BNP Paribas Securities Corp.**                              represented by **Alan J. Stone**
                                                                            (See above for address)

*Defendant*

**BNY GCM RE Morgan Stanley & CO INTL**      represented by **BNY GCM RE Morgan Stanley & CO INTL**
                  PRO SE

*Defendant*

**Boston Trust & Investment**      represented by **Boston Trust & Investment**
                  PRO SE

*Defendant*

**BP Pension Services Limited**      represented by **BP Pension Services Limited**
                  PRO SE

*Defendant*

**Bradford, Sharon Anne**      represented by **Bradford, Sharon Anne**
                  PRO SE

*Defendant*

**CA PUBLIC EE RETRMNT SYS**      represented by **CA PUBLIC EE RETRMNT SYS**
                  PRO SE

*Defendant*

**Cahn, Kenneth**      represented by **Cahn, Kenneth**
                  PRO SE

*Defendant*

**Caisse DE Depot**      represented by **Caisse DE Depot**
                  PRO SE

*Defendant*

**Calpers**      represented by **Calpers**
                  PRO SE

*Defendant*

**Camden Asset Managment LP**      represented by **Camden Asset Managment LP**
                  PRO SE

*Defendant*

**Camilla Chandler Family Foundation**      represented by **Camilla Chandler Family Foundation**
                  PRO SE

*Defendant*

**Carlyle Multi-Strategy Master**

represented by **Carlyle Multi-Strategy Master**
PRO SE

*Defendant*

**Charles Schwab INV. MGT. CO**

represented by **Charles Schwab INV. MGT. CO**
PRO SE

*Defendant*

**Citigroup Global Markets Inc.**

represented by **Citigroup Global Markets Inc.**
PRO SE

*Defendant*

**Commonwealth of PA Public School Employees' Retirement System**

represented by **Commonwealth of PA Public School Employees' Retirement System**
PRO SE

*Defendant*

**Concentrated Alpha PTN LP**

represented by **Concentrated Alpha PTN LP**
PRO SE

*Defendant*

**Consolidated Edison of NY**

represented by **Consolidated Edison of NY**
PRO SE

*Defendant*

**CREDIT SUISSE FIRST BOSTON**

represented by **CREDIT SUISSE FIRST BOSTON**
PRO SE

*Defendant*

**Cutler Group LP**

represented by **Cutler Group LP**
PRO SE

*Defendant*

**D E Shaw Valence Portfolio LLC**

represented by **D E Shaw Valence Portfolio LLC**
PRO SE

*Defendant*

**Danske Bank**

represented by **Danske Bank**
PRO SE

*Defendant*

**Davenport, L. Dean**                                      represented by **Davenport, L. Dean**
                                                                          PRO SE


*Defendant*

**DBSO Securities LTD.**                                    represented by **DBSO Securities LTD.**
                                                                          PRO SE


*Defendant*

**Deephaven Capital Management**                            represented by **Deephaven Capital Management**
                                                                          PRO SE


*Defendant*

**Dennis J Fitzsimons Trustee**                             represented by **Dennis J Fitzsimons Trustee**
                                                                          PRO SE


*Defendant*

**DEPFA Bank PLC**                                          represented by **DEPFA Bank PLC**
                                                                          PRO SE


*Defendant*

**Dexia Bank (Customer's Account)**                         represented by **Dexia Bank (Customer's Account)**
                                                                          PRO SE


*Defendant*

**Diamondback Capital Management**                          represented by **Diamondback Capital Management**
                                                                          PRO SE


*Defendant*

**Donald Grenesko and Marcia Grenesko**                     represented by **Donald Grenesko and Marcia Grenesko**
                                                                          PRO SE


*Defendant*

**Double Black Diamond**                                    represented by **Double Black Diamond**
                                                                          PRO SE


*Defendant*

**Double Black Diamond Offshore LTD.**                      represented by **Double Black Diamond Offshore LTD.**
                                                                          PRO SE

*Defendant*

**Drawbridge Global Macro**                                    represented by **Drawbridge Global Macro**
                                                                               PRO SE


*Defendant*

**Federated Investors**                                        represented by **Federated Investors**
                                                                               PRO SE


*Defendant*

**Federated MDT Stock Trust**                                  represented by **Federated MDT Stock Trust**
                                                                               PRO SE


*Defendant*

**Federated Securities Corp.**                                 represented by **Federated Securities Corp.**
                                                                               PRO SE


*Defendant*

**Fidelity Commonwealth Trust**                                represented by **Alan J. Stone**
                                                                               (See above for address)


*Defendant*

**Fidelity Concord Street Trust**                              represented by **Alan J. Stone**
                                                                               (See above for address)


*Defendant*

**First Eagle Contrarian Value Master Fund, LTD.**             represented by **First Eagle Contrarian Value Master Fund, LTD.**
                                                                               PRO SE


*Defendant*

**First Investors Utilities Income**                           represented by **First Investors Utilities Income**
                                                                               PRO SE


*Defendant*

**Firstar Trust Company**                                      represented by **Firstar Trust Company**
                                                                               PRO SE


*Defendant*

**Florida Retirement System**                                  represented by **Florida Retirement System**
                                                                               PRO SE


*Defendant*

**FOLKSAMERICA REINSURANCE COMPANY**

represented by **FOLKSAMERICA REINSURANCE COMPANY**
PRO SE

*Defendant*

**Frank Russell Trust Company**

represented by **Frank Russell Trust Company**
PRO SE

*Defendant*

**Gabelli Funds, Inc.**

represented by **Gabelli Funds, Inc.**
PRO SE

*Defendant*

**Galleon Management LP**

represented by **Galleon Management LP**
PRO SE

*Defendant*

**GDK INC**

represented by **GDK INC**
PRO SE

*Defendant*

**General Motors Investment Management Corporation**

represented by **General Motors Investment Management Corporation**
PRO SE

*Defendant*

**Gerald W Agema Trustee**

represented by **Gerald W Agema Trustee**
PRO SE

*Defendant*

**Glassell JR, Alfred C**

represented by **Glassell JR, Alfred C**
PRO SE

*Defendant*

**Goldentree Master Fund LTD.**

represented by **Goldentree Master Fund LTD.**
PRO SE

*Defendant*

**Government of Spore Investment**

represented by **Government of Spore Investment**
PRO SE

*Defendant*

Gryphon Hidden Values VIII L.P.

represented by **Gryphon Hidden Values VIII L.P.**
PRO SE

*Defendant*

GS Investment Strat LLC

represented by **GS Investment Strat LLC**
PRO SE

*Defendant*

Halbower, Matthew

represented by **Halbower, Matthew**
PRO SE

*Defendant*

Hedgehog Capital LLC

represented by **Hedgehog Capital LLC**
PRO SE

*Defendant*

Hedonic Capital LLC

represented by **Hedonic Capital LLC**
PRO SE

*Defendant*

HFR Asset MGMT. LLC

represented by **HFR Asset MGMT. LLC**
PRO SE

*Defendant*

Highbridge International LLC

represented by **Highbridge International LLC**
PRO SE

*Defendant*

Hinman, Monika K

represented by **Hinman, Monika K**
PRO SE

*Defendant*

HOMELAND INSURANCE COMPANY OF

represented by **HOMELAND INSURANCE COMPANY OF**
PRO SE

*Defendant*

Howells, Polly H.

represented by **Howells, Polly H.**
PRO SE

*Defendant*

**Hudson Bay Fund LP**

represented by **Hudson Bay Fund LP**
PRO SE

*Defendant*

**Hudson Bay Master Fund LTD**

represented by **Hudson Bay Master Fund LTD**
PRO SE

*Defendant*

**Hussman Strategic Growth Fund**

represented by **Hussman Strategic Growth Fund**
PRO SE

*Defendant*

**IBM Personal Pension Plan Trust**

represented by **Christopher R. Belmonte**
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, NY 10169
212-818-9200
Fax : 212-818-9606
Email: cbelmonte@ssbb.com

*Defendant*

**Illinois State Board of Investment**

represented by **Illinois State Board of Investment**
PRO SE

*Defendant*

**ING LARGECAP VALUE FUND**

represented by **ING LARGECAP VALUE FUND**
PRO SE

*Defendant*

**INTERNATIONAL BUSINESS MACHINES CORPORATION**

represented by **INTERNATIONAL BUSINESS MACHINES CORPORATION**
PRO SE

*Defendant*

**Investment Fund Limited**

represented by **Investment Fund Limited**
PRO SE

*Defendant*

**Investment Tech Group Inc**

represented by **Investment Tech Group Inc**
PRO SE

*Defendant*

**INVESTEMENTS LTD (USD PB ACC)**

represented by **INVESTEMENTS LTD (USD PB ACC)**
PRO SE

*Defendant*

John E. Flick & Lois L. Flick

represented by **John E. Flick & Lois L. Flick**
PRO SE

*Defendant*

John Hancock Financial

represented by **John Hancock Financial**
PRO SE

*Defendant*

John S Ayers Trustee

represented by **John S Ayers Trustee**
PRO SE

*Defendant*

John Spears

represented by **John Spears**
PRO SE

*Defendant*

John W. Madigan Trustee

represented by **John W. Madigan Trustee**
PRO SE

*Defendant*

Johnson, Nancy Fay

represented by **Johnson, Nancy Fay**
PRO SE

*Defendant*

Laffer Investments

represented by **Laffer Investments**
PRO SE

*Defendant*

Lancashire Insurance Company, LTD.

represented by **Lancashire Insurance Company, LTD.**
PRO SE

*Defendant*

LEHMAN BROTHERS INC

represented by **LEHMAN BROTHERS INC**
PRO SE

*Defendant*

Lighthouse Partners, LLC

represented by **Lighthouse Partners, LLC**

PRO SE

*Defendant*

**LOCKWOOD BROS INC**

represented by **LOCKWOOD BROS INC**
PRO SE

*Defendant*

**Lockwood, James L**

represented by **Lockwood, James L**
PRO SE

*Defendant*

**LOEB ARBITRAGE MANAGEMENT LP**

represented by **LOEB ARBITRAGE MANAGEMENT LP**
PRO SE

*Defendant*

**Louise R. Outhouse Revocable Living Trust**

represented by **Louise R. Outhouse Revocable Living Trust**
PRO SE

*Defendant*

**LTD RE ALSON CAP PARTNERS LLC**

represented by **LTD RE ALSON CAP PARTNERS LLC**
PRO SE

*Defendant*

**LU, DAVID T.K.**

represented by **LU, DAVID T.K.**
PRO SE

*Defendant*

**Lucent Technologies Inc.**

represented by **Lucent Technologies Inc.**
PRO SE

*Defendant*

**M & J Investment Group L.P.**

represented by **M & J Investment Group L.P.**
PRO SE

*Defendant*

**Madison Street Fund, L.P.**

represented by **Madison Street Fund, L.P.**
PRO SE

*Defendant*

**Managed Pension Funds Limited**                                represented by **Managed Pension Funds Limited**
                                                                                PRO SE

*Defendant*
----------------
**Manulife U.S. Equity**                                         represented by **Manulife U.S. Equity**
                                                                                PRO SE

*Defendant*
----------------
**Maple Partners America Inc.**                                  represented by **Maple Partners America Inc.**
                                                                                PRO SE

*Defendant*
----------------
**MASTER EQUITIES I LTD (GAP)**                                  represented by **MASTER EQUITIES I LTD (GAP)**
                                                                                PRO SE

*Defendant*
----------------
**Maxim Foreign Equity Portfolio**                               represented by **Maxim Foreign Equity Portfolio**
                                                                                PRO SE

*Defendant*
----------------
**McCormick Tankersley, Ruth**                                   represented by **McCormick Tankersley, Ruth**
                                                                                PRO SE

*Defendant*
----------------
**Mellon Bank N.A. Employee Benefit Plan**                       represented by **Mellon Bank N.A. Employee Benefit Plan**
                                                                                PRO SE

*Defendant*
----------------
**Merrill Lynch**                                                represented by **Merrill Lynch**
                                                                                PRO SE

*Defendant*
----------------
**Merrill Lynch Trust Company**                                  represented by **Merrill Lynch Trust Company**
                                                                                PRO SE

*Defendant*
----------------
**Metropolitan Life**                                            represented by **Metropolitan Life**
                                                                                PRO SE

*Defendant*

**Metropolitan Stock Index Fund**

represented by **Metropolitan Stock Index Fund**
PRO SE

*Defendant*

**Millenco LLC**

represented by **Millenco LLC**
PRO SE

*Defendant*

**Minnesota State Board of INVMT**

represented by **Minnesota State Board of INVMT**
PRO SE

*Defendant*

**Mitchell, Grace M**

represented by **Mitchell, Grace M**
PRO SE

*Defendant*

**Montpelier RE Holdings, LTD.**

represented by **Montpelier RE Holdings, LTD.**
PRO SE

*Defendant*

**Morgan Stanley & CO INC**

represented by **Morgan Stanley & CO INC**
PRO SE

*Defendant*

**Morgan Stanley & Co Intl Ltd**

represented by **Morgan Stanley & Co Intl Ltd**
PRO SE

*Defendant*

**Mr Bernard E Waterman and Mrs Edith B Waterman**

represented by **Mr Bernard E Waterman and Mrs Edith B Waterman**
PRO SE

*Defendant*

**NEFF ALTERNATIVE MANAGEMENTS**

represented by **NEFF ALTERNATIVE MANAGEMENTS**
PRO SE

*Defendant*

**New York State Teachers Retirement System**

represented by **New York State Teachers Retirement System**
PRO SE

*Defendant*

**Norges Bank Investment Management**

represented by **Norges Bank Investment Management**
PRO SE

*Defendant*

**Northwestern Mutual Series Fund Inc.**

represented by **Northwestern Mutual Series Fund Inc.**
PRO SE

*Defendant*

**NYC Employees Retirement System**

represented by **NYC Employees Retirement System**
PRO SE

*Defendant*

**OMERS ADMINISTRATION CORP.**

represented by **OMERS ADMINISTRATION CORP.**
PRO SE

*Defendant*

**One Beacon America Insurance Company**

represented by **One Beacon America Insurance Company**
PRO SE

*Defendant*

**ONEBEACON INSURANCE CO.**

represented by **ONEBEACON INSURANCE CO.**
PRO SE

*Defendant*

**ONEBEACON INSURANCE SAVINGS PLAN**

represented by **ONEBEACON INSURANCE SAVINGS PLAN**
PRO SE

*Defendant*

**ONTARIO PENSION BOARD**

represented by **ONTARIO PENSION BOARD**
PRO SE

*Defendant*

**Paloma Securities LLC**

represented by **Paloma Securities LLC**
PRO SE

*Defendant*

**Pennsylvania General Insurance CO.**

represented by **Pennsylvania General Insurance CO.**
PRO SE

*Defendant*
_____

**Perry Partners L.P.**                 represented by **Perry Partners L.P.**
                                                 PRO SE

*Defendant*
_____

**Perry, Beverly**                     represented by **Perry, Beverly**
                                                 PRO SE

*Defendant*
_____

**Petersen, Kenneth**                  represented by **Petersen, Kenneth**
                                               PRO SE

*Defendant*
_____

**Pope, Martha P/ Executrix**         represented by **Pope, Martha P/ Executrix**
                                               PRO SE

*Defendant*
_____

**PRIAC FUNDS**                    represented by **PRIAC FUNDS**
                                               PRO SE

*Defendant*
_____

**PRISM PARTNERS I**              represented by **PRISM PARTNERS I**
                                                 PRO SE

*Defendant*
_____

**PRISM PARTNERS III LEVERAGE LP**    represented by **PRISM PARTNERS III LEVERAGE LP**
                                               PRO SE

*Defendant*
_____

**PRISM PARTNERS IV**            represented by **PRISM PARTNERS IV**
                                               PRO SE

*Defendant*
_____

**Progressive Casualty Insurance**       represented by **Progressive Casualty Insurance**
                                               PRO SE

*Defendant*
_____

**Public Employees' Retirement System of Mississippi**    represented by **Public Employees' Retirement System of Mississippi**
                                               PRO SE

*Defendant*

QES QVT FUND LP                              represented by **QES QVT FUND LP**
                                                              PRO SE


*Defendant*

**QUAAL, DOROTHY**                           represented by **QUAAL, DOROTHY**
                                                              PRO SE


*Defendant*

**QUAAL, WARD L**                            represented by **QUAAL, WARD L**
                                                              PRO SE


*Defendant*

**R MARK MALLORY TRUSTEE**                   represented by **R MARK MALLORY TRUSTEE**
                                                              PRO SE


*Defendant*

**RABO CAPITAL SERVICES, INC.**              represented by **RABO CAPITAL SERVICES, INC.**
                                                              PRO SE


*Defendant*

**REDBOURN PARTNERS LTD**                    represented by **REDBOURN PARTNERS LTD**
                                                              PRO SE


*Defendant*

**RELATIVE VALUE LTD**                       represented by **RELATIVE VALUE LTD**
                                                              PRO SE


*Defendant*

**RIEF RMP LLC**                             represented by **RIEF RMP LLC**
                                                              PRO SE


*Defendant*

**RIEF TRADING LLC**                         represented by **RIEF TRADING LLC**
                                                              PRO SE


*Defendant*

**RITCH, MARGARET S**                        represented by **RITCH, MARGARET S**
                                                              PRO SE

*Defendant*

**ROYAL TRUST CORPORATION OF CANADA**

represented by **ROYAL TRUST CORPORATION OF CANADA**
PRO SE

*Defendant*

**RUTHELLYN MUSIL TRUSTEE**

represented by **RUTHELLYN MUSIL TRUSTEE**
PRO SE

*Defendant*

**Sanford C Bernstein Fund Inc**

represented by **Sanford C Bernstein Fund Inc**
PRO SE

*Defendant*

**Scott C Smith Trustee**

represented by **Scott C Smith Trustee**
PRO SE

*Defendant*

**Security Benefit Life Insurance Corporation**

represented by **Security Benefit Life Insurance Corporation**
PRO SE

*Defendant*

**Sherrouse, Willie H.**

represented by **Sherrouse, Willie H.**
PRO SE

*Defendant*

**Sjunde AP-Fonden Premium Savings FD**

represented by **Sjunde AP-Fonden Premium Savings FD**
PRO SE

*Defendant*

**Societe Generale Asset Management Alternative Investments**

represented by **Societe Generale Asset Management Alternative Investments**
PRO SE

*Defendant*

**South Carolina Retirement System**

represented by **South Carolina Retirement System**
PRO SE

*Defendant*

**Stark Global Opportunities Master Fund LTD**

represented by **Stark Global Opportunities Master Fund LTD**
PRO SE

**Defendant**

**Stark Master Fund Ltd**

represented by **Stark Master Fund Ltd**
PRO SE

**Defendant**

**State of Michigan**

represented by **State of Michigan**
PRO SE

**Defendant**

**State Street Bank and TR Company**

represented by **State Street Bank and TR Company**
PRO SE

**Defendant**

**State Teachers Retirement System**

represented by **State Teachers Retirement System**
PRO SE

**Defendant**

**Stichting Pensioenfonds ABP**

represented by **Stichting Pensioenfonds ABP**
PRO SE

**Defendant**

**Stichting Pensioenfonds VAN DE**

represented by **Stichting Pensioenfonds VAN DE**
PRO SE

**Defendant**

**Stichting Pensioenfonds Zorg**

represented by **Stichting Pensioenfonds Zorg**
PRO SE

**Defendant**

**Stichting Shell Pensioenfonds**

represented by **Stichting Shell Pensioenfonds**
PRO SE

**Defendant**

**SUNAMERICA ASSET MANAGEMENT**

represented by **SUNAMERICA ASSET MANAGEMENT**
PRO SE

**Defendant**

**Susquehanna Capital Group**

represented by **Susquehanna Capital Group**

PRO SE

*Defendant*
────────────
**Susquehanna Investment Group**

represented by **Susquehanna Investment Group**
PRO SE

*Defendant*
────────────
**Susquehanna Securities**

represented by **Susquehanna Securities**
PRO SE

*Defendant*
────────────
**Symetra Financial Corp**

represented by **Symetra Financial Corp**
PRO SE

*Defendant*
────────────
**Symetra Life Insurance Co.**

represented by **Symetra Life Insurance Co.**
PRO SE

*Defendant*
────────────
**T. Rowe Price Associates**

represented by **T. Rowe Price Associates**
PRO SE

*Defendant*
────────────
**T. Rowe Price Equity Income Trust**

represented by **T. Rowe Price Equity Income Trust**
PRO SE

*Defendant*
────────────
**Talon Opportunity Partners LP**

represented by **Talon Opportunity Partners LP**
PRO SE

*Defendant*
────────────
**TBK Partners, LLC**

represented by **TBK Partners, LLC**
PRO SE

*Defendant*
────────────
**TD U.S Large Cap Value Fund**

represented by **TD U.S Large Cap Value Fund**
PRO SE

*Defendant*
────────────

Teachers' Retirement System of Louisiana

represented by **Teachers' Retirement System of Louisiana**
PRO SE

*Defendant*

**Texas Education Agency**

represented by **Texas Education Agency**
PRO SE

*Defendant*

**TIAA-CREF**

represented by **TIAA-CREF**
PRO SE

*Defendant*

**Time Warner Inc Master Pension**

represented by **Time Warner Inc Master Pension**
PRO SE

*Defendant*

**Treasurer of the State of N.C.**

represented by **Treasurer of the State of N.C.**
PRO SE

*Defendant*

**Tweedy, Browne Value Fund**

represented by **Tweedy, Browne Value Fund**
PRO SE

*Defendant*

**UBS Securities Inc**

represented by **Alan J. Stone**
(See above for address)

*Defendant*

**University of CA Regents**

represented by **University of CA Regents**
PRO SE

*Defendant*

**Verizon Master Savings Trust**

represented by **Verizon Master Savings Trust**
PRO SE

*Defendant*

**Weintraub Capital Management**

represented by **Weintraub Capital Management**
PRO SE

*Defendant*

**Werthman, Eric D.**

represented by **Werthman, Eric D.**

PRO SE

*Defendant*

**WG Trading CO LP**                                    represented by **WG Trading CO LP**
                                                        PRO SE


*Defendant*

**White Mountains Reinsurance Company of America**      represented by **White Mountains Reinsurance Company of America**
                                                        PRO SE


*Defendant*

**William J Bell Trustee**                              represented by **William J Bell Trustee**
                                                        PRO SE


*Defendant*

**Winchester Evening Star Inc.**                        represented by **Winchester Evening Star Inc.**
                                                        PRO SE


*Defendant*

**Wirtz Corporation**                                   represented by **Wirtz Corporation**
                                                        PRO SE


*Defendant*

**Invesco Structured Core Fund**                        represented by **Antranig N. Garibian**
                                                        (See above for address)

                                                        **Benjamin E Gordon**
                                                        STRADLEY, RONON, STEVENS & YOUNG, LLP
                                                        2600 One Commerce Square
                                                        Philadelphia, PA 19106-7098
                                                        (215) 564-8000
                                                        Email: BGordon@Stradley.com
                                                        *LEAD ATTORNEY*

                                                        **Neal R Troum**
                                                        STRADLEY, RONON, STEVENS & YOUNG, LLP
                                                        Great Valley Corporate Center
                                                        30 Valley Stream Parkway
                                                        Malvern, PA 19355
                                                        (610) 640-5800
                                                        Email: NTroum@Stradley.com
                                                        *LEAD ATTORNEY*

*Defendant*

**PowerShares Exchange-Traded Fund Trust**              represented by **Antranig N. Garibian**
                                                        (See above for address)

                                                        **Benjamin E Gordon**
                                                        (See above for address)

                                                        **Neal R Troum**
                                                        (See above for address)

**Defendant**

Antoinette B Brumbaugh Trust

represented by **Antoinette B Brumbaugh Trust**
PRO SE

**Defendant**

MARY CONIGLIO GSTT TE TRUST

represented by **MARY CONIGLIO GSTT TE TRUST**
PRO SE

**Defendant**

DOROTHY CAHN TRUST

represented by **DOROTHY CAHN TRUST**
PRO SE

**Defendant**

YIELD STRATEGIES FUND I LP

represented by **YIELD STRATEGIES FUND I LP**
PRO SE

**Defendant**

Alliance Capital Management

represented by **Alliance Capital Management**
PRO SE

**Defendant**

GAMCO ASSET MANAGEMENT, INC.

represented by **GAMCO ASSET MANAGEMENT, INC.**
PRO SE

**Defendant**

GERALD W AGEMA REVOCABLE TRUST

represented by **GERALD W AGEMA REVOCABLE TRUST**
PRO SE

**Defendant**

FLICK FAMILY REVOCABLE TRUST

represented by **FLICK FAMILY REVOCABLE TRUST**
PRO SE

**Defendant**

THOMAS G AYERS TRUST

represented by **THOMAS G AYERS TRUST**
PRO SE

**Defendant**

JOHN W. MADIGAN TRUST

represented by **JOHN W. MADIGAN TRUST**
PRO SE

*Defendant*

**MAXIM SERIES FUND, INC.**

represented by **MAXIM SERIES FUND, INC.**
PRO SE


*Defendant*

**MELLON CAPITAL MANAGEMENT**

represented by **MELLON CAPITAL MANAGEMENT**
PRO SE


*Defendant*

**CAXTON INTERNATIONAL, LTD**

represented by **CAXTON INTERNATIONAL, LTD**
PRO SE


*Defendant*

**ESTATE OF LEAVITT J POPE**

represented by **ESTATE OF LEAVITT J POPE**
PRO SE


*Defendant*

**PRISM PARTNERS OFFSHORE FUND**

represented by **PRISM PARTNERS OFFSHORE FUND**
PRO SE


*Defendant*

**PRISM PARTNERS II OFFSHORE FUND**

represented by **PRISM PARTNERS II OFFSHORE FUND**
PRO SE


*Defendant*

**DOROTHY QUAAL REVOCABLE TRUST**

represented by **DOROTHY QUAAL REVOCABLE TRUST**
PRO SE


*Defendant*

**R MARK MALLORY TRUST**

represented by **R MARK MALLORY TRUST**
PRO SE


*Defendant*

**SCOTT C SMITH TRUST**

represented by **SCOTT C SMITH TRUST**
PRO SE


*Defendant*

**State Street Global Advisors**

represented by **State Street Global Advisors**
PRO SE

**Defendant**

**WILLIAM JAMES BELL TRUST**

represented by **WILLIAM JAMES BELL TRUST**
PRO SE

**Defendant**

**Northern Trust Bank, FSB**

represented by **Northern Trust Bank, FSB**
PRO SE

**Defendant**

**Northern Trust Corporation**

represented by **Northern Trust Corporation**
PRO SE

**Defendant**

**Northern Trust Company**

represented by **Northern Trust Company**
PRO SE

**Defendant**

**Northern Trust, N.A.**

represented by **Northern Trust, N.A.**
PRO SE

**Defendant**

**Goldman Sachs Execution & Clearing, L.P.**

represented by **Goldman Sachs Execution & Clearing, L.P.**
PRO SE

**Defendant**

**Goldman Sachs Group, Inc.**

represented by **Goldman Sachs Group, Inc.**
PRO SE

**Defendant**

**Goldman Sachs Trust**

represented by **Goldman Sachs Trust**
PRO SE

**Defendant**

**Goldman Sachs Variable Insurance Trust**

represented by **Goldman Sachs Variable Insurance Trust**
PRO SE

**Defendant**

**Goldman, Sachs & Co. Inc.**

represented by **Goldman, Sachs & Co. Inc.**
PRO SE

**Defendant**

The Goldman, Sachs & Co. L.L.C.                    represented by **The Goldman, Sachs & Co. L.L.C.**
                                                                    PRO SE

**Defendant**

Goldman Sachs International Holdings LLC            represented by **Goldman Sachs International Holdings LLC**
                                                                    PRO SE

**Defendant**

QVT Fund LP                                        represented by **QVT Fund LP**
                                                                    PRO SE

**Defendant**

Quintessence Fund L.P.                             represented by **Quintessence Fund L.P.**
                                                                    PRO SE

**Defendant**

Morgan Stanley Smith Barney LLC                    represented by **David M. Powlen**
                                                                    Barnes & Thornburg
                                                                    1000 N. West Street
                                                                    Suite 1200
                                                                    Wilmington, DE 19801
                                                                    317-727-2211
                                                                    Email: dpowlen@btlaw.com

                                                                    **Jonathan D. Polkes**
                                                                    Weil Gotshal & Manges LLP
                                                                    767 Fifth Avenue
                                                                    New York, NY 10153
                                                                    212-310-8881
                                                                    Email: jonathan.polkes@weil.com

                                                                    **Michael F. Walsh**
                                                                    Weil Gotshal & Manges LLP
                                                                    767 Fifth Avenue
                                                                    New York, NY 10153
                                                                    212-310-8000
                                                                    Email: michael.walsh@weil.com

                                                                    **Richard W. Slack**
                                                                    Weil, Gotshal & Manges LLP
                                                                    767 Fifth Avenue
                                                                    New York, NY 10153
                                                                    Email: richard.slack@weil.com

**Defendant**

Morgan Stanley & Co. LLC                           represented by **David M. Powlen**
                                                                    (See above for address)

                                                                    **Jonathan D. Polkes**
                                                                    (See above for address)

                                                                    **Michael F. Walsh**
                                                                    (See above for address)

                                                                    **Richard W. Slack**
                                                                    (See above for address)

**Defendant**

**MetLife Stock Index Portfolio**

represented by **Kevin J Mangan**
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Avenue
15th Floor
Wilmington, DE 19801
302-252-4361
Fax : 302-661-7729
Email: kmangan@wcsr.com

**Richard S. Miller**
K&L Gates LLP
599 Lexington Avenue
New York, NY 10022
(212) 536-3900
Email: Richard.Miller@klgates.com

**Robert T. Honeywell**
K&L Gates LLP
599 Lexington Avenue
New York, NY 10022-6030
212-536-3900
Fax : 212-536-3901
Email: robert.honeywell@klgates.com

**Defendant**

**Metropolitan Life Insurance Company**

represented by **Kevin J Mangan**
(See above for address)

**Richard S. Miller**
(See above for address)

**Robert T. Honeywell**
(See above for address)

**Defendant**

**Alexandra Investment Management, LLC.**

represented by **Alexandra Investment Management, LLC.**
PRO SE

**Defendant**

**AllState Insurance Company**

represented by **AllState Insurance Company**
PRO SE

**Defendant**

**AMERICAN INTERNATIONAL GROUP, INC.**

represented by **AMERICAN INTERNATIONAL GROUP, INC.**
PRO SE

**Defendant**

**Analytic Investors, Inc.**

represented by **Analytic Investors, Inc.**
PRO SE

**Defendant**

**Aperio Group LLC**

represented by **Aperio Group LLC**
PRO SE

*Defendant*

**Barclays Capital Inc.**
represented by **Barclays Capital Inc.**
PRO SE


*Defendant*

**Charter Trust Company**
represented by **Charter Trust Company**
PRO SE


*Defendant*

**Citadel Limited Partnership**
represented by **Citadel Limited Partnership**
PRO SE


*Defendant*

**CNA FINANCIAL CORPORATION**
represented by **CNA FINANCIAL CORPORATION**
PRO SE


*Defendant*

**COLLEGE RETIREMENT EQUITIES FUND**
represented by **COLLEGE RETIREMENT EQUITIES FUND**
PRO SE


*Defendant*

**Crane Asset Management LLC**
represented by **Crane Asset Management LLC**
PRO SE


*Defendant*

**Credit Agricole Securities (USA) Inc.**
represented by **Credit Agricole Securities (USA) Inc.**
PRO SE


*Defendant*

**DWS Equity 500 Index Portfolio**
represented by **DWS Equity 500 Index Portfolio**
PRO SE


*Defendant*

**EAC Management LP**
represented by **EAC Management LP**
PRO SE


*Defendant*

**ENDEX Capital Management, LLC**
represented by **ENDEX Capital Management, LLC**
PRO SE

*Defendant*

Equity Marketing Services, Inc.

represented by **Equity Marketing Services, Inc.**
PRO SE

*Defendant*

Evergreen Select Equity Trust

represented by **Harry Fischer**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036-8299
(212) 969-3000
Email: hfrischer@proskauer.com

*Defendant*

Fifth Third Bancorp

represented by **Fifth Third Bancorp**
PRO SE

*Defendant*

FIFTH THIRD FUNDS

represented by **FIFTH THIRD FUNDS**
PRO SE

*Defendant*

GAM USA Inc.

represented by **GAM USA Inc.**
PRO SE

*Defendant*

Gartmore Mutual Fund Capital Trust

represented by **Gartmore Mutual Fund Capital Trust**
PRO SE

*Defendant*

Gartmore Mutual Funds

represented by **Gartmore Mutual Funds**
PRO SE

*Defendant*

Global Sec. CP/CDS

represented by **Global Sec. CP/CDS**
PRO SE

*Defendant*

H.M. Payson & Co.

represented by **H.M. Payson & Co.**
PRO SE

*Defendant*

INTEL CORPORATION

represented by **INTEL CORPORATION**
PRO SE

**Defendant**

Jefferies Group Inc.

represented by **Jefferies Group Inc.**
PRO SE

**Defendant**

KeyBank National Association

represented by **KeyBank National Association**
PRO SE

**Defendant**

KV Execution Services LLC

represented by **KV Execution Services LLC**
PRO SE

**Defendant**

Liberty Mutual Insurance Company

represented by **Liberty Mutual Insurance Company**
PRO SE

**Defendant**

Mellon Financial Corporation

represented by **Mellon Financial Corporation**
PRO SE

**Defendant**

MFP Investors LLC

represented by **MFP Investors LLC**
PRO SE

**Defendant**

Mitsubishi UFJ

represented by **Mitsubishi UFJ**
PRO SE

**Defendant**

Mycio Wealth Partners, LLC

represented by **Mycio Wealth Partners, LLC**
PRO SE

**Defendant**

Natixis Funds Trust I

represented by **Natixis Funds Trust I**
PRO SE

**Defendant**

Pacific Heights Asset Management, LLC

represented by **Pacific Heights Asset Management, LLC**

PRO SE

**Defendant**

Parabolic Partners Capital Management LLC

represented by **Parabolic Partners Capital Management LLC**
PRO SE

**Defendant**

Regions Financial Corporation

represented by **Regions Financial Corporation**
PRO SE

**Defendant**

Robert Brooke Zevin Associates, Inc.

represented by **Robert Brooke Zevin Associates, Inc.**
PRO SE

**Defendant**

Rothschild Investment Corp IL

represented by **Rothschild Investment Corp IL**
PRO SE

**Defendant**

Segall Bryant & Hamill

represented by **Segall Bryant & Hamill**
PRO SE

**Defendant**

SG Americas Securities, LLC

represented by **SG Americas Securities, LLC**
PRO SE

**Defendant**

Stark Asset Management

represented by **Stark Asset Management**
PRO SE

**Defendant**

Stark Global Opportunities Management LLC

represented by **Stark Global Opportunities Management LLC**
PRO SE

**Defendant**

Stark Global Opportunities Master Fund Ltd.

represented by **Stark Global Opportunities Master Fund Ltd.**
PRO SE

**Defendant**

**Stark Master Fund Ltd.**

represented by **Stark Master Fund Ltd.**
PRO SE

*Defendant*

**Stark Offshore Management, LLC**

represented by **Stark Offshore Management, LLC**
PRO SE

*Defendant*

**Teachers Advisors, Inc.**

represented by **Teachers Advisors, Inc.**
PRO SE

*Defendant*

**The Enterprise Group of Funds, Inc.**

represented by **The Enterprise Group of Funds, Inc.**
PRO SE

*Defendant*

**The Northern Trust Company of Connecticut**

represented by **The Northern Trust Company of Connecticut**
PRO SE

*Defendant*

**Tiaa Separate Account Va-1**

represented by **Tiaa Separate Account Va-1**
PRO SE

*Defendant*

**TIAA-CREF Institutional Mutual Funds**

represented by **TIAA-CREF Institutional Mutual Funds**
PRO SE

*Defendant*

**TIAA-CREF Investment Management, LLC**

represented by **TIAA-CREF Investment Management, LLC**
PRO SE

*Defendant*

**Tiaa-Cref Life Funds**

represented by **Tiaa-Cref Life Funds**
PRO SE

*Defendant*

**UST Mortgage Company**

represented by **UST Mortgage Company**
PRO SE

*Defendant*

**Van Kampen Senior Income Trust**

represented by **Van Kampen Senior Income Trust**
PRO SE

*Defendant*

**Van Kampen Senior Loan Fund**

represented by **Van Kampen Senior Loan Fund**
PRO SE

*Defendant*

**Wolverine Asset Management, Inc.**

represented by **Wolverine Asset Management, Inc.**
PRO SE

*Defendant*

**World Asset Management, Inc.**

represented by **World Asset Management, Inc.**
PRO SE

*Defendant*

**Caxton Associates, LP**

represented by **Caxton Associates, LP**
PRO SE

*Defendant*

**Amalgamated Bank**

represented by **Amalgamated Bank**
PRO SE

*Defendant*

**Goldman Sachs 1997 Exchange Place Fund, L.P.**

represented by **Goldman Sachs 1997 Exchange Place Fund, L.P.**
PRO SE

*Defendant*

**Goldman Sachs Asset Management, L.P.**

represented by **Goldman Sachs Asset Management, L.P.**
PRO SE

*Defendant*

**International Business Machines Corporation, Stichting Pensioenfonds IBM Nederland, sued herein as IBM Nethernlands MSCI US**

represented by **Christopher R. Belmonte**
(See above for address)

*Defendant*

**IBM Canada Limited, sued herein as IBM Canada**

represented by **Christopher R. Belmonte**
(See above for address)

*Defendant*

**The Dreyfus/Laurel Funds, Inc.**

represented by **Brian M Rostocki**
Reed Smith LLP

1201 Market Street
Suite 1500
Wilmington, DE 19801
302-778-7561
Fax : 302-778-7575
Email: brostocki@reedsmith.com

**Kurt F. Gwynne**
Reed Smith LLP
1201 Market Street
15th Floor
Wilmington, DE 19801
usa
302-778-7550
Fax : 302-778-7575
Email: kgwynne@reedsmith.com

**Stephen L. Ratner**
Proskauer Rose LLP
Eleven Times Square
Eighth Avenue & 41st Street
New York, NY 10036-8299
212-969-3000
Fax : 212-969-2900
Email: sratner@proskauer.com

*Defendant*

**Dreyfus Variable Investment Funds**

represented by **Brian M Rostocki**
(See above for address)

**Kurt F. Gwynne**
(See above for address)

**Stephen L. Ratner**
(See above for address)

*Defendant*

**Dreyfus Stock Index Funds, Inc.**

represented by **Brian M Rostocki**
(See above for address)

**Kurt F. Gwynne**
(See above for address)

**Stephen L. Ratner**
(See above for address)

*Defendant*

**Dreyfus Premier Manager Funds II**

represented by **Brian M Rostocki**
(See above for address)

**Kurt F. Gwynne**
(See above for address)

**Stephen L. Ratner**
(See above for address)

*Defendant*

**Dreyfus Index Funds, Inc.**

represented by **Brian M Rostocki**
(See above for address)

**Kurt F. Gwynne**
(See above for address)

**Stephen L. Ratner**
(See above for address)

*Defendant*

**Strategic Funds, Inc.**

represented by **Brian M Rostocki**
(See above for address)

**Kurt F. Gwynne**
(See above for address)

**Stephen L. Ratner**
(See above for address)

*Defendant*

**BNY Hamilton Funds Inc.**                                              represented by **Brian M Rostocki**
                                                                         (See above for address)

                                                                         **Kurt F. Gwynne**
                                                                         (See above for address)

                                                                         **Stephen L. Ratner**
                                                                         (See above for address)

*Defendant*

**The Bank of New York Trust Company, N.A.**                            represented by **Brian M Rostocki**
                                                                         (See above for address)

                                                                         **Kurt F. Gwynne**
                                                                         (See above for address)

                                                                         **Stephen L. Ratner**
                                                                         (See above for address)

*Defendant*

**Fidelity Advisor Series I**                                           represented by **Alan J. Stone**
                                                                         (See above for address)
                                                                         *LEAD ATTORNEY*

*Defendant*

**Fidelity Puritan Trust**                                              represented by **Alan J. Stone**
                                                                         (See above for address)

*Defendant*

**Fidelity Rutland Square Trust II**                                    represented by **Alan J. Stone**
                                                                         (See above for address)

*Defendant*

**Fidelity Securities Fund**                                            represented by **Alan J. Stone**
                                                                         (See above for address)

*Defendant*

**Fidelity Select Portfolios**                                          represented by **Alan J. Stone**
                                                                         (See above for address)

*Defendant*

**FMR LLC**                                                             represented by **Alan J. Stone**
                                                                         (See above for address)

*Defendant*

**Geode Capital Management, LLC**                                       represented by **Alan J. Stone**
                                                                         (See above for address)

*Defendant*

**Michigan Department of Treasury Bureau of Investments**               represented by **Jennifer M Jackson**
Michigan Department of Attorney General                                                 Michigan Department of Attorney General
PO Box 30754                                                                            State Operations Division

Lansing, MI 48909
United States
517.373.1162

P.O. Box 30754
Lansing, MI 30754
1-517-373-1162
Fax : 1-517-373-2060
Email: JacksonJ5@michigan.gov

**Michael F. Murphy**
Michigan Department of Attorney General
State Operations Division
P.O. Box 30754
Lansing, MI 48909
1-517-373-1162
Fax : 1-517-373-2060
Email: MurphyM2@michigan.gov

*Defendant*

**3M Employees Welfare Benefits Association Trust 1 and Employee Retirement Income Plan Trust of Minnesota Mining & Manufacturing Co.**

represented by **Jonathan M. Stemerman**
Elliott Greenleaf
1105 North Market Street
Suite 1700
Wilmington, DE 19801
302-384-9400
Fax : 302-384-9399
Email: jms@elliottgreenleaf.com

**Rafael Xavier Zahralddin-Aravena**
Elliott Greenleaf
1105 North Market Street
Suite 1700
P.O. Box 2327
Wilmington, DE 19801
302-384-9400
Fax : 302-384-9399
Email: rxza@elliottgreenleaf.com

**Steven J Beilke**
3M Center Building 220-9E-02
St Paul, MN 55144

*Defendant*

**Lutheran Brotherhood (Thrivent Fin for Lutherans),** *Lutheran Brotherhood (Thrivent Fin for Lutherans)*
c/o Franklin & Prokopik
300 Delaware Ave
Suite 1340
Wilmington, DE 19801
(302)594-9780

represented by **Eric D. Boyle**
Franklin & Prokopik
300 Delaware Ave
Suite 1340
Wilmington, DE 19801
302-594-9780
Fax : 302-594-9785
Email: eboyle@fandpnet.com

*Defendant*

**Advantus Series Fund, Inc. Index 500 Portfolio,** *Advantus Series Fund, Inc. Index 500 Portfolio*
c/o Franklin & Prokopik
300 Delaware Ave
Suite 1340
Wilmington, DE 19801
(302)594-9780

represented by **Eric D. Boyle**
(See above for address)

*Defendant*

**Thrivent Series Fund Inc.,** *Thrivent Series Fund Inc.*
c/o Franklin & Prokopik
300 Delaware Ave
Ste 1340
Wilmington, DE 19801
(302)594-9780

represented by **Eric D. Boyle**
(See above for address)

*Defendant*

**Thrivent Mutual Funds,** *Thrivent Mutual Funds*
c/o Franklin & Prokopik
300 Delaware Ave

represented by **Eric D. Boyle**
(See above for address)

Suite 1340
Wilmington, DE 19801
(302)594-9780

*Defendant*

---

**Minnesota Life Insurance Co.,** *Minnesota Life Insurance Company*
*(Separate Accounts A, GG and L)*
c/o Franklin & Prokopik
300 Delaware Ave
Ste 1340
Wilmington, DE 19801
(302)594-9780

represented by **Eric D. Boyle**
(See above for address)

*Defendant*

---

**Lutheran Brotherhood,** *Lutheran Brotherhood*
c/o Franklin & Prokopik
300 Delaware Ave
Ste 1340
Wilmington, DE 19801
(302)594-9780

represented by **Eric D. Boyle**
(See above for address)

*Defendant*

---

**Advantus Series Fund Inc,** *Advantus Series Fund Inc.*
c/o Franklin & Prokopik
300 Delaware Ave
Suite 1340
Wilmington, DE 19801
(302) 594-9780

represented by **Eric D. Boyle**
(See above for address)

*Defendant*

---

**Advantus Capitol Managment, Inc.,** *Advantus Capitol Management, Inc.*   represented by **Eric D. Boyle**
c/o Franklin & Prokopik                                                      (See above for address)
300 Delaware Ave
Suite 1340
Wilmington, DE 19801
(302)594-8790

*Defendant*

---

**New York City Defendants**
100 Church Street
New York, NY 10007

represented by **Hugh H. Shull**
New York City Law Department
100 Church Street
New York, NY 10007
212-788-0457
Fax : 212-788-0937
Email: hshull@law.nyc.gov

*Defendant*

---

**Civilian Employees Retirement System of Kansas City**

represented by **Michael Joseph Joyce**
Cross & Simon, LLC
913 North Market Street
11th Floor
Wilmington, DE 19801
302-777-4200
Fax : 302-777-4224
Email: mjoyce@crosslaw.com

**Richard E Rosberger**
Rottenberg Lipman Rich, P.C.,
369 Lexington Ave
16th floor
New York, NY 10017
212 661 3080
Email: rrosberger@rlrpclaw.com

*Defendant*

---

**Police Retirement System of Kansas City**

represented by **Michael Joseph Joyce**

(See above for address)

**Defendant**

**MGI US Small/Mid Cap Value Equity Fund**

represented by **Thad J. Bracegirdle**
Wilks Lukoff & Bracegirdle, LLC
1300 N. Grant Avenue
Suite 100
Wilmington, DE 19806
302-225-0850
Fax : 302-225-0851
Email: tbracegirdle@wlblaw.com

**Defendant**

**Mercer Global Investments**

represented by **Thad J. Bracegirdle**
(See above for address)

**Defendant**

**SEI Large Cap Value Fund**

represented by **Denis C. Dice, Esq.**
Marshall Dennehey Warner Coleman Goggin
1845 Walnut Street
Philadelphia, PA 19103
215-575-2779
Fax : 215-575-0856
Email: dcdice@mdwcg.com

**Joel M. Wertman**
Marshall, Dennehey, Warner, Coleman &
1845 Walnut Street
Philadelphia, PA 19103
215-575-2586
Fax : 215-575-0856
Email: jmwertman@mdwcg.com

**Defendant**

**The Henry Francis Dupont Winterthur Museum, Inc.**

represented by **Joseph Grey**
Cross & Simon LLC
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, DE 19899-1380
usa
302-777-4200
Fax : 302-777-4224
Email: jgrey@crosslaw.com

**Defendant**

**LABORERS NATIONAL PENSION FUND**

represented by **Barbara Suzanne Mehlsack**
Gorlick, Kravitz & Listhaus, P.C.
17 State Street
4th Floor
New York, NY 10004
212-269-2500
Fax : 212-269-2540
Email: bmehlsack@gkllaw.com

| Filing Date | # | Docket Text |
|---|---|---|
| | | Adversary case 10-54010. Redacted Complaint by The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al. against Dennis J. Fitzsimmons, Enrique Hernandez, Jr., Betsy D. Holden, Robert S. Morrison, William A. Osborn, Christopher Reyes, Dudley S. Taft, Miles D. White, Jeffrey Chandler, Roger Goodan, William Stinehart, Jr., Chandler Bigelow, Donald C. Grenesko, Mark W. Hianik, Daniel G. Kazan, Crane H. Kenney, Thomas D. Leach, Luis E. Lewin, R. Mark Mallory, Ruthellyn Musil, Harry Amsden, Stephen D. Carver, Thomas S. Finke, Robert Gremillion, David Dean Hiller, Timothy P. Knight, Timothy J. Landon, Richard H. Malone, Durham J. Monsma, Irving L. Quimby, John E. Reardon, Scott C. Smith, John J. Vitanovec, Kathleen M. Waltz, David D. Williams, John D. Worthington, IV, Chandler Trust No. 1, Chandler Trust No. 2, Robert R. McCormick Foundation, Cantigny Foundation, Samuel Zell, EGI-TRB, L.L.C., Sam Investment Trust, Tower CH, L.L.C., Tower DC, L.L.C., Tower DL, L.L.C., Tower EH, L.L.C., Tower Greenspun DGSPT, LLC, Tower Greenspun JGGSTP, LLC, Tower Greenspun SGFFT, LLC, Tower Greenspun, L.L.C., Tower HZ, L.L.C., Tower JB, L.L.C., Tower JK, L.L.C., Tower JP, L.L.C., Tower JS, L.L.C., Tower KS, L.L.C., Tower LL, L.L.C., Tower LM, L.L.C., Tower LZ, L.L.C., Tower MH, L.L.C., Tower MS, L.L.C., Tower MZ, L.L.C., Tower NL, L.L.C., Tower PH, L.L.C., Tower PT, L.L.C., Tower SF, L.L.C., Tower TT, L.L.C., Tower VC, L.L.C., Tower WP, L.L.C., |

| 11/01/2010 | ●1 | GreatBanc Trust Company, Duff & Phelps, LLC, Valuation Research Corporation, Does 1 - 25, Morgan Stanley & Co., Inc., Morgan Stanley Capital Services, Inc., Merrill, Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets, Inc., The DFA Investment Trust Company, DFA Investment Dimensions Group, Inc., The Alliance Bernstein Portfolios, Frank W. Denius, Donald M. Hinman Jr., Lewis Tatman and Willilam F. Warchol, on behalf of th. Fee Amount $250 (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))),(13 (Recovery of money/property - 548 fraudulent transfer)),(12 (Recovery of money/property - 547 preference)),(81 (Subordination of claim or interest)). AP Summons Served due date: 03/1/2011. (Attachments: 1 Exhibit A) (Rath, Daniel) Modified on 11/2/2010 (Colmyer, Deborah). (Entered: 11/01/2010) |
| 11/01/2010 | 2 | Receipt of filing fee for Complaint(10-54010-KJC) [cmp,cmp] ( 250.00). Receipt Number 4910190, amount $ 250.00. (U.S. Treasury) (Entered: 11/01/2010) |
| 11/01/2010 | ●3 | Motion for Leave *to File Unredacted Complaint or, in the Alternative, to File Unredacted Complaint Under Seal* (related document(s)1) Filed by The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al.. Hearing scheduled for 11/23/2010 at 02:00 PM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #6, Wilmington, Delaware. Objections due by 11/16/2010. (Attachments: 1 Notice 2 Proposed Form of Order) (Butcher, Rebecca) (Entered: 11/01/2010) |
| 11/03/2010 | ●4 | Affidavit of Service re: Motion for Leave to File Unredacted Complaint or, in the Alternative, to File Unredacted Complaint Under Seal. (related document(s)3) Filed by The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al.. (Butcher, Rebecca) Modified docket text on 11/4/2010 (LMD). (Entered: 11/03/2010) |
| 11/10/2010 | ●5 | Notice of Service Filed by The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al. (Green, Jr., James) (Entered: 11/10/2010) |
| 11/10/2010 | ●6 | Notice of Service Filed by The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al. (Green, Jr., James) (Entered: 11/10/2010) |
| 11/12/2010 | ●7 | Notice of Service Filed by The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al. (Green, Jr., James) (Entered: 11/12/2010) |
| 11/12/2010 | ●8 | Notice of Service Filed by The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al. (Green, Jr., James) (Entered: 11/12/2010) |
| 11/23/2010 | ●9 | Order Authorizing Filing of Unredacted Complaint (related document(s)3) Order Signed on 11/23/2010. (NAL) (Entered: 11/23/2010) |
| 11/23/2010 | ●10 | Objection *to Subpoena in an Adversary Proceeding Under the Bankruptcy Code* Filed by Deutsche Bank Securities, Inc. (Attachments: 1 Affidavit of Service) (Parry, Mark) (Entered: 11/23/2010) |
| 11/24/2010 | ●11 | Objection *to Subpoena in an Adversary Proceeding under the Bankruptcy Code* Filed by WT Mutual Fund (Attachments: 1 Certificate of Service) (Meltzer, Evelyn) (Entered: 11/24/2010) |
| 11/24/2010 | ●12 | Affidavit/Declaration of Service *Regarding Bank of America, N.A.'s and Banc of America Securites LLC's Objections and Responses to the Official Committee of Unsecured Creditors' Subpoena Regarding Holders of Tribune Stock* Filed by Banc of America Securities LLC, BANK OF AMERICA, N.A.. (Schanne, John) (Entered: 11/24/2010) |
| 11/29/2010 | ●13 | Affidavit of Service re: Order Authorizing Filing of Unredacted Complaint. (related document(s)9) Filed by The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al.. (Ellis, Landon) Modified docket text on 11/30/2010 (LMD). (Entered: 11/29/2010) |
| 11/29/2010 | ●14 | Amended Complaint (Unredacted) Filed by The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al. Re: 1 9 (Attachments: 1 Exhibit A) (Rath, Daniel) Modified text on 11/29/2010 (Colmyer, Deborah). (Entered: 11/29/2010) |
| 11/30/2010 | ●44 | Letter requesting copies of documents Filed by Mike Bazley. (NAL) (Entered: 12/02/2010) |
| 12/01/2010 | ●15 | Objection *to Subpoena in an Adversary Proceeding Under the Bankruptcy Code* Filed by Pennsylvania Public School Employees' Retirement System (Attachments: 1 Certificate of Service) (Kotler, Lawrence) (Entered: 12/01/2010) |
| 12/01/2010 | ●16 | Notice of Service *of Responses and Objections to the Official Committee of Unsecured Creditors of Tribune Company's Subpoena Requesting Production of Documents* Filed by Aegon/Transamerica Series Trust (Bilus, Alexander) (Entered: 12/01/2010) |
| 12/01/2010 | ●17 | Notice of Service *of Responses and Objections to the Official Committee of Unsecured Creditors of Tribune Company's Subpoena Requesting Production of Documents* Filed by Transamerica Idex Mutual Fund (Bilus, Alexander) (Entered: 12/01/2010) |
| 12/01/2010 | ●18 | Notice of Service *of Responses and Objections to the Official Committee of Unsecured Creditors of Tribune Company's Subpoena Requesting Production of Documents* Filed by Transamerica Partners Funds Group II (Bilus, Alexander) (Entered: 12/01/2010) |
| 12/01/2010 | ●19 | Notice of Service *of Responses and Objections to the Official Committee of Unsecured Creditors of Tribune Company's Subpoena Requesting Production of Documents* Filed by Transamerica Partners Funds Group (Bilus, Alexander) (Entered: 12/01/2010) |

| | | |
|---|---|---|
| 12/01/2010 | ◑20 | Notice of Service *of Responses and Objections to the Official Committee of Unsecured Creditors of Tribune Company's Subpoena Requesting Production of Documents* Filed by Transamerica Partners Portfolios (Bilus, Alexander) (Entered: 12/01/2010) |
| 12/01/2010 | ◑21 | Notice of Service *of Responses and Objections to the Official Committee of Unsecured Creditors of Tribune Company's Subpoena Requesting Production of Documents* Filed by American Independence Funds Trust (Bilus, Alexander) (Entered: 12/01/2010) |
| 12/01/2010 | ◑22 | Notice of Service *of Responses and Objections to the Official Committee of Unsecured Creditors of Tribune Company's Subpoena Requesting Production of Documents* Filed by Capstone Asset Management Company (Bilus, Alexander) (Entered: 12/01/2010) |
| 12/01/2010 | ◑23 | Notice of Service *of Responses and Objections to the Official Committee of Unsecured Creditors of Tribune Company's Subpoena Requesting Production of Documents* Filed by Capstone Series Fund, Inc. (Bilus, Alexander) (Entered: 12/01/2010) |
| 12/01/2010 | ◑24 | Notice of Service *of Responses and Objections to the Official Committee of Unsecured Creditors of Tribune Company's Subpoena Requesting Production of Documents* Filed by Steward Fund, Inc. (Bilus, Alexander) (Entered: 12/01/2010) |
| 12/01/2010 | ◑25 | Notice of Service *of Responses and Objections to the Official Committee of Unsecured Creditors of Tribune Company's Subpoena Requesting Production of Documents* Filed by Clearwater Investment Trust (Bilus, Alexander) (Entered: 12/01/2010) |
| 12/01/2010 | ◑26 | Notice of Service *of Responses and Objections to the Official Committee of Unsecured Creditors of Tribune Company's Subpoena Requesting Production of Documents* Filed by Frank Russell Company (Bilus, Alexander) (Entered: 12/01/2010) |
| 12/01/2010 | ◑27 | Notice of Service *of Responses and Objections to the Official Committee of Unsecured Creditors of Tribune Company's Subpoena Requesting Production of Documents* Filed by Russell Investment Company (Bilus, Alexander) (Entered: 12/01/2010) |
| 12/01/2010 | ◑28 | Notice of Service *of Responses and Objections to the Official Committee of Unsecured Creditors of Tribune Company's Subpoena Requesting Production of Documents* Filed by Harbor Fund (Bilus, Alexander) (Entered: 12/01/2010) |
| 12/01/2010 | ◑29 | Notice of Service *of Responses and Objections to the Official Committee of Unsecured Creditors of Tribune Company's Subpoena Requesting Production of Documents* Filed by John Hancock Bond Trust (Bilus, Alexander) (Entered: 12/01/2010) |
| 12/01/2010 | ◑30 | Notice of Service *of Responses and Objections to the Official Committee of Unsecured Creditors of Tribune Company's Subpoena Requesting Production of Documents* Filed by John Hancock Funds II (Bilus, Alexander) (Entered: 12/01/2010) |
| 12/01/2010 | ◑31 | Notice of Service *of Responses and Objections to the Official Committee of Unsecured Creditors of Tribune Company's Subpoena Requesting Production of Documents* Filed by John Hancock Funds III (Bilus, Alexander) (Entered: 12/01/2010) |
| 12/01/2010 | ◑32 | Notice of Service *of Responses and Objections to the Official Committee of Unsecured Creditors of Tribune Company's Subpoena Requesting Production of Documents* Filed by John Hancock Trust (Bilus, Alexander) (Entered: 12/01/2010) |
| 12/01/2010 | ◑33 | Notice of Service *of Responses and Objections to the Official Committee of Unsecured Creditors of Tribune Company's Subpoena Requesting Production of Documents* Filed by MassMutual Premier Funds (Bilus, Alexander) (Entered: 12/01/2010) |
| 12/01/2010 | ◑34 | Notice of Service *of Responses and Objections to the Official Committee of Unsecured Creditors of Tribune Company's Subpoena Requesting Production of Documents* Filed by MassMutual Select Funds (Bilus, Alexander) (Entered: 12/01/2010) |
| 12/01/2010 | ◑35 | Notice of Service *of Responses and Objections to the Official Committee of Unsecured Creditors of Tribune Company's Subpoena Requesting Production of Documents* Filed by MML Series Investment Fund II (Bilus, Alexander) (Entered: 12/01/2010) |
| 12/01/2010 | ◑36 | Notice of Service *of Responses and Objections to the Official Committee of Unsecured Creditors of Tribune Company's Subpoena Requesting Production of Documents* Filed by MML Series Investment Fund (Bilus, Alexander) (Entered: 12/01/2010) |
| 12/01/2010 | ◑37 | Notice of Service *of Responses and Objections to the Official Committee of Unsecured Creditors of Tribune Company's Subpoena Requesting Production of Documents* Filed by MFC Global Investment Management (U.S.A.) Limited (Bilus, Alexander) (Entered: 12/01/2010) |
| 12/01/2010 | ◑38 | Notice of Service *of Responses and Objections to the Official Committee of Unsecured Creditors of Tribune Company's Subpoena Requesting Production of Documents* Filed by Munder Series Trust (Bilus, Alexander) (Entered: 12/01/2010) |
| 12/01/2010 | ◑39 | Notice of Service *of Responses and Objections to the Official Committee of Unsecured Creditors of Tribune Company's Subpoena Requesting Production of Documents* Filed by Oppenheimer Main Street Opportunity Fund (Bilus, Alexander) (Entered: 12/01/2010) |
| 12/01/2010 | ◑40 | Notice of Service *of Responses and Objections to the Official Committee of Unsecured Creditors of Tribune Company's Subpoena Requesting Production of Documents* Filed by Oppenheimer Main Street Small Cap Fund (Bilus, Alexander) (Entered: 12/01/2010) |

| | | |
|---|---|---|
| 12/01/2010 | 41 | Notice of Service *of Responses and Objections to the Official Committee of Unsecured Creditors of Tribune Company's Subpoena Requesting Production of Documents* Filed by PIMCO Variable Insurance Trust (Bilus, Alexander) (Entered: 12/01/2010) |
| 12/01/2010 | 42 | Notice of Service *of Responses and Objections to the Official Committee of Unsecured Creditors of Tribune Company's Subpoena Requesting Production of Documents* Filed by Sun Capital Advisers Trust (Bilus, Alexander) (Entered: 12/01/2010) |
| 12/01/2010 | 43 | Notice of Service *of Responses and Objections to the Official Committee of Unsecured Creditors of Tribune Company's Subpoena Requesting Production of Documents* Filed by The Vanguard Group, Inc. (Bilus, Alexander) (Entered: 12/01/2010) |
| 12/02/2010 | 45 | Notice of Service *of Responses and Objections to the Official Committee of Unsecured Creditors of Tribune Company's Subpoena Requesting Production of Documents* Filed by Manufacturers Life Insurance Company (Bilus, Alexander) (Entered: 12/02/2010) |
| 12/02/2010 | 46 | Notice of Service *of Responses and Objections to the Official Committee of Unsecured Creditors of Tribune Company's Subpoena Requesting Production of Documents* Filed by MMA Praxis Mutual Funds (Bilus, Alexander) (Entered: 12/02/2010) |
| 12/02/2010 | 47 | Notice of Service *of Responses and Objections to the Official Committee of Unsecured Creditors of Tribune Company's Subpoena Requesting Production of Documents* Filed by PIMCO Funds (Bilus, Alexander) (Entered: 12/02/2010) |
| 12/02/2010 | 48 | Notice of Service *of Responses and Objections to the Official Committee of Unsecured Creditors of Tribune Company's Subpoena Requesting Production of Documents* Filed by Oppenheimer Champion Income Fund (Bilus, Alexander) (Entered: 12/02/2010) |
| 12/02/2010 | 49 | Notice of Service *of Responses and Objections to the Official Committee of Unsecured Creditors of Tribune Company's Subpoena Requesting Production of Documents* Filed by Lincoln Variable Insurance Products Trust (Bilus, Alexander) (Entered: 12/02/2010) |
| 12/02/2010 | 50 | Notice of Service *Objections and Responses to the Official Committee of Unsecured Creditors of Tribune Company's Subpoena Requesting Production of Documents* Filed by Vanguard Fenway Funds, Vanguard Index Funds, Vanguard Institutional Index Funds, Vanguard Malvern Funds, Vanguard Quantitative Funds, Vanguard Tax-Managed Funds, Vanguard Valley Forge Funds, Vanguard Variable Insurance Funds, Vanguard Whitehall Funds, Vanguard Windsor Funds, Vanguard World Funds (Bilus, Alexander) (Entered: 12/02/2010) |
| 12/02/2010 | 51 | Notice of Service *of Responses and Objections to the Official Committee of Unsecured Creditors of Tribune Company's Subpoenas Requesting Production of Documents* Filed by Schwab 1000 Funds, Schwab Capital Trust, Schwab Investments, Schwab Annuity Portfolios (Bilus, Alexander) (Entered: 12/02/2010) |
| 12/02/2010 | 52 | Notice of Service Filed by The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al. (Attachments: 1 Exhibit A) (Green, Jr., James) (Entered: 12/02/2010) |
| 12/02/2010 | 53 | Notice of Service Filed by The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al. (Attachments: 1 Exhibit A2 Exhibit B) (Green, Jr., James) (Entered: 12/02/2010) |
| 12/02/2010 | 54 | Notice of Service Filed by The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al. (Attachments: 1 Exhibit A2 Exhibit B) (Green, Jr., James) (Entered: 12/02/2010) |
| 12/02/2010 | 55 | Notice of Service Filed by The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al. (Attachments: 1 Exhibit A2 Exhibit B) (Green, Jr., James) (Entered: 12/02/2010) |
| 12/06/2010 | 56 | Notice of Service *of Responses and Objections to the Official Committee of Unsecured Creditors of Tribune Company's Subpoena Requesting Production of Documents* Filed by Pacific Select Fund (Bilus, Alexander) (Entered: 12/06/2010) |
| 12/06/2010 | 57 | Notice of Service Filed by The Royal Bank of Scotland, N.V.. (Bagby, Ingrid) (Entered: 12/06/2010) |
| 12/07/2010 | 58 | Notice of Service *of Deutsche Bank Aktiengesellschaft's Objection to Subpoena in an Adversary Proceeding Under the Bankruptcy Code dated November 15, 2010 and Bank Aktiengesellschaft's Objection to Subpoena in an Adversary Proceeding Under the Bankruptcy Code dated November 18, 2010* Filed by Deutsche Bank Aktiengesellschaft. (Parry, Mark) (Entered: 12/07/2010) |
| 12/07/2010 | 59 | Notice of Service *of Response and Objection of Morgan Stanley& Co. Inc. to Subpoena issued by The Official Committee of Unsecured Creditors of Tribune Company* (related document(s)5) Filed by Morgan Stanley & Co., Inc. (Powlen, David) (Entered: 12/07/2010) |
| 12/07/2010 | 60 | Notice of Service *of Response and Objection of Morgan Stanley Smith Barney, LLC to a Subpoena issued by The Official Comitee of Unsecured Creditors of Tribune Company* (related document(s)5) Filed by Morgan Stanley Smith Barney, LLC (Powlen, David) (Entered: 12/07/2010) |
| 12/07/2010 | 61 | First Amended Complaint to Filed by The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al. (Attachments: 1 Exhibit A (part 1)2 Exhibit A (part 2)3 Exhibit A (part 3)4 Exhibit A (part4)5 Exhibit B6 Exhibit C7 Exhibit D8 Exhibit E9 Exhibit F10 Exhibit G) (Rath, Daniel) (Entered: 12/07/2010) |
| | | Motion to Appear pro hac vice *of Michael F. Murphy*. Receipt Number 007622, Filed by Michael F. Murphy. (NAL) |

| | | |
|---|---|---|
| 12/08/2010 | ❷ 62 | (Entered: 12/08/2010) |
| 12/08/2010 | ❷ 63 | Motion to Appear pro hac vice *Jennifer M. Jackson*. Receipt Number 007621, Filed by Jennifer M. Jackson. (NAL) (Entered: 12/08/2010) |
| 12/09/2010 | ❷ 64 | Notice of Service *Of Response And Objection Of Third Party Edward D. Jones & Co., L.P. To The Subpoena Duces Tecum Issued By The Official Committee Of Unsecured Creditors Committee Of Tribune Company* Filed by Edward D. Jones & Co., L.P. (Riley, Richard) (Entered: 12/09/2010) |
| 12/09/2010 | ❷ 65 | Order Granting Motion for Admission pro hac vice of Michael F. Murphy, Esquire(Related Doc # 62) Order Signed on 12/9/2010. (DJG) (Entered: 12/09/2010) |
| 12/09/2010 | ❷ 66 | Order Granting Motion for Admission pro hac vice of Jennifer M. Jackson, Esquire (Related Doc # 63) Order Signed on 12/9/2010. (DJG) (Entered: 12/09/2010) |
| 12/09/2010 | ❷ 67 | Notice of Service *of Responses and Objections to the Official Committee of Unsecured Creditors of Tribune Company's Subpoena Requesting Production of Documents* Filed by Babson Capital Management LLC (Bilus, Alexander) (Entered: 12/09/2010) |
| 12/09/2010 | ❷ 68 | Notice of Service *of Objections to Subpoena* Filed by ENDEX Capital Management, LLC (McMahon, Michelle) (Entered: 12/09/2010) |
| 12/09/2010 | ❷ 69 | Motion to Extend Time to Complete Service Filed by The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al.. Hearing scheduled for 1/13/2011 at 01:00 PM at US Bankruptcy Court, 824 Market St., Wilmington, DE. Objections due by 1/6/2011. (Attachments: 1 Notice 2 Proposed Form of Order) (Macauley, Thomas) Modified on 12/13/2010 (NAL). (Entered: 12/09/2010) |
| 12/10/2010 | ❷ 70 | Notice of Service *of Objections to the Official Committee of Unsecured Creditors of Tribune Company's Subpoena* Filed by LSV Asset Management (Everett, Nancy) (Entered: 12/10/2010) |
| 12/13/2010 | ❷ 71 | Notice of Service Filed by TD Asset Management, Inc., TD Waterhouse Canada, Inc.. (NAL) (Entered: 12/13/2010) |
| 12/13/2010 | ❷ 72 | Notice of Service *of Objections to Subpoena* Filed by State of Michigan (Jackson, Jennifer) (Entered: 12/13/2010) |
| 12/16/2010 | ❷ 73 | Order Granting Unsecured Creditors Committee's Standing Motions. Order Signed on 10/27/2010. (NAL) (Entered: 12/16/2010) |
| 12/17/2010 | ❷ 74 | Notice of Service *of Objection to Subpoena in an Adversary Proceeding Under the Bankruptcy Code* Filed by Tweedy, Browne Company LLC. (Leonhardt, Scott) (Entered: 12/17/2010) |
| 12/17/2010 | ❷ 75 | Notice of Service *of Objection to Subpoena in an Adversary Proceeding Under the Bankruptcy Code* Filed by Neuberger Berman LLC. (Leonhardt, Scott) (Entered: 12/17/2010) |
| 12/30/2010 | ❷ 76 | Notice of Service Filed by New York State Common Retirement Fund (Connolly, Colm) (Entered: 12/30/2010) |
| 12/30/2010 | ❷ 77 | Motion to Quash a Subpoena *(Rule 45) Issued by the Official Committee of Unsecured Creditors of Tribune Company*. Filed by Schultze Asset Management, LLC. The case judge is Kevin J. Carey. (Attachments: 1 Exhibit A2 Certificate of Service) (BMT) (Entered: 01/03/2011) |
| 01/11/2011 | ❷ 78 | Order Granting Motion For Extension of Time To Complete Service (Related Doc # 69) Order Signed on 1/11/2011. (Johnston, Julie) (Entered: 01/11/2011) |
| 01/31/2011 | ❷ 79 | Notice of Service *of Objections to Subpoena Issued by Official Committee of Unsecured Creditors of Tribune Company* Filed by Silver Point Capital, L.P. (Leonhardt, Scott) (Entered: 01/31/2011) |
| 02/02/2011 | ❷ 80 | Notice of Appearance Filed by Chandler Bigelow. (Brennecke, Sean) (Entered: 02/02/2011) |
| 02/02/2011 | ❷ 81 | Motion to Appear pro hac vice *of Daniel A. Shmikler*. Receipt Number DEX008784, Filed by Chandler Bigelow. (Brennecke, Sean) (Entered: 02/02/2011) |
| 02/03/2011 | ❷ 82 | Order Granting Motion for Admission pro hac vice of Daniel A. Shmikler, Esquire (Related Doc # 81) Order Signed on 2/3/2011. (DJG) (Entered: 02/03/2011) |
| 02/03/2011 | ❷ 83 | Motion to Appear pro hac vice *Scott F. Hessell, Esquire*. Receipt Number DEX008794, Filed by Chandler Bigelow. (Friedlander, Joel) (Entered: 02/03/2011) |
| 02/03/2011 | ❷ 84 | Motion to Appear pro hac vice *Bruce S. Sperling*. Receipt Number DEX008802, Filed by Chandler Bigelow. (Friedlander, Joel) (Entered: 02/03/2011) |
| 02/03/2011 | ❷ 85 | Motion to Appear pro hac vice *Steven C. Florsheim*. Receipt Number DEX008809, Filed by Chandler Bigelow. (Friedlander, Joel) (Entered: 02/03/2011) |
| 02/03/2011 | ❷ 86 | Motion to Appear pro hac vice *Claire P. Murphy*. Receipt Number DEX008809, Filed by Chandler Bigelow. (Friedlander, Joel) (Entered: 02/03/2011) |

| | | |
|---|---|---|
| 02/18/2011 | 🔘 87 | Order Granting Motion for Admission pro hac vice of Scott F. Hessell, Esquire (Related Doc # 83) Order Signed on 2/18/2011. (DJG) (Entered: 02/18/2011) |
| 02/18/2011 | 🔘 88 | Order Granting Motion for Admission pro hac vice of Bruce S. Sperling, Esquire (Related Doc # 84) Order Signed on 2/18/2011. (DJG) (Entered: 02/18/2011) |
| 02/18/2011 | 🔘 89 | Order Granting Motion for Admission pro hac vice of Steven C. Florsheim, Esquire (Related Doc # 85) Order Signed on 2/18/2011. (DJG) (Entered: 02/18/2011) |
| 02/18/2011 | 🔘 90 | Order Granting Motion for Admission pro hac vice of Claire P. Murphy, Esquire (Related Doc # 86) Order Signed on 2/18/2011. (DJG) (Entered: 02/18/2011) |
| 02/25/2011 | 🔘 91 | Summons and Notice of Pretrial Conference Served on Defendants Tower Greenspun DGSPT, LLC, Tower Greenspun JGGSTP, LLC, Tower Greenspun SGFFT, LLC, Tower Greenspun, L.L.C.. *and The DFA Investment Trust Company* (related document1, 73) Answer due: 03/28/2011. (Attachments: 1 Certificate of Service) (Green, Jr., James) (Entered: 02/25/2011) |
| 02/25/2011 | 🔘 92 | Summons and Notice of Pretrial Conference Served on. *DFA Investment Dimensions Group, Inc., The Alliance Bernstein Portfolios, Frank W. Denius, Donal M. Hinman, Jr., Lewis Taman, William F. Warchol Defendants*1, 73) Answer due date: 03/28/2011. (Attachments: 1 Certificate of Service) (Green, Jr., James) (Entered: 02/25/2011) |
| 02/25/2011 | 🔘 93 | Summons and Notice of Pretrial Conference Served on Defendants Cantigny Foundation, DFA Investment Dimensions Group, Inc., Duff & Phelps, LLC, EGI-TRB, L.L.C., Equity Group Investments, L.L.C., GreatBanc Trust Company, Morgan Stanley & Co., Inc., Morgan Stanley Capital Services, Inc., Sam Investment Trust, Tower CH, L.L.C., Tower DC, L.L.C., Tower DL, L.L.C., Tower EH, L.L.C., Tower HZ, L.L.C., Tower JB, L.L.C., Tower JK, L.L.C., Tower JP, L.L.C., Tower JS, L.L.C., Tower KS, L.L.C., Tower LL, L.L.C., Tower LM, L.L.C., Tower LZ, L.L.C., Tower MH, L.L.C., Tower MS, L.L.C., Tower MZ, L.L.C., Tower NL, L.L.C., Tower PH, L.L.C., Tower PT, L.L.C., Tower SF, L.L.C., Tower TT, L.L.C., Tower VC, L.L.C., Tower WP, L.L.C., Valuation Research Corporation, Samuel Zell. *and Valuation Research Company, Robert R. McCormick Foundation* (related document1, 73) Answer due date: 03/28/2011. (Attachments: 1 Certificate of Service) (Green, Jr., James) (Entered: 02/25/2011) |
| 02/28/2011 | 🔘 94 | Summons and Notice of Pretrial Conference Served on Defendants Daniel G. Kazan, Timothy P. Knight. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document1, 73) Answer due date: 03/30/2011. (Attachments: 1 Certificate of Service) (Green, Jr., James) (Entered: 02/28/2011) |
| 03/01/2011 | 🔘 95 | Summons and Notice of Pretrial Conference Served on Defendant Chandler Bigelow. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document1, 73) Answer due date: 03/31/2011. (Attachments: 1 Certificate of Service) (Green, Jr., James) (Entered: 03/01/2011) |
| 03/02/2011 | 🔘 96 | Summons and Notice of Pretrial Conference Served on Defendant Mark W. Hianik. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document1, 73) Answer due date: 04/1/2011. (Attachments: 1 Certificate of Service) (Green, Jr., James) (Entered: 03/02/2011) |
| 03/04/2011 | 🔘 97 | Summons and Notice of Pretrial Conference Served on Defendants Jeffrey Chandler, Chandler Trust No. 1, Chandler Trust No. 2, Roger Goodan, William Stinehart Jr.. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document1, 73) Answer due date: 04/4/2011. (Attachments: 1 Certificate of Service) (Green, Jr., James) (Entered: 03/04/2011) |
| 03/18/2011 | 🔘 98 | Notice of Appearance. Filed by Anthony M. Saccullo A.M. Saccullo Legal, LLC. (Saccullo, Anthony) (Entered: 03/18/2011) |
| 03/21/2011 | 🔘 99 | Motion to Appear pro hac vice *Gregg R. Hague, Esquire*. Receipt Number DEX9563, Filed by Chandler Bigelow. (Brennecke, Sean) (Entered: 03/21/2011) |
| 03/21/2011 | 🔘 100 | Order Granting Motion for Admission pro hac vice of Gregg R. Hague, Esquire (Related Doc # 99) Order Signed on 3/21/2011. (DJG) (Entered: 03/21/2011) |
| 03/31/2011 | 🔘 101 | Motion to Appear pro hac vice *re: James A. McGuinness*. Receipt Number DEX009760, Filed by Anthony M. Saccullo A.M. Saccullo Legal, LLC. (Saccullo, Anthony) (Entered: 03/31/2011) |
| 03/31/2011 | 🔘 102 | Motion to Appear pro hac vice *re: Blake T. Hannafan*. Receipt Number DEX009760, Filed by Anthony M. Saccullo A.M. Saccullo Legal, LLC. (Saccullo, Anthony) (Entered: 03/31/2011) |
| 03/31/2011 | 🔘 103 | Motion to Appear pro hac vice *re: Michael T. Hannafan*. Receipt Number DEX009760, Filed by Anthony M. Saccullo A.M. Saccullo Legal, LLC. (Saccullo, Anthony) (Entered: 03/31/2011) |
| 04/04/2011 | 🔘 104 | Order Granting Motion for Admission pro hac vice of James A. McGuinness, Esquire (Related Doc # 101) Order Signed on 4/4/2011. (DJG) (Entered: 04/04/2011) |
| 04/04/2011 | 🔘 105 | Order Granting Motion for Admission pro hac vice of Blake T. Hannafan, Esquire (Related Doc # 102) Order Signed on 4/4/2011. (DJG) (Entered: 04/04/2011) |
| 04/04/2011 | 🔘 106 | Order Granting Motion for Admission pro hac vice of Michael T. Hannafan, Esquire (Related Doc # 103) Order Signed on 4/4/2011. (DJG) (Entered: 04/04/2011) |
| | | Summons and Notice of Pretrial Conference Served on Defendants Harry Amsden, Stephen D. Carver, Dennis J. |

| | | |
|---|---|---|
| 04/08/2011 | ⊜ 107 | Fitzsimmons, Robert Gremillion, Donald C. Grenesko, David Dean Hiller, Timothy J. Landon, Thomas D. Leach, Luis E. Lewin, R. Mark Mallory, Richard H. Malone, Durham J. Monsma, Ruthellyn Musil, John E. Reardon, Scott C. Smith, John J. Vitanovec, Kathleen M. Waltz, David D. Williams. *and Robert Edward Bellack and John F. Poelking (THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document 61, 73) Answer date due: 05/9/2011. (Attachments: 1 Certificate of Service) (Green, Jr., James) (Entered: 04/08/2011) |
| 04/25/2011 | ⊜ 108 | Summons and Notice of Pretrial Conference Served on Defendant Thomas S. Finke. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document 61, 73) Answer date due: 05/25/2011. (Attachments: 1 Certificate of Service) (Green, Jr., James) (Entered: 04/25/2011) |
| 04/25/2011 | ⊜ 109 | Summons and Notice of Pretrial Conference Served on Defendant Crane H. Kenney. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document 61, 73) Answer date due: 05/25/2011. (Attachments: 1 Certificate of Service) (Green, Jr., James) (Entered: 04/25/2011) |
| 04/27/2011 | ⊜ 110 | Summons and Notice of Pretrial Conference Served on. *Enrique Hernandez, Jr., Betsy D. Holden, Robert S. Morrison, William A. Osborn, Christopher Reyes, Dudley S. Taft, Miles D. White (THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document 1) Answer due date: 05/25/2011. (Macauley, Thomas) (Entered: 04/27/2011) |
| 05/03/2011 | ⊜ 111 | Order Granting Motion to Amend Definition of "Termination Event" in Orders Granting Official Committee of Unsecured Creditors Standing and Authority to Commence, Prosecute, Settle and Recover Certain Causes of Action on Behalf of the Debtors' Estates. (related document(s) 73) Order Signed on 4/25/2011. (KPB) (Entered: 05/03/2011) |
| 05/04/2011 | ⊜ 112 | Amended Notice of Appearance Filed by The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al. (Green, Jr., James) (Entered: 05/04/2011) |
| 05/09/2011 | ⊜ 113 | Motion for Protective Order Filed by The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al.. Hearing scheduled for 5/17/2011 at 10:00 AM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #5, Wilmington, Delaware. Objections due by 5/16/2011. (Attachments: 1 Exhibit A 2 Exhibit B 3 Exhibit C 4 Exhibit D - Proposed Form of Order) (Green, Jr., James) (Entered: 05/09/2011) |
| 05/10/2011 | ⊜ 114 | Notice of Hearing *re: Motion for Protective Order* (related document(s) 113) Filed by The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al.. Hearing scheduled for 5/17/2011 at 10:00 AM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #5, Wilmington, Delaware. Objections due by 5/16/2011. (Green, Jr., James) (Entered: 05/10/2011) |
| 05/10/2011 | ⊜ 115 | Affidavit/Declaration of Service *re: Motion for Protective Order* (related document(s) 113) Filed by The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al.. (Green, Jr., James) (Entered: 05/10/2011) |
| 05/10/2011 | ⊜ 116 | Affidavit/Declaration of Service *re: Notice of Motion for Protective Order* (related document(s) 113, 114) Filed by The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al.. (Green, Jr., James) (Entered: 05/10/2011) |
| 05/10/2011 | ⊜ 117 | Objection *and Responses to Subpoena in an Adversary Proceeding Under the Bankruptcy Code* Filed by Douglas C. Lane & Associates, Inc. (Cohen, Howard) (Entered: 05/10/2011) |
| 05/13/2011 | ⊜ 118 | Affidavit/Declaration of Service *(Supplemental) re: (i) Motion for Protective Order and (ii) Notice of Motion* (related document(s) 113, 114) Filed by The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al.. (Green, Jr., James) (Entered: 05/13/2011) |
| 05/13/2011 | ⊜ 119 | Limited Response *of Aurelius Capital Management, LP, Deutsche Bank Trust Company Americas, and Law Debenture Trust Company of New York, to the Official Committee of Unsecured Creditors Motion for Protective Order.* (related document(s) 113) Filed by Aurelius Capital Management, LP (Attachments: 1 Exhibit A 2 Certificate of Service) (Raport, Leigh-Anne) Modified on 5/16/2011 t correct docket text. (KPB). (Entered: 05/13/2011) |
| 05/16/2011 | ⊜ 120 | Objection *of Certain Producing Parties to the Production of Information and to the Motion of Official Committee of Unsecured Creditors for Protective Order* (related document(s) 113) Filed by Aegon/Transamerica Series Trust, American Independence Funds Trust, Babson Capital Management LLC, Capstone Asset Management Company, Capstone Series Fund, Inc., Clearwater Investment Trust, Frank Russell Company, Harbor Fund, John Hancock Bond Trust, John Hancock Funds II, John Hancock Funds III, John Hancock Trust, Lincoln Variable Insurance Products Trust, MFC Global Investment Management (U.S.A.) Limited, MMA Praxis Mutual Funds, MML Series Investment Fund, MML Series Investment Fund II, Manufacturers Life Insurance Company, MassMutual Premier Funds, MassMutual Select Funds, Munder Series Trust, Oppenheimer Champion Income Fund, Oppenheimer Main Street Opportunity Fund, Oppenheimer Main Street Small Cap Fund, PIMCO Funds, PIMCO Variable Insurance Trust, Pacific Select Fund, Russell Investment Company, Schwab 1000 Funds, Schwab Annuity Portfolios, Schwab Capital Trust, Schwab Investments, Steward Fund, Inc., Sun Capital Advisers Trust, The Vanguard Group, Inc., Transamerica Idex Mutual Fund, Transamerica Partners Funds Group, Transamerica Partners Funds Group II, Transamerica Partners Portfolios, Vanguard Fenway Funds, Vanguard Institutional Index Funds, Vanguard Malvern Funds, Vanguard Quantitative Funds, Vanguard Tax-Managed Funds, Vanguard Valley Forge Funds, Vanguard Variable Insurance Funds, Vanguard Whitehall Funds, Vanguard Windsor Funds, Vanguard World Funds (Attachments: 1 Proposed Form of Order 2 Certificate of Service 3 Exhibit Exhibit A part 1 4 Exhibit Exhibit A part 2 5 Exhibit Exhibit A part 3 6 Exhibit Exhibit A part 4 7 Exhibit Exhibit A part 5 8 Exhibit Exhibit A part 6) (Jameson, Bruce) Modified on 5/17/2011 to correct docket text. (KPB) (Entered: 05/16/2011) |
| | | Limited Objection *of Merrill Lynch to the (1) Motion of The Official Committee of Unsecured Creditors for a Protective Order and (2) Limited Response of the Aurelius Plaintiff Group to Such Motion* (related document(s) 113, 119) Filed by |

| 05/16/2011 | 🔍 121 | Merrill, Lynch, Pierce, Fenner & Smith Incorporated (Attachments: 1 Exhibit 1 2 Exhibit 2 3 Exhibit 3 4 Certificate of Service) (McNeill, R. Stephen) (Entered: 05/16/2011) |
|---|---|---|
| 05/18/2011 | 🔍 122 | Certification of Counsel *Regarding Motion for Protective Order* (related document(s)113, 119, 120, 121) Filed by The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al.. (Attachments: 1 Exhibit A - Proposed Form of Order 2 Exhibit B - Blackline Order) (Green, Jr., James) (Entered: 05/18/2011) |
| 05/19/2011 | 🔍 123 | Protective Order (related document(s)113, 119, 120, 121) Order Signed on 5/19/2011. (Attachments: 1 Exhibit "A") (LMD) (Entered: 05/19/2011) |
| 05/19/2011 | 🔍 124 | Motion to Appear pro hac vice *of Daniel R. Swetnam*. Receipt Number DEX010556, Filed by Ohio Public Employees Retirement System. (KPB) (Entered: 05/20/2011) |
| 05/20/2011 | 🔍 125 | Affidavit/Declaration of Service *re: Protective Order* (related document(s)123) Filed by The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al.. (Green, Jr., James) (Entered: 05/20/2011) |
| 05/23/2011 | 🔍 126 | Order Granting Motion for Admission pro hac vice of Daniel R. Swetnam, Esquire (Related Doc # 124) Order Signed on 5/23/2011. (DJG) (Entered: 05/23/2011) |
| 05/24/2011 | 🔍 127 | Summons and Notice of Pretrial Conference Served on Defendant Irving L. Quimby. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document 61, 73) Answer due date: 06/23/2011. (Attachments: 1 Certificate of Service) (Green, Jr., James) (Entered: 05/24/2011) |
| 06/07/2011 | 🔍 128 | Summons and Notice of Pretrial Conference Served on Defendant John D. Worthington, IV. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document 61, 73) Answer due date: 07/7/2011. (Attachments: 1 Certificate of Service) (Green, Jr., James) (Entered: 06/07/2011) |
| 06/17/2011 | 🔍 129 | Order Staying Avoidance Actions Commenced by the Debtors. Order Signed on 12/14/2010 (KPB) (Entered: 06/17/2011) |
| 06/22/2011 | 🔍 130 | Notice of Service *of Response and Objection of Morgan Stanley & Co., Inc.* Filed by Morgan Stanley & Co., Inc. (Powlen, David) (Entered: 06/22/2011) |
| 07/01/2011 | 🔍 131 | Notice of Service of Discovery *Committee's Request for Documents* Filed by The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al. (Butcher, Rebecca) (Entered: 07/01/2011) |
| 07/07/2011 | 🔍 132 | Notice of Change of Address *of Duane Morris LLP* Filed by Robert R. McCormick Foundation. (Riley, Richard) (Entered: 07/07/2011) |
| 07/08/2011 | 🔍 133 | Second Motion to Extend *Time to Complete Service* Filed by The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al.. Hearing scheduled for 7/26/2011 at 01:00 PM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #5, Wilmington, Delaware. Objections due by 7/19/2011. (Attachments: 1 Notice 2 Proposed Form of Order 3 Affidavit of Service) (Butcher, Rebecca) (Entered: 07/08/2011) |
| 07/11/2011 | 🔍 134 | Order Granting Second Motion to Amend Definition of Termination Event in Orders Granting Official Committee of Unsecured Creditors Standing and Authority to Commence, Prosecute, Settle and Recover Certain Causes of Action on Behalf of the Debtors' Estates (related document(s)73, 111) Order Signed on 6/16/2011. (LMD) (Entered: 07/11/2011) |
| 07/15/2011 | 🔍 135 | Motion for Protective Order Filed by The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al.. Hearing scheduled for 7/26/2011 at 01:00 PM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #5, Wilmington, Delaware. Objections due by 7/25/2011. (Attachments: 1 Notice 2 Exhibit A 3 Exhibit B 4 Proposed Form of Order Exhibit C) (Green, Jr., James) (Entered: 07/15/2011) |
| 07/19/2011 | 🔍 136 | Affidavit/Declaration of Service *of Motion for Protective Order* (related document(s)135) Filed by The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al.. (Green, Jr., James) (Entered: 07/19/2011) |
| 07/21/2011 | 🔍 137 | Certificate of No Objection *re: Second Motion to Extend Time to Complete Service* (related document(s)133) Filed by The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al.. (Attachments: 1 Affidavit of Service) (Green, Jr., James) (Entered: 07/21/2011) |
| 07/22/2011 | 🔍 138 | Notice of Completion of Briefing. The case judge is Kevin J. Carey Filed by Schultze Asset Management, LLC (Ward, Christopher) (Entered: 07/22/2011) |
| 07/25/2011 | 🔍 139 | Order Granting Motion for Extension of Time to Complete Service. (related document(s)133, 137) Order Signed on 7/22/2011. (LMD) (Entered: 07/25/2011) |
| 07/25/2011 | 🔍 140 | Notice of Appearance Filed by Amalgamated Bank (Stone, Alan) (Entered: 07/25/2011) |
| 07/25/2011 | 🔍 141 | Memorandum of Law *Reserving Rights* (related document(s)135) Filed by Amalgamated Bank. (Stone, Alan) (Entered: 07/25/2011) |
| 07/26/2011 | 🔍 142 | Affidavit/Declaration of Service (related document(s)138) Filed by Schultze Asset Management, LLC. (Katona, Shanti) (Entered: 07/26/2011) |
| | | Summons and Notice of Pretrial Conference Served on Interested Party Schultze Asset Management, LLC. *(THIS MATTER* |

| | | |
|---|---|---|
| 07/29/2011 | 🔵 143 | *HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document 61, 73) Answer due date: 08/29/2011. (Attachments: 1 Certificate of Service) (Green, Jr., James) (Entered: 07/29/2011) |
| 07/29/2011 | 🔵 144 | Notice of Service of Request for Documents directed to Schultze Asset Management, LLC. Filed by The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al. (Green, Jr., James) Modified docket text on 8/1/2011 (LMD). (Entered: 07/29/2011) |
| 08/01/2011 | 🔵 145 | Notice of Service *of Marshwinds Advisory Co.s Responses and Objections To Committees Request For Documents* (related document(s)131) Filed by Marshwinds Advisory Co. (Horowitz, Daniel) Modified on 8/2/2011 to correct docket text. (KPB). (Entered: 08/01/2011) |
| 08/02/2011 | 🔵 146 | Notice of Service of Discovery *Silverpoint Capital, L.P.s Responses and Objections to Document Requests of the Official Committee of Unsecured Creditors of Tribune Company* Filed by Silver Point Capital, L.P. (Klein, Julia) (Entered: 08/02/2011) |
| 08/02/2011 | 🔵 147 | Notice of Service *of RegentAtlantic Capital, LLC's Responses and Objections to Committee's Request for Documents* Filed by RegentAtlantic Capital, LLC (Werb, Duane) (Entered: 08/02/2011) |
| 08/03/2011 | 🔵 148 | Certification of Counsel *Regarding Schultze Asset Management, LLC Subpoena and Motion to Quash* (related document(s) 77, 138) Filed by The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al.. (Rath, Daniel) (Entered: 08/03/2011) |
| 08/03/2011 | 🔵 149 | Notice of Service of Discovery *regarding Committee's Request For Documents* Filed by Verizon Investment Management Corp. (Migliore, Michael) (Entered: 08/03/2011) |
| 08/04/2011 | 🔵 150 | Notice of Service *of Objections to the Official Committee of Unsecured Creditors of Tribune Companys June 30, 2011 Requests for Documents* Filed by LSV Asset Management (Everett, Nancy) (Entered: 08/04/2011) |
| 08/05/2011 | 🔵 151 | Certification of Counsel *Regarding Motion for Protective Order* (related document(s)135) Filed by The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al.. (Attachments: 1 Exhibit A - Proposed Form of Order2 Exhibit B - Blackline Order) (Cobb, Richard) (Entered: 08/05/2011) |
| 08/08/2011 | 🔵 152 | Protective Order. (related document(s)135, 151) Order Signed on 8/8/2011. (LMD) (Entered: 08/08/2011) |
| 08/08/2011 | 🔵 153 | Notice of Appearance Filed by Tirschwell & Loewy, Inc. (Giaimo, Christopher) (Entered: 08/08/2011) |
| 08/08/2011 | 🔵 154 | Corporate Ownership Statement pursuant to F.R.B.P. 7007.1(a) Filed by Amalgamated Bank. (Stone, Alan) (Entered: 08/08/2011) |
| 08/09/2011 | 🔵 155 | Affidavit/Declaration of Service *Protective Order* (related document(s)152) Filed by The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al.. (Green, Jr., James) (Entered: 08/09/2011) |
| 08/10/2011 | 🔵 156 | Notice of Service *of Douglas C. Lane & Associates, Inc.'s Objections and Responses to Committee's Request for Documents* Filed by Douglas C. Lane & Associates, Inc. (Cohen, Howard) (Entered: 08/10/2011) |
| 08/11/2011 | 🔵 157 | Summons and Notice of Pretrial Conference Served on Defendant Morgan Stanley & Co., Inc.. *and parties named on service list (THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 134, 152) Answer due date: 09/12/2011. (Attachments: 1 Certificate of Service) (Green, Jr., James) (Entered: 08/11/2011) |
| 08/11/2011 | 🔵 158 | Notice of Service of Discovery *Committee's Request for Documents* Filed by The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al. (Green, Jr., James) (Entered: 08/11/2011) |
| 08/12/2011 | 🔵 159 | Affidavit of Service [Supplemental] re: (i) Summons and Notice of Pre-trial Conference and (ii) Notice of Service of Committee's Discovery Request directed to Wells Fargo & Company. (related document(s)157, 158) Filed by The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al.. (Green, Jr., James) Modified docket text on 8/15/2011 (LMD). (Entered: 08/12/2011) |
| 08/16/2011 | 🔵 160 | Summons and Notice of Pretrial Conference Served on Defendant Does 1 - 25. *(Parties named on service list) (THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 134, 152) Answer due date: 09/15/2011. (Attachments: 1 Certificate of Service) (Green, Jr., James) (Entered: 08/16/2011) |
| 08/16/2011 | 🔵 161 | Notice of Service of Discovery *Committee's Request for Documents* Filed by The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al. (Green, Jr., James) (Entered: 08/16/2011) |
| 08/22/2011 | 🔵 162 | Notice of Withdrawal *from any and all service and mailing lists* Filed by Shearman & Sterling LLP. (NAL) (Entered: 08/22/2011) |
| 08/29/2011 | 🔵 163 | Notice of Service of Discovery *Regarding the Objections and Responses of Schultze Asset Management, LLC to Official Committee of Unsecured Creditors of Tribune Companys First Set of Requests for Production of Documents* Filed by Schultze Asset Management, LLC (Ward, Christopher) (Entered: 08/29/2011) |
| 08/31/2011 | 🔵 164 | Third Order Amending Definition of "Termination Event" in Orders Granting Official Committee of Unsecured Creditors Standing and Authority to Commence, Prosecute, Settle and Recover Certain Causes of Action on Behalf of the Debtors' Estates (related document(s)111, 134) Order Signed on 8/25/2011. (KPB) (Entered: 08/31/2011) |

| 09/13/2011 | ● 165 | Letter concerning Inability to Complete Service. Filed by UMB Fund Services . (Farrar, Adrian) (Entered: 09/13/2011) |
|---|---|---|
| 09/15/2011 | ● 166 | Notice of Substitution of Counsel - *Stipulation and Notice of Withdrawal and Substitution of Attorneys of Record* Filed by The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al. (Attachments: 1 Certificate of Service) (Green, Jr., James) (Entered: 09/15/2011) |
| 09/20/2011 | ● 167 | Summons and Notice of Pretrial Conference Served on Defendant PowerShares Exchange-Traded Fund Trust. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/20/2011. (Attachments: 1 Certificate of Service) (Green, Jr., James) (Entered: 09/20/2011) |
| 09/20/2011 | ● 168 | Summons and Notice of Pretrial Conference Served on Defendant Invesco Structured Core Fund. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/20/2011. (Attachments: 1 Certificate of Service) (Green, Jr., James) (Entered: 09/20/2011) |
| 09/22/2011 | ● 169 | Summons and Notice of Pretrial Conference Served on Defendant Adage Capital Advisors, L.L.C.. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Green, Jr., James) (Entered: 09/22/2011) |
| 09/22/2011 | ● 170 | Summons and Notice of Pretrial Conference Served on Defendant Glassell JR, Alfred C. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Green, Jr., James) (Entered: 09/22/2011) |
| 09/22/2011 | ● 171 | Summons and Notice of Pretrial Conference Served on Defendant Alliance Capital Management. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Green, Jr., James) (Entered: 09/22/2011) |
| 09/22/2011 | ● 172 | Summons and Notice of Pretrial Conference Served on Defendant Antoinette B Brumbaugh Trust. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Green, Jr., James) (Entered: 09/22/2011) |
| 09/22/2011 | ● 173 | Summons and Notice of Pretrial Conference Served on Defendant Arizona State Retirement System. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Green, Jr., James) (Entered: 09/22/2011) |
| 09/22/2011 | ● 174 | Summons and Notice of Pretrial Conference Served on Defendant B Trade Services LLC. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Green, Jr., James) (Entered: 09/22/2011) |
| 09/22/2011 | ● 175 | Summons and Notice of Pretrial Conference Served on Defendant Baldwin Enterprises, Inc.. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Green, Jr., James) (Entered: 09/22/2011) |
| 09/22/2011 | ● 176 | Summons and Notice of Pretrial Conference Served on Defendant Baxter. *(Baxter International Inc.)* *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Green, Jr., James) (Entered: 09/22/2011) |
| 09/22/2011 | ● 177 | Summons and Notice of Pretrial Conference Served on Defendant Bechtel Corporation. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Green, Jr., James) (Entered: 09/22/2011) |
| 09/22/2011 | ● 178 | Summons and Notice of Pretrial Conference Served on Defendant Bernard Osher Trust. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Green, Jr., James) (Entered: 09/22/2011) |
| 09/22/2011 | ● 179 | Summons and Notice of Pretrial Conference Served on Defendant Beaird, Betty. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Green, Jr., James) (Entered: 09/22/2011) |
| 09/22/2011 | ● 180 | Summons and Notice of Pretrial Conference Served on Defendant Perry, Beverly. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Green, Jr., James) (Entered: 09/22/2011) |
| 09/22/2011 | ● 181 | Summons and Notice of Pretrial Conference Served on Defendant CA PUBLIC EE RETRMNT SYS. *(California Public Empoyees Retirement System)* *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Green, Jr., James) (Entered: 09/22/2011) |
| 09/22/2011 | ● 182 | Summons and Notice of Pretrial Conference Served on Defendant PRISM PARTNERS II OFFSHORE FUND. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Green, Jr., James) (Entered: 09/22/2011) |
| 09/22/2011 | ● 183 | Summons and Notice of Pretrial Conference Served on Defendant Carlyle Multi-Strategy Master. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Rath, Daniel) (Entered: 09/22/2011) |

| | | |
|---|---|---|
| 09/22/2011 | ● 184 | Summons and Notice of Pretrial Conference Served on Defendant CAXTON INTERNATIONAL, LTD. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Rath, Daniel) (Entered: 09/22/2011) |
| 09/22/2011 | ● 185 | Summons and Notice of Pretrial Conference Served on Defendant PRISM PARTNERS III LEVERAGE LP. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Green, Jr., James) (Entered: 09/22/2011) |
| 09/22/2011 | ● 186 | Summons and Notice of Pretrial Conference Served on Defendant Charles Schwab INV. MGT. CO. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Rath, Daniel) (Entered: 09/22/2011) |
| 09/22/2011 | ● 187 | Summons and Notice of Pretrial Conference Served on Defendant Citigroup Global Markets Inc.. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Rath, Daniel) (Entered: 09/22/2011) |
| 09/22/2011 | ● 188 | Summons and Notice of Pretrial Conference Served on Defendant PRISM PARTNERS IV. *(Prism Partners IV Leveraged Offshore Fund)* (THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET) (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Green, Jr., James) (Entered: 09/22/2011) |
| 09/22/2011 | ● 189 | Summons and Notice of Pretrial Conference Served on Defendant Commonwealth of PA Public School Employees' Retirement System. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Rath, Daniel) (Entered: 09/22/2011) |
| 09/22/2011 | ● 190 | Summons and Notice of Pretrial Conference Served on Defendant Consolidated Edison of NY. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Rath, Daniel) (Entered: 09/22/2011) |
| 09/22/2011 | ● 191 | Summons and Notice of Pretrial Conference Served on Defendant PRISM PARTNERS OFFSHORE FUND. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Green, Jr., James) (Entered: 09/22/2011) |
| 09/22/2011 | ● 192 | Summons and Notice of Pretrial Conference Served on Defendant CREDIT SUISSE FIRST BOSTON. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Rath, Daniel) (Entered: 09/22/2011) |
| 09/22/2011 | ● 193 | Summons and Notice of Pretrial Conference Served on Defendant Progressive Casualty Insurance. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Green, Jr., James) (Entered: 09/22/2011) |
| 09/22/2011 | ● 194 | Summons and Notice of Pretrial Conference Served on Defendant D E Shaw Valence Portfolio LLC. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Rath, Daniel) (Entered: 09/22/2011) |
| 09/22/2011 | ● 195 | Summons and Notice of Pretrial Conference Served on Defendant LU, DAVID T.K.. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Rath, Daniel) (Entered: 09/22/2011) |
| 09/22/2011 | ● 196 | Summons and Notice of Pretrial Conference Served on Defendant Public Employees' Retirement System of Mississippi. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Green, Jr., James) (Entered: 09/22/2011) |
| 09/22/2011 | ● 197 | Summons and Notice of Pretrial Conference Served on Defendant Deephaven Capital Management. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Rath, Daniel) (Entered: 09/22/2011) |
| 09/22/2011 | ● 198 | Summons and Notice of Pretrial Conference Served on Defendant Diamondback Capital Management. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Rath, Daniel) (Entered: 09/22/2011) |
| 09/22/2011 | ● 199 | Summons and Notice of Pretrial Conference Served on Defendant QES QVT FUND LP. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Green, Jr., James) (Entered: 09/22/2011) |
| 09/22/2011 | ● 200 | Summons and Notice of Pretrial Conference Served on Defendant DOROTHY CAHN TRUST. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Rath, Daniel) (Entered: 09/22/2011) |
| 09/22/2011 | ● 201 | Summons and Notice of Pretrial Conference Served on Defendant R MARK MALLORY TRUST. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Green, Jr., James) (Entered: 09/22/2011) |
| 09/22/2011 | | Summons and Notice of Pretrial Conference Served on Defendant DOROTHY QUAAL REVOCABLE TRUST. *(THIS* |

| 09/22/2011 | 202 | *MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Rath, Daniel) (Entered: 09/22/2011) |
| 09/22/2011 | 203 | Summons and Notice of Pretrial Conference Served on Defendant RABO CAPITAL SERVICES, INC.. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Green, Jr., James) (Entered: 09/22/2011) |
| 09/22/2011 | 204 | Summons and Notice of Pretrial Conference Served on Defendant Double Black Diamond Offshore LTD. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Rath, Daniel) (Entered: 09/22/2011) |
| 09/22/2011 | 205 | Summons and Notice of Pretrial Conference Served on Defendant RIEF RMP LLC. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Green, Jr., James) (Entered: 09/22/2011) |
| 09/22/2011 | 206 | Summons and Notice of Pretrial Conference Served on Defendant ESTATE OF LEAVITT J POPE. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Rath, Daniel) (Entered: 09/22/2011) |
| 09/22/2011 | 207 | Summons and Notice of Pretrial Conference Served on Defendant Federated Investors. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Rath, Daniel) (Entered: 09/22/2011) |
| 09/22/2011 | 208 | Summons and Notice of Pretrial Conference Served on Defendant RIEF TRADING LLC. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Green, Jr., James) (Entered: 09/22/2011) |
| 09/22/2011 | 209 | Summons and Notice of Pretrial Conference Served on Defendant Sanford C Bernstein Fund Inc. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Green, Jr., James) (Entered: 09/22/2011) |
| 09/22/2011 | 210 | Summons and Notice of Pretrial Conference Served on Defendant Federated MDT Stock Trust. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Rath, Daniel) (Entered: 09/22/2011) |
| 09/22/2011 | 211 | Summons and Notice of Pretrial Conference Served on Defendant Federated Securities Corp.. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Rath, Daniel) (Entered: 09/22/2011) |
| 09/22/2011 | 212 | Summons and Notice of Pretrial Conference Served on Defendant SCOTT C SMITH TRUST. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Green, Jr., James) (Entered: 09/22/2011) |
| 09/22/2011 | 213 | Summons and Notice of Pretrial Conference Served on Defendant Fidelity Commonwealth Trust. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Rath, Daniel) (Entered: 09/22/2011) |
| 09/22/2011 | 214 | Summons and Notice of Pretrial Conference Served on Defendant Fidelity Concord Street Trust. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Rath, Daniel) (Entered: 09/22/2011) |
| 09/22/2011 | 215 | Summons and Notice of Pretrial Conference Served on Defendant Security Benefit Life Insurance Corporation. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Green, Jr., James) (Entered: 09/22/2011) |
| 09/22/2011 | 216 | Summons and Notice of Pretrial Conference Served on Defendant Bradford, Sharon Anne. *(Sharon Anne Bradford Christhilf)* *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Green, Jr., James) (Entered: 09/22/2011) |
| 09/22/2011 | 217 | Summons and Notice of Pretrial Conference Served on Defendant Federated Investors. *(Fidelity Management & Research Company)* *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Rath, Daniel) (Entered: 09/22/2011) |
| 09/22/2011 | 218 | Summons and Notice of Pretrial Conference Served on Defendant FLICK FAMILY REVOCABLE TRUST. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Rath, Daniel) (Entered: 09/22/2011) |
| 09/22/2011 | 219 | Summons and Notice of Pretrial Conference Served on Defendant South Carolina Retirement System. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Green, Jr., James) (Entered: 09/22/2011) |
| 09/22/2011 | 220 | Summons and Notice of Pretrial Conference Served on Defendant Florida Retirement System. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Rath, Daniel) (Entered: 09/22/2011) |

| 09/22/2011 | ⊘221 | Summons and Notice of Pretrial Conference Served on Defendant Frank Russell Trust Company. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Rath, Daniel) (Entered: 09/22/2011) |
| 09/22/2011 | ⊘222 | Summons and Notice of Pretrial Conference Served on Defendant State Street Global Advisors. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Green, Jr., James) (Entered: 09/22/2011) |
| 09/22/2011 | ⊘223 | Summons and Notice of Pretrial Conference Served on Defendant Gabelli Funds, Inc.. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Rath, Daniel) (Entered: 09/22/2011) |
| 09/22/2011 | ⊘224 | Summons and Notice of Pretrial Conference Served on Defendant GAMCO ASSET MANAGEMENT, INC.. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Rath, Daniel) (Entered: 09/22/2011) |
| 09/22/2011 | ⊘225 | Summons and Notice of Pretrial Conference Served on Defendant Paloma Securities LLC. *(Sunrise Partners LP) (THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Green, Jr., James) (Entered: 09/22/2011) |
| 09/22/2011 | ⊘226 | Summons and Notice of Pretrial Conference Served on Defendant General Motors Investment Management Corporation. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Rath, Daniel) (Entered: 09/22/2011) |
| 09/22/2011 | ⊘227 | Summons and Notice of Pretrial Conference Served on Defendant GERALD W AGEMA REVOCABLE TRUST. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Rath, Daniel) (Entered: 09/22/2011) |
| 09/22/2011 | ⊘228 | Summons and Notice of Pretrial Conference Served on Defendant Susquehanna Capital Group. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Green, Jr., James) (Entered: 09/22/2011) |
| 09/22/2011 | ⊘229 | Summons and Notice of Pretrial Conference Served on Defendant Susquehanna Investment Group. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Green, Jr., James) (Entered: 09/22/2011) |
| 09/22/2011 | ⊘230 | Summons and Notice of Pretrial Conference Served on Defendant Goldentree Master Fund LTD.. *(Goldentree Asset Management LP) (THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Rath, Daniel) (Entered: 09/22/2011) |
| 09/22/2011 | ⊘231 | Summons and Notice of Pretrial Conference Served on Defendant Halbower, Matthew. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Butcher, Rebecca) (Entered: 09/22/2011) |
| 09/22/2011 | ⊘232 | Summons and Notice of Pretrial Conference Served on Defendant Goldentree Master Fund LTD.. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Rath, Daniel) (Entered: 09/22/2011) |
| 09/22/2011 | ⊘233 | Summons and Notice of Pretrial Conference Served on Defendant Symetra Financial Corp. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Green, Jr., James) (Entered: 09/22/2011) |
| 09/22/2011 | ⊘234 | Summons and Notice of Pretrial Conference Served on Defendant MAXIM SERIES FUND, INC.. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Butcher, Rebecca) (Entered: 09/22/2011) |
| 09/22/2011 | ⊘235 | Summons and Notice of Pretrial Conference Served on Defendant Symetra Life Insurance Co.. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Green, Jr., James) (Entered: 09/22/2011) |
| 09/22/2011 | ⊘236 | Summons and Notice of Pretrial Conference Served on Defendant MELLON CAPITAL MANAGEMENT. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Butcher, Rebecca) (Entered: 09/22/2011) |
| 09/22/2011 | ⊘237 | Summons and Notice of Pretrial Conference Served on Defendant Talon Opportunity Partners LP. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Green, Jr., James) (Entered: 09/22/2011) |
| 09/22/2011 | ⊘238 | Summons and Notice of Pretrial Conference Served on Defendant TBK Partners, LLC. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Green, Jr., James) (Entered: 09/22/2011) |
| | | Summons and Notice of Pretrial Conference Served on Defendant Metropolitan Life. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: |

| 09/22/2011 | ⊙ 239 | 1 Certificate of Service) (Butcher, Rebecca) (Entered: 09/22/2011) |
|---|---|---|
| 09/22/2011 | ⊙ 240 | Summons and Notice of Pretrial Conference Served on Defendant Metropolitan Stock Index Fund. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Butcher, Rebecca) (Entered: 09/22/2011) |
| 09/22/2011 | ⊙ 241 | Summons and Notice of Pretrial Conference Served on Defendant Millenco LLC. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Butcher, Rebecca) (Entered: 09/22/2011) |
| 09/22/2011 | ⊙ 242 | Summons and Notice of Pretrial Conference Served on Defendant Mitchell, Grace M. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Rath, Daniel) (Entered: 09/22/2011) |
| 09/22/2011 | ⊙ 243 | Summons and Notice of Pretrial Conference Served on Defendant Teachers' Retirement System of Louisiana. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Green, Jr., James) (Entered: 09/22/2011) |
| 09/22/2011 | ⊙ 244 | Summons and Notice of Pretrial Conference Served on Defendant Gryphon Hidden Values VIII L.P.. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Rath, Daniel) (Entered: 09/22/2011) |
| 09/22/2011 | ⊙ 245 | Summons and Notice of Pretrial Conference Served on Defendant Minnesota State Board of INVMT. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Butcher, Rebecca) (Entered: 09/22/2011) |
| 09/22/2011 | ⊙ 246 | Summons and Notice of Pretrial Conference Served on Defendant Hedgehog Capital LLC. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Rath, Daniel) (Entered: 09/22/2011) |
| 09/22/2011 | ⊙ 247 | Summons and Notice of Pretrial Conference Served on Defendant THOMAS G AYERS TRUST. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Green, Jr., James) (Entered: 09/22/2011) |
| 09/22/2011 | ⊙ 248 | Summons and Notice of Pretrial Conference Served on Defendant Mr Bernard E Waterman and Mrs Edith B Waterman. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Butcher, Rebecca) (Entered: 09/22/2011) |
| 09/22/2011 | ⊙ 249 | Summons and Notice of Pretrial Conference Served on Defendant Hedonic Capital LLC. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Rath, Daniel) (Entered: 09/22/2011) |
| 09/22/2011 | ⊙ 250 | Summons and Notice of Pretrial Conference Served on Defendant Treasurer of the State of N.C.. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Green, Jr., James) (Entered: 09/22/2011) |
| 09/22/2011 | ⊙ 251 | Summons and Notice of Pretrial Conference Served on Defendant HFR Asset MGMT. LLC. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/22/2010. (Attachments: 1 Certificate of Service) (Rath, Daniel) (Entered: 09/22/2011) |
| 09/22/2011 | ⊙ 252 | Summons and Notice of Pretrial Conference Served on Defendant Johnson, Nancy Fay. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Butcher, Rebecca) (Entered: 09/22/2011) |
| 09/22/2011 | ⊙ 253 | Summons and Notice of Pretrial Conference Served on Defendant Hudson Bay Fund LP. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Rath, Daniel) (Entered: 09/22/2011) |
| 09/22/2011 | ⊙ 254 | Summons and Notice of Pretrial Conference Served on Defendant University of CA Regents. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Green, Jr., James) (Entered: 09/22/2011) |
| 09/22/2011 | ⊙ 255 | Summons and Notice of Pretrial Conference Served on Defendant Northwestern Mutual Series Fund Inc.. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Butcher, Rebecca) (Entered: 09/22/2011) |
| 09/22/2011 | ⊙ 256 | Summons and Notice of Pretrial Conference Served on Defendant Illinois State Board of Investment. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Rath, Daniel) (Entered: 09/22/2011) |
| 09/22/2011 | ⊙ 257 | Summons and Notice of Pretrial Conference Served on Defendant QUAAL, WARD L. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Green, Jr., James) (Entered: 09/22/2011) |
| | | Summons and Notice of Pretrial Conference Served on Defendant INTERNATIONAL BUSINESS MACHINES |

| 09/22/2011 | 258 | CORPORATION. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due: 10/24/2011. (Attachments: 1 Certificate of Service) (Rath, Daniel) (Entered: 09/22/2011) |
| 09/22/2011 | 259 | Summons and Notice of Pretrial Conference Served on Defendant One Beacon America Insurance Company. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Butcher, Rebecca) (Entered: 09/22/2011) |
| 09/22/2011 | 260 | Summons and Notice of Pretrial Conference Served on Defendant WG Trading CO LP. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Green, Jr., James) (Entered: 09/22/2011) |
| 09/22/2011 | 261 | Summons and Notice of Pretrial Conference Served on Defendant Paloma Securities LLC. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Butcher, Rebecca) (Entered: 09/22/2011) |
| 09/22/2011 | 262 | Summons and Notice of Pretrial Conference Served on Defendant Investment Tech Group Inc. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Rath, Daniel) (Entered: 09/22/2011) |
| 09/22/2011 | 263 | Summons and Notice of Pretrial Conference Served on Defendant Perry Partners L.P.. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Butcher, Rebecca) (Entered: 09/22/2011) |
| 09/22/2011 | 264 | Summons and Notice of Pretrial Conference Served on Defendant White Mountains Reinsurance Company of America. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Green, Jr., James) (Entered: 09/22/2011) |
| 09/22/2011 | 265 | Summons and Notice of Pretrial Conference Served on Defendant Lockwood, James L. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Rath, Daniel) (Entered: 09/22/2011) |
| 09/22/2011 | 266 | Summons and Notice of Pretrial Conference Served on Defendant WILLIAM JAMES BELL TRUST. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Green, Jr., James) (Entered: 09/22/2011) |
| 09/22/2011 | 267 | Summons and Notice of Pretrial Conference Served on Defendant John Hancock Financial. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Rath, Daniel) (Entered: 09/22/2011) |
| 09/22/2011 | 268 | Summons and Notice of Pretrial Conference Served on Defendant Sherrouse, Willie H.. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Green, Jr., James) (Entered: 09/22/2011) |
| 09/22/2011 | 269 | Summons and Notice of Pretrial Conference Served on Defendant Manulife U.S. Equity. *(Manulife Financial Corporation) (THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Rath, Daniel) (Entered: 09/22/2011) |
| 09/22/2011 | 270 | Summons and Notice of Pretrial Conference Served on Defendant Winchester Evening Star Inc.. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Green, Jr., James) (Entered: 09/22/2011) |
| 09/22/2011 | 271 | Summons and Notice of Pretrial Conference Served on Defendant John Spears. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Rath, Daniel) (Entered: 09/22/2011) |
| 09/22/2011 | 272 | Summons and Notice of Pretrial Conference Served on Defendant YIELD STRATEGIES FUND I LP. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Green, Jr., James) (Entered: 09/22/2011) |
| 09/22/2011 | 273 | Summons and Notice of Pretrial Conference Served on Defendant JOHN W. MADIGAN TRUST. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Rath, Daniel) (Entered: 09/22/2011) |
| 09/22/2011 | 274 | Summons and Notice of Pretrial Conference Served on Defendant Petersen, Kenneth. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Rath, Daniel) (Entered: 09/22/2011) |
| 09/22/2011 | 275 | Summons and Notice of Pretrial Conference Served on Defendant Lighthouse Partners, LLC. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Rath, Daniel) (Entered: 09/22/2011) |
| 09/22/2011 | 276 | Summons and Notice of Pretrial Conference Served on Defendant Wirtz Corporation. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Green, Jr., James) (Entered: 09/22/2011) |

| 09/22/2011 | 🔵277 | Summons and Notice of Pretrial Conference Served on Defendant LOCKWOOD BROS INC. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Rath, Daniel) (Entered: 09/22/2011) |
|---|---|---|
| 09/22/2011 | 🔵278 | Summons and Notice of Pretrial Conference Served on Defendant Madison Street Fund, L.P.. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Green, Jr., James) (Entered: 09/22/2011) |
| 09/22/2011 | 🔵279 | Summons and Notice of Pretrial Conference Served on Defendant LOEB ARBITRAGE MANAGEMENT LP. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Rath, Daniel) (Entered: 09/22/2011) |
| 09/22/2011 | 🔵280 | Summons and Notice of Pretrial Conference Served on Defendant Louise R. Outhouse Revocable Living Trust. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Rath, Daniel) (Entered: 09/22/2011) |
| 09/22/2011 | 🔵281 | Summons and Notice of Pretrial Conference Served on Defendant Maple Partners America Inc.. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Green, Jr., James) (Entered: 09/22/2011) |
| 09/22/2011 | 🔵282 | Summons and Notice of Pretrial Conference Served on Defendant Lucent Technologies Inc.. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Green, Jr., James) (Entered: 09/22/2011) |
| 09/22/2011 | 🔵283 | Summons and Notice of Pretrial Conference Served on Defendant Howells, Polly H.. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Butcher, Rebecca) (Entered: 09/22/2011) |
| 09/22/2011 | 🔵284 | Summons and Notice of Pretrial Conference Served on Defendant M & J Investment Group L.P.. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Rath, Daniel) (Entered: 09/22/2011) |
| 09/22/2011 | 🔵285 | Summons and Notice of Pretrial Conference Served on Defendant RITCH, MARGARET S. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Green, Jr., James) (Entered: 09/22/2011) |
| 09/22/2011 | 🔵286 | Summons and Notice of Pretrial Conference Served on Defendant PRISM PARTNERS I. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Butcher, Rebecca) (Entered: 09/22/2011) |
| 09/22/2011 | 🔵287 | Summons and Notice of Pretrial Conference Served on Defendant MARY CONIGLIO GSTT TE TRUST. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 10/24/2011. (Attachments: 1 Certificate of Service) (Green, Jr., James) (Entered: 09/22/2011) |
| 09/30/2011 | 🔵288 | Motion to Amend *Complaint to Include Additional Defendants* Filed by The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al.. (Attachments: 1 Exhibit A - Second Amended Complaint2 Exhibit A - Part 1 to Second Amended Complaint3 Exhibit A - Part 2 to Second Amended Complaint4 B to Second Amended Complaint5 C to Second Amended Complaint6 D to Second Amended Complaint7 E to Second Amended Complaint8 F to Second Amended Complaint9 Exhibit G to Second Amended Complaint10 Proposed Form of Order 11 Certificate of Service) (Green, Jr., James) (Entered: 09/30/2011) |
| 10/04/2011 | 🔵289 | Notice of Appearance Filed by I.B.E.W. Local 103 Trust Fund. (Etkin, Michael) (Entered: 10/04/2011) |
| 10/05/2011 | 🔵290 | Summons and Notice of Pretrial Conference Served on Defendant Northern Trust, N.A.. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 11/3/2011. (Attachments: 1 Certificate of Service) (Green, Jr., James) (Entered: 10/05/2011) |
| 10/05/2011 | 🔵291 | Summons and Notice of Pretrial Conference Served on Defendant Northern Trust Corporation. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 11/3/2011. (Attachments: 1 Certificate of Service) (Green, Jr., James) (Entered: 10/05/2011) |
| 10/05/2011 | 🔵292 | Summons and Notice of Pretrial Conference Served on Defendant Northern Trust Bank, FSB. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 11/3/2011. (Attachments: 1 Certificate of Service) (Green, Jr., James) (Entered: 10/05/2011) |
| 10/05/2011 | 🔵293 | Summons and Notice of Pretrial Conference Served on Defendant Northern Trust Company. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 11/3/2011. (Attachments: 1 Certificate of Service) (Green, Jr., James) (Entered: 10/05/2011) |
| | | Motion to Compel *PRODUCTION OF DOCUMENTS BY DEFENDANTSBNP PARIBAS SECURITIES CORP., BROWN BROTHERS HARRIMAN & CO., DEUTSCHE BANK SECURITIES, INC., MORGAN STANLEY & CO. LLC, MORGAN STANLEY SMITH BARNEY, NATIONAL CITY CORP., PNC BANK, N.A., PERSHING LLC, SWISS AMERICAN SECURITIES, INC., TD AMERITRADE CLEARING, INC., UBS FINANCIAL SERVICES, INC., AND UBS SECURITIES LLC* Filed by The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al.. Objections due by 10/18/2011. (Attachments: 1 Exhibit A2 Exhibit B3 Exhibit C4 Exhibit D5 Exhibit E6 Exhibit F7 Exhibit G8 Exhibit H9 Exhibit I10 Exhibit J11 Exhibit K12 Exhibit L13 Exhibit M14 Exhibit N15 Exhibit O16 Exhibit P17 Exhibit |

| 10/11/2011 | ❑294 | Q18 Exhibit R19 Exhibit S20 Exhibit T21 Exhibit U22 Exhibit V23 Exhibit W24 Exhibit X) (Green, Jr., James) (Entered: 10/11/2011) |
| --- | --- | --- |
| 10/12/2011 | ❑295 | Affidavit/Declaration of Service *re: Motion to Compel PRODUCTION OF DOCUMENTS BY DEFENDANTSBNP PARIBAS SECURITIES CORP., BROWN BROTHERS HARRIMAN & CO., DEUTSCHE BANK SECURITIES, INC., MORGAN STANLEY & CO. LLC, MORGAN STANLEY SMITH BARNEY, NATIONAL CITY CORP., PNC BANK, N.A., PERSHING LLC, SWISS AMERICAN SECURITIES, INC., TD AMERITRADE CLEARING, INC., UBS FINANCIAL SERVICES, INC., AND UBS SECURITIES LLC* (related document(s)294) Filed by The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al.. (Green, Jr., James) (Entered: 10/12/2011) |
| 10/12/2011 | ❑296 | Letter Regarding Inability to Complete Service. (related document(s)260) Filed by CT Corporation . (KPB) (Entered: 10/13/2011) |
| 10/14/2011 | ❑297 | Letter Regarding Inability to Complete Service. (related document(s)197) Filed by CT Corporation . (KPB) (Entered: 10/14/2011) |
| 10/17/2011 | ❑298 | Notice of Hearing *re: Motion to Compel PRODUCTION OF DOCUMENTS BY DEFENDANTSBNP PARIBAS SECURITIES CORP., BROWN BROTHERS HARRIMAN & CO., DEUTSCHE BANK SECURITIES, INC., MORGAN STANLEY & CO. LLC, MORGAN STANLEY SMITH BARNEY, NATIONAL CITY CORP., PNC BANK, N.A., PERSHING LLC, SWISS AMERICAN SECURITIES, INC., TD AMERITRADE CLEARING, INC., UBS FINANCIAL SERVICES, INC., AND UBS SECURITIES LLC* (related document(s)294) Filed by The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al. Hearing scheduled for 10/31/2011 at 02:30 PM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #5, Wilmington, Delaware. Objections due by 10/25/2011. (Attachments: 1 Affidavit of Service) (Green, Jr., James) (Entered: 10/17/2011) |
| 10/19/2011 | ❑299 | Motion to Appear pro hac vice *of Harry Frischer, Esq. (of Proskauer Rose LLP)*. Receipt Number DEX012730, Filed by Pershing LLC. (Rostocki, Brian) (Entered: 10/19/2011) |
| 10/19/2011 | ❑300 | Motion to Appear pro hac vice *of Stephen L. Ratner, Esq. (of Proskauer Rose LLP)*. Receipt Number DEX 012730, Filed by Pershing LLC. (Rostocki, Brian) (Entered: 10/19/2011) |
| 10/20/2011 | ❑301 | Amended Motion to Appear pro hac vice *of Harry Frischer, Esquire (of Proskauer Rose)*. Receipt Number DEX012748, Filed by Pershing LLC. (Rostocki, Brian) (Entered: 10/20/2011) |
| 10/20/2011 | ❑302 | Amended Motion to Appear pro hac vice *of Stephen L. Ratner, Esquire (of Proskauer Rose LLP)*. Receipt Number DEX012748, Filed by Pershing LLC. (Rostocki, Brian) (Entered: 10/20/2011) |
| 10/21/2011 | ❑303 | Summons and Notice of Pretrial Conference Served on Defendant Deephaven Capital Management. *[Deephaven Capital Management LLC] (THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 11/21/2011. (Attachments: 1 Certificate of Service) (Green, Jr., James) (Entered: 10/21/2011) |
| 10/24/2011 | ❑304 | Order Granting Motion for Admission pro hac vice of Harry Frischer, Esquire (Related Doc # 301) Order Signed on 10/21/2011. (DJG) (Entered: 10/24/2011) |
| 10/24/2011 | ❑305 | Order Granting Motion for Admission pro hac vice of Stephen L. Ratner, Esquire (Related Doc # 302) Order Signed on 10/21/2011. (DJG) (Entered: 10/24/2011) |
| 10/24/2011 | ❑306 | Summons and Notice of Pretrial Conference Served on Defendant QVT Fund LP. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 11/23/2011. (Attachments: 1 Certificate of Service) (Green, Jr., James) (Entered: 10/24/2011) |
| 10/24/2011 | ❑307 | Summons and Notice of Pretrial Conference Served on Defendant Quintessence Fund L.P.. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document61, 73, 164) Answer due date: 11/23/2011. (Attachments: 1 Certificate of Service) (Green, Jr., James) (Entered: 10/24/2011) |
| 10/24/2011 | ❑308 | Certificate of No Objection *re: Motion to Amend Complaint to Include Additional Defendants* (related document(s)288) Filed by The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al.. (Green, Jr., James) (Entered: 10/24/2011) |
| 10/25/2011 | ❑309 | Affidavit/Declaration of Service *re: Certificate of No Objection regarding Motion to Amend Complaint to Include Additional Defendants* (related document(s)308) Filed by The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al.. (Green, Jr., James) (Entered: 10/25/2011) |
| 10/25/2011 | ❑310 | Notice of Appearance Filed by Morgan Stanley Smith Barney LLC, Morgan Stanley & Co. LLC (Powlen, David) (Entered: 10/25/2011) |
| 10/25/2011 | ❑311 | Motion to Appear pro hac vice *of Jonathan D. Polkes*. Receipt Number DEX012853, Filed by Morgan Stanley & Co. LLC, Morgan Stanley Smith Barney LLC. (Powlen, David) (Entered: 10/25/2011) |
| 10/25/2011 | ❑312 | Motion to Appear pro hac vice *of Michael F. Walsh*. Receipt Number DEX012853, Filed by Morgan Stanley & Co. LLC, Morgan Stanley Smith Barney LLC. (Powlen, David) (Entered: 10/25/2011) |
| 10/25/2011 | ❑313 | Motion to Appear pro hac vice *of Richard W. Slack*. Receipt Number 11126, Filed by Morgan Stanley & Co. LLC, Morgan Stanley Smith Barney LLC. (Powlen, David) (Entered: 10/25/2011) |

| | | |
|---|---|---|
| 10/25/2011 | 314 | Corporate Ownership Statement pursuant to F.R.B.P. 7007.1(a) Filed by Morgan Stanley & Co. LLC, Morgan Stanley Smith Barney LLC. (Powlen, David) (Entered: 10/25/2011) |
| 10/25/2011 | 315 | Notice of Appearance Filed by BNP Paribas Securities Corp., Deutsche Bank Securities, Inc., UBS Securities Inc (Stone, Alan) (Entered: 10/25/2011) |
| 10/25/2011 | 316 | Response *in Opposition to Motion to Compel Production* (related document(s)294) Filed by BNP Paribas Securities Corp., Deutsche Bank Securities, Inc., UBS Securities Inc (Stone, Alan) (Entered: 10/25/2011) |
| 10/25/2011 | 317 | Objection *of Morgan Stanley & Co. LLC and Morgan Stanley Smith Barney LLC to Motion of the Official Committee of Unsecured Creditors to Compel Production of Documents by Defendants BNP Paribas Securities Corp., Brown Brothers Harriman & Co., Deutsche Bank Securities, Inc., Morgan Stanley & Co. LLC, Morgan Stanley Smith Barney, National City Corp., PNC Bank, N.A., Pershing LLC, Swiss American Securities, Inc., TD Ameritrade Clearing, Inc., UBS Financial Services, Inc. and UBS Securities LLC, and Joinder by Morgan Stanley & Co. LLC and Morgan Stanley Smith Barney LLC to Response Brief by Defendants BNP Paribas Securities Corp., et al. in Opposition to Plaintiff's Motion to Compel Production of Documents* (related document(s)294) Filed by Morgan Stanley & Co. LLC, Morgan Stanley Smith Barney LLC (Powlen, David) (Entered: 10/25/2011) |
| 10/25/2011 | 318 | Response *Brief and Joinder of Defendant Pershing LLC in Opposition to Plaintiff's Motion to Compel Production of Documents* (related document(s)294, 316) Filed by Pershing LLC (Attachments: 1 Certificate of Service) (Rostocki, Brian) (Entered: 10/25/2011) |
| 10/26/2011 | 319 | Order Granting Motion for Admission pro hac vice of Jonathan D. Polkes.(Related Doc # 311) Order Signed on 10/26/2011. (LMD) (Entered: 10/26/2011) |
| 10/26/2011 | 320 | Order Granting Motion for Admission pro hac vice of Michael F. Walsh. (Related Doc # 312) Order Signed on 10/26/2011. (LMD) (Entered: 10/26/2011) |
| 10/26/2011 | 321 | Order Granting Motion for Admission pro hac vice of Richard W. Slack.(Related Doc # 313) Order Signed on 10/26/2011. (LMD) (Entered: 10/26/2011) |
| 10/27/2011 | 322 | Notice of Agenda of Matters Scheduled for Hearing Filed by Tribune Company. Hearing scheduled for 10/31/2011 at 02:30 PM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #5, Wilmington, Delaware. (Stickles, J.) (Entered: 10/27/2011) |
| 10/28/2011 | 323 | Order Granting Motion of the Official Committee of Unsecured Creditors to Amend Complaint to Include Additional Defendants.(related document(s)288, 308) Order Signed on 10/28/2011. (LMD) (Entered: 10/28/2011) |
| 10/31/2011 | 324 | Notice of Appearance Filed by MetLife Stock Index Portfolio, Metropolitan Life Insurance Company. (Mangan, Kevin) (Entered: 10/31/2011) |
| 10/31/2011 | 325 | Corporate Ownership Statement pursuant to F.R.B.P. 7007.1(a) Filed by Metropolitan Life Insurance Company. (Mangan, Kevin) (Entered: 10/31/2011) |
| 10/31/2011 | 326 | Corporate Ownership Statement pursuant to F.R.B.P. 7007.1(a) Filed by MetLife Stock Index Portfolio. (Mangan, Kevin) (Entered: 10/31/2011) |
| 10/31/2011 | 329 | **Minutes of Hearing held on: 10/31/2011**<br>**Subject:** Motion to Compel and Termination Event; Zell objection.<br>(vCal Hearing ID (139876)). (NJH) (Entered: 11/03/2011) |
| 11/01/2011 | 327 | Second Amended Complaint to Add Party Filed by The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al. (related document(s)14, 61) AP Summons Served due date: 02/29/2012. (Attachments: 1 Exhibit A part 12 Exhibit A part 23 Exhibit B4 Exhibit C5 Exhibit D6 Exhibit E7 Exhibit F8 Exhibit G) (Green, Jr., James) (Entered: 11/01/2011) |
| 11/02/2011 | 328 | Affidavit/Declaration of Service *Second Amended Complaint, Order Granting Standing Motions, Order Granting Motion to Amend Complaint, and Fourth Order Amending Definition of "Termination Event" (Case No. 08-13141, docket no. 10132 )* (related document(s)73, 323, 327) Filed by The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al.. (Green, Jr., James) (Entered: 11/02/2011) |
| 11/04/2011 | 330 | Certification of Counsel *Regarding Proposed Order Granting In Part and Denying In Part Motion Of The Official Committee Of Unsecured Creditors To Compel Production Of Documents* (related document(s)294) Filed by The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al.. (Attachments: 1 Exhibit A - Proposed Order) (Green, Jr., James) (Entered: 11/04/2011) |
| 11/04/2011 | 331 | Order Granting in Part and Denying in Part Motion of the Official Committee of Unsecured Creditors to Compel Production of Documents by Defendants BNP Paribas Securities Corp., Brown Brothers Harriman & Co., Deutsche Bank Securities Inc., Morgan Stanley & Co. LLC, Morgan Stanley Smith Barney, National City Corp., PNC Bank, N.A., Pershing LLC, Swiss American Securities, Inc., TD Ameritrade Clearing, Inc., UBS Financial Services, Inc., and UBS Securities LLC. (related document(s)294, 330) Order Signed on 11/4/2011. (LMD) (Entered: 11/04/2011) |
| | | Affidavit/Declaration of Service *Order Granting in Part and Denying in Part Motion of the Official Committee of Unsecured Creditors to Compel Production of Documents by Defendants BNP Paribas Securities Corp., Brown Brothers Harriman & Co., Deutsche Bank Securities Inc., Morgan Stanley & Co. LLC, Morgan Stanley Smith Barney, National City Corp., PNC* |

| | | |
|---|---|---|
| 11/04/2011 | ⊙ 332 | *Bank, N.A., Pershing LLC, Swiss American Securities, Inc., TD Ameritrade Clearing, Inc., UBS Financial Services, Inc., and UBS Securities LLC* (related document(s)331) Filed By The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al.. (Green, Jr., James) (Entered: 11/04/2011) |
| 11/09/2011 | ⊙ 333 | Fourth Order Amending Definition of "Termination Event" in Orders Granting Official Committee of Unsecured Creditors Standing and Authority to Commence, Prosecute, Settle and Recover Certain Causes of Action on Behalf of the Debtors' Estates. (related document(s) 73, 111, 134) Order Signed on 10/31/2011.(KPB) (Entered: 11/09/2011) |
| 11/10/2011 | ⊙ 334 | Motion to Appear pro hac vice *by Sarah A. Sulkowski*. Receipt Number 13125, Filed by Amalgamated Bank, BNP Paribas Securities Corp., Deutsche Bank Securities, Inc., UBS Securities Inc. (Stone, Alan) (Entered: 11/10/2011) |
| 11/14/2011 | ⊙ 335 | Letter Regarding Inability to Complete Service. (related document(s)298) Filed by UMB Fund Services . (KPB) (Entered: 11/14/2011) |
| 11/15/2011 | ⊙ 336 | Amended Notice of Appearance Filed by The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al.. (Green, Jr., James) (Entered: 11/15/2011) |
| 11/16/2011 | ⊙ 337 | Notice of Service of Discovery *Of Response And Objections Of Edward D. Jones & Co., L.P. To The Committee's Request For Documents* Filed by Edward D. Jones & Co., L.P.. (Riley, Richard) (Entered: 11/16/2011) |
| 11/23/2011 | ⊙ 338 | Motion to Allow *For Authority To Address And Send Service To Foreign Defendants on Behalf of the Clerk of the Court* Filed by The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al.. Hearing scheduled for 12/13/2011 at 01:00 PM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #5, Wilmington, Delaware. Objections due by 12/6/2011. (Attachments: 1 Proposed Form of Order 2 Affidavit of Service) (Green, Jr., James) (Entered: 11/23/2011) |
| 12/02/2011 | ⊙ 339 | Summons and Notice of Pretrial Conference Served on Defendant Amalgamated Bank. *(THIS MATTER HAS BEEN STAYED; AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document73, 327) Answer due date: 12/30/2011. (Attachments: # 1 Certificate of Service) (Green, Jr., James) (Entered: 12/02/2011) |
| 12/02/2011 | ⊙ 340 | Notice of Service of Discovery *Committee's Request for Documents* Filed by The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al. (Green, Jr., James) (Entered: 12/02/2011) |
| 12/02/2011 | ⊙ 341 | Summons and Notice of Pretrial Conference Served on Defendant Goldman Sachs International Holdings LLC. *(THIS MATTER HAS BEEN STAYED; AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document327) Answer due date: 01/3/2012. (Attachments: # 1 Certificate of Service) (Butcher, Rebecca) (Entered: 12/02/2011) |
| 12/02/2011 | ⊙ 342 | Summons and Notice of Pretrial Conference Served on Defendant Goldman Sachs Variable Insurance Trust. *(THIS MATTER HAS BEEN STAYED; AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document327) Answer due date: 01/3/2012. (Attachments: # 1 Certificate of Service) (Butcher, Rebecca) (Entered: 12/02/2011) |
| 12/02/2011 | ⊙ 343 | Summons and Notice of Pretrial Conference Served on Defendant Goldman Sachs Execution & Clearing, L.P.. *(THIS MATTER HAS BEEN STAYED; AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document327) Answer due date: 01/3/2012. (Attachments: # 1 Certificate of Service) (Butcher, Rebecca) (Entered: 12/02/2011) |
| 12/02/2011 | ⊙ 344 | Summons and Notice of Pretrial Conference Served on Defendant Goldman Sachs Trust. *(THIS MATTER HAS BEEN STAYED; AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document327) Answer due date: 01/3/2012. (Attachments: # 1 Certificate of Service) (Butcher, Rebecca) (Entered: 12/02/2011) |
| 12/02/2011 | ⊙ 345 | Summons and Notice of Pretrial Conference Served on Defendant Goldman Sachs Asset Management, L.P.. *(THIS MATTER HAS BEEN STAYED; AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document327) Answer due date: 01/3/2012. (Attachments: # 1 Certificate of Service) (Butcher, Rebecca) (Entered: 12/02/2011) |
| 12/02/2011 | ⊙ 346 | Summons and Notice of Pretrial Conference Served on Defendant Goldman Sachs 1997 Exchange Place Fund, L.P.. *(THIS MATTER HAS BEEN STAYED; AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document327) Answer due date: 01/3/2012. (Attachments: # 1 Certificate of Service) (Butcher, Rebecca) (Entered: 12/02/2011) |
| 12/02/2011 | ⊙ 347 | Summons and Notice of Pretrial Conference Served on Defendant Goldman, Sachs & Co. Inc.. *(THIS MATTER HAS BEEN STAYED; AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document327) Answer due date: 01/3/2012. (Attachments: # 1 Certificate of Service) (Butcher, Rebecca) (Entered: 12/02/2011) |
| 12/02/2011 | ⊙ 348 | Summons and Notice of Pretrial Conference Served on Defendant Goldman Sachs Group, Inc.. *(THIS MATTER HAS BEEN STAYED; AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document327) Answer due date: 01/3/2012. (Attachments: # 1 Certificate of Service) (Butcher, Rebecca) (Entered: 12/02/2011) |
| 12/02/2011 | ⊙ 349 | Notice of Service of Discovery *of Committee's Request for Documents* Filed by The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al. (Butcher, Rebecca) (Entered: 12/02/2011) |
| 12/06/2011 | ⊙ 350 | Response *in Opposition to Motion for Authority to Serve Foreign Defendants by Registered Mail* (related document(s)338) Filed by Amalgamated Bank, BNP Paribas Securities Corp., Deutsche Bank Securities, Inc., UBS Securities Inc (Stone, Alan) (Entered: 12/06/2011) |
| | | Motion to Compel *Production of Documents by Defendants* Filed by The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al.. Hearing scheduled for 12/13/2011 at 01:00 PM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #5, Wilmington, Delaware. Objections due by 12/12/2011. (Attachments: # 1 |

| | | |
|---|---|---|
| 12/06/2011 | 351 | Notice # 2 Proposed Form of Order # 3 Exhibit A# 4 Exhibit B# 5 Exhibit C# 6 Exhibit D) (Green, Jr., James) Modified on 12/12/2011 (KPB). (Entered: 12/06/2011) |
| 12/07/2011 | 352 | Affidavit/Declaration of Service re: Motion to Compel Production of Documents by Defendants (related document(s)351) Filed by The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al.. (Green, Jr., James) (Entered: 12/07/2011) |
| 12/08/2011 | 353 | Notice of Service of Discovery Filed by Tirschwell & Loewy, Inc. (Giaimo, Christopher) (Entered: 12/08/2011) |
| 12/08/2011 | 354 | Notice of Appearance Filed by International Business Machines Corporation, Stichting Pensioenfonds IBM Nederland, sued herein as IBM Netherlands MSCI US, IBM Personal Pension Plan Trust, IBM Canada Limited, sued herein as IBM Canada (Belmonte, Christopher) (Entered: 12/08/2011) |
| 12/08/2011 | 355 | Corporate Ownership Statement pursuant to F.R.B.P. 7007.1(a) Filed by IBM Canada Limited, sued herein as IBM Canada, IBM Personal Pension Plan Trust, International Business Machines Corporation, Stichting Pensioenfonds IBM Nederland, sued herein as IBM Netherlands MSCI US. (Belmonte, Christopher) (Entered: 12/08/2011) |
| 12/08/2011 | 356 | Reply in Support of Motion For Authority To Address And Send Service To Foreign Defendants on Behalf of the Clerk of the Court (related document(s)338, 350) Filed by The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al. (Green, Jr., James) (Entered: 12/08/2011) |
| 12/09/2011 | 357 | Affidavit/Declaration of Service re: Reply in Support of Motion For Authority To Address And Send Service To Foreign Defendants on Behalf of the Clerk of the Court (related document(s)356) Filed by The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al.. (Green, Jr., James) (Entered: 12/09/2011) |
| 12/09/2011 | 358 | Notice of Withdrawal of Motion to Compel with Respect to Harris Financial Corp. and Welch & Forbes, LLC (related document(s)351) Filed by The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al. (Attachments: # 1 Affidavit of Service) (Green, Jr., James) (Entered: 12/09/2011) |
| 12/12/2011 | 359 | Notice of Appearance Filed by Wells Fargo Variable Trust, Wells Fargo Master Trust, Wells Fargo Investments. LLC, Wells Fargo Funds Trust, Wells Fargo Bank, N.A., Wells Fargo & Co., Wachovia Corp., Evergreen Select Equity Trust, Evergreen Equity Trust, AG Edwards, Inc.. (Werkheiser, Gregory) (Entered: 12/12/2011) |
| 12/12/2011 | 360 | Motion to Appear pro hac vice of Harry Fischer of Proskauer Rose LLP. Receipt Number DEX013656, Filed by AG Edwards, Inc., Evergreen Equity Trust, Evergreen Select Equity Trust, Wachovia Corp., Wells Fargo & Co., Wells Fargo Bank, N.A., Wells Fargo Funds Trust, Wells Fargo Investments. LLC, Wells Fargo Master Trust, Wells Fargo Variable Trust. (Werkheiser, Gregory) (Entered: 12/12/2011) |
| 12/12/2011 | 361 | Motion to Appear pro hac vice of David S. Mordkoff of Proskauer Rose LLP. Receipt Number DEX013656, Filed by AG Edwards, Inc., Evergreen Equity Trust, Evergreen Select Equity Trust, Wachovia Corp., Wells Fargo & Co., Wells Fargo Bank, N.A., Wells Fargo Funds Trust, Wells Fargo Investments. LLC, Wells Fargo Master Trust, Wells Fargo Variable Trust. (Werkheiser, Gregory) (Entered: 12/12/2011) |
| 12/12/2011 | 362 | Motion to Appear pro hac vice of Stephen L. Ratner of Proskauer Rose LLP. Receipt Number DEX013656, Filed by AG Edwards, Inc., Evergreen Equity Trust, Evergreen Select Equity Trust, Wachovia Corp., Wells Fargo & Co., Wells Fargo Bank, N.A., Wells Fargo Funds Trust, Wells Fargo Investments. LLC, Wells Fargo Master Trust, Wells Fargo Variable Trust. (Werkheiser, Gregory) (Entered: 12/12/2011) |
| 12/12/2011 | 363 | Notice of Appearance Filed by The Dreyfus/Laurel Funds, Inc., Dreyfus Variable Investment Funds, Dreyfus Stock Index Funds, Inc., Dreyfus Premier Manager Funds II, Dreyfus Index Funds, Inc., Strategic Funds, Inc., BNY Hamilton Funds Inc., The Bank of New York Trust Company, N.A., Pershing LLC. (Attachments: # 1 Certificate of Service) (Rostocki, Brian) (Entered: 12/12/2011) |
| 12/12/2011 | 364 | Motion to Appear pro hac vice of David S. Mordkoff (of Proskauer Rose LLP). Receipt Number DEX013656, Filed by BNY Hamilton Funds Inc., Dreyfus Index Funds, Inc., Dreyfus Premier Manager Funds II, Dreyfus Stock Index Funds, Inc., Dreyfus Variable Investment Funds, Pershing LLC, Strategic Funds, Inc., The Bank of New York Trust Company, N.A., The Dreyfus/Laurel Funds, Inc.. (Rostocki, Brian) (Entered: 12/12/2011) |
| 12/12/2011 | 365 | Response Brief in Opposition to Plaintiff's Omnibus Motion to Compel Production of Documents (related document(s)316, 317, 318, 351) Filed by AG Edwards, Inc., BNY Hamilton Funds Inc., Dreyfus Index Funds, Inc., Dreyfus Premier Manager Funds II, Dreyfus Stock Index Funds, Inc., Dreyfus Variable Investment Funds, Evergreen Equity Trust, Evergreen Select Equity Trust, Strategic Funds, Inc., The Bank of New York Trust Company, N.A., The Dreyfus/Laurel Funds, Inc., Wachovia Corp., Wells Fargo & Co., Wells Fargo Bank, N.A., Wells Fargo Funds Trust, Wells Fargo Master Trust, Wells Fargo Variable Trust (Rostocki, Brian) (Entered: 12/12/2011) |
| 12/12/2011 | 366 | Response Brief and Joinder in Opposition to Plaintiff's Motion to Compel Production of Documents (related document(s)294, 316, 351) Filed by Harris, N.A. n/k/a BMO Harris Bank N.A. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Certificate of Service) (Beck, Richard) (Entered: 12/12/2011) |
| 12/12/2011 | 367 | Notice of Appearance Filed by Deutsche Bank Aktiengesellschaft, Fidelity Commonwealth Trust, Fidelity Concord Street Trust (Stone, Alan) (Entered: 12/12/2011) |
| 12/12/2011 | 368 | Response in Opposition to Motion to Compel DIscovery (related document(s)351) Filed by Deutsche Bank Aktiengesellschaft, Fidelity Commonwealth Trust, Fidelity Concord Street Trust (Attachments: # 1 Exhibit 1# 2 Exhibit 2) (Stone, Alan) (Entered: 12/12/2011) |
| | | |

| 12/12/2011 | ⊙369 | Notice of Appearance Filed by Channing Capital Management. (Ward, Christopher) (Entered: 12/12/2011) |
|---|---|---|
| 12/12/2011 | ⊙370 | Joinder *to i)* Response Brief in Opposition to Plaintiff's Omnibus Motion to Compel Production of Documents by AG Edwards, Inc., Evergreen Equity Trust, Evergreen Select Equity Trust, Wachovia Corp., Wells Fargo & Co., Wells Fargo Bank, N.A., Wells Fargo Funds Trust, Wells Fargo Master Trust, Wells Fargo Variable Trust, The Bank of New York Trust Company, N.A., BNY Hamilton Funds Inc., Strategic Funds, Inc., Dreyfus Index Funds, Inc., Dreyfus Premier Manager Funds II, Dreyfus Stock Index Funds, Inc., Dreyfus Variable Investment Funds, The Dreyfus/Laurel Funds, Inc., *ii)* Response Brief and Joinder of Harris N.A. in Opposition to Plaintiff's Motion to Compel Production of Documents, and *iii)* Response Brief of Defendants Deutsche Bank Aktiengesellschaft, Fidelity Advisor Series I, Fidelity Commonwealth Trust, Fidelity Puritan Trust, Fidelity Rutland Square II, Fidelity Securities Fund, Fidelity Select Portfolios, FMR, LLC and Geode Capital Management LLC (related document)351, 365, 366, 368) Filed by Channing Capital Management. (Ward, Christopher) (Entered: 12/12/2011) |
| 12/12/2011 | ⊙371 | Exhibit(s) *1 (Corrected)* (related document)368) Filed by Fidelity Commonwealth Trust, Fidelity Concord Street Trust. (Stone, Alan) (Entered: 12/12/2011) |
| 12/12/2011 | ⊙372 | Exhibit(s) *2 (Corrected)* (related document)368) Filed by Fidelity Commonwealth Trust, Fidelity Concord Street Trust. (Stone, Alan) (Entered: 12/12/2011) |
| 12/12/2011 | ⊙373 | Certificate of Service *to Response Brief in Opposition to Plaintiff's Motion to Compel Production of Documents* (related document)365) Filed by AG Edwards, Inc., BNY Hamilton Funds Inc., Dreyfus Index Funds, Inc., Dreyfus Premier Manager Funds II, Dreyfus Stock Index Funds, Inc., Dreyfus Variable Investment Funds, Evergreen Equity Trust, Evergreen Select Equity Trust, Strategic Funds, Inc., The Bank of New York Trust Company, N.A., The Dreyfus/Laurel Funds, Inc., Wachovia Corp., Wells Fargo & Co., Wells Fargo Bank, N.A., Wells Fargo Funds Trust, Wells Fargo Investments, LLC, Wells Fargo Master Trust, Wells Fargo Variable Trust. (Rostocki, Brian) (Entered: 12/12/2011) |
| 12/12/2011 | ⊙374 | Motion to Appear pro hac vice *of David S. Barritt, Esquire.* Receipt Number DEX013661, Filed by Harris, N.A. n/k/a BMO Harris Bank N.A.. (Attachments: # 1 Certification and Proposed Form of Order) (Beck, Richard) (Entered: 12/12/2011) |
| 12/12/2011 | ⊙375 | Certification Of Counsel Regarding Proposed Fifth Order Amending Definition Of Termination Event In Orders Granting Official Committee Of Unsecured Creditors Standing And Authority To Commence, Prosecute, Settle And Recover Certain Causes Of Action On Behalf Of The Debtors Estates. Filed by The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al.. (Green, Jr., James) Modified docket text on 12/14/2011 (LMD). (Entered: 12/12/2011) |
| 12/13/2011 | ⊙376 | Fifth Order Amending Definition of "Termination Event" in Orders Granting Official Committee of Unsecured Creditors Standing and Authority to Commence, Prosecute, Settle and Recover Certain Causes of Action on Behalf of the Debtors' Estates. Order Signed on 12/12/2011. (KPB) (Entered: 12/13/2011) |
| 12/13/2011 | ⊙377 | Affidavit of Service *re: Certification Of Counsel Regarding Proposed Fifth Order Amending Definition Of Termination Event In Orders Granting Official Committee Of Unsecured Creditors Standing And Authority To Commence, Prosecute, Settle And Recover Certain Causes Of Action On Behalf Of The Debtors Estates* Filed by The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al.. (Green, Jr., James) (Entered: 12/13/2011) |
| 12/13/2011 | ⊙378 | Notice of Service of Discovery *Committee's Request for Documents* Filed by The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al. (Green, Jr., James) (Entered: 12/13/2011) |
| 12/14/2011 | ⊙379 | Order Granting Motion for Admission pro hac vice of Richard M. Beck, Esquire(Related Doc # 374) Order Signed on 12/14/2011. (DJG) (Entered: 12/14/2011) |
| 12/14/2011 | ⊙380 | Order Granting Motion for Admission pro hac vice of Harry Fischer, Esquire (Related Doc # 360) Order Signed on 12/14/2011. (DJG) (Entered: 12/14/2011) |
| 12/14/2011 | ⊙381 | Order Granting Motion for Admission pro hac vice of David S. Mordkoff, Esquire (Related Doc # 361) Order Signed on 12/14/2011. (DJG) (Entered: 12/14/2011) |
| 12/14/2011 | ⊙382 | Order Granting Motion for Admission pro hac vice of Stephen L. Ratner, Esquire (Related Doc # 362) Order Signed on 12/14/2011. (DJG) (Entered: 12/14/2011) |
| 12/14/2011 | ⊙383 | Notice of Service of Discovery *Committee's Request for Documents to American International Group, Inc.* Filed by The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al. (Green, Jr., James) (Entered: 12/14/2011) |
| 12/14/2011 | ⊙384 | Certification of Counsel *Regarding Omnibus Motion to Compel Production of Documents by Defendants* (related document(s)351) Filed by The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al.. (Attachments: # 1 Exhibit A - Proposed Form of Order) (Green, Jr., James) (Entered: 12/14/2011) |
| 12/15/2011 | ⊙385 | **Expunged at Docket 389** Order Compelling Production of Documents. (related document(s)351, 365, 366, 368, 370, 384) Order Signed on 12/15/2011. (Attachments: # 1 Exhibit "A") (LMD) Modified on 12/16/2011 (KPB). (Entered: 12/15/2011) |
| 12/15/2011 | ⊙386 | Certification of Counsel *Regarding Omnibus Motion to Compel Production of Documents by Defendants* (related document(s)384, 385) Filed by The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al.. (Attachments: # 1 Exhibit A# 2 Exhibit B) (Green, Jr., James) (Entered: 12/15/2011) |

| 12/15/2011 | ⬤ 387 | Certification of Counsel *Regarding Motion of The Official Committee of Unsecured Creditors For Authority To Address And Send Service To Foreign Defendants on Behalf of the Clerk of the Court* (related document(s)338, 350, 356) Filed by The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al.. (Attachments: # 1 Proposed Form of Order Exhibit A# 2 Exhibit B - Blacklined Proposed Order) (Green, Jr., James) (Entered: 12/15/2011) |
|---|---|---|
| 12/16/2011 | ⬤ 388 | Affidavit of Service *re: Fifth Order Amending Termination Event in Orders Granting Official Committee of Unsecured Creditors Standing and Authority to Commence, Prosecute, Settle and Recover Certain Causes of Action of Behalf of the Debtors' Estates* Filed by OFFICIAL COMMITTEE OF UNSECURED CREDITORS. (Green, Jr., James) (Entered: 12/16/2011) |
| 12/16/2011 | ⬤ 389 | Second Order Compelling Production of Documents and Expunging Order Compelling Production of Documents Entered at Docket 385. (related document(s)351, 365, 366, 368, 370, 385, 386) Order Signed on 12/16/2011. (Attachments: # 1 Exhibit A) (KPB) (Entered: 12/16/2011) |
| 12/16/2011 | ⬤ 390 | Order Granting Motion of The Official Committee of Unsecured Creditors For Authority To Address And Send Service To Foreign Defendants on Behalf of the Clerk of the Court (related document(s)338, 350, 356, 387) Order Signed on 12/16/2011. (KPB) (Entered: 12/16/2011) |
| 12/16/2011 | ⬤ 391 | Affidavit/Declaration of Service *of Second Order Compelling Production of Documents and Expunging Order Compelling Production of Documents Entered at Docket 385 and Order Granting Motion of The Official Committee of Unsecured Creditors For Authority To Address And Send Service To Foreign Defendants on Behalf of the Clerk of the Court* (related document(s)389, 390) Filed by The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al.. (Green, Jr., James) (Entered: 12/16/2011) |
| 12/19/2011 | ⬤ 392 | Second Motion to Amend *Complaint to Include Additional Defendants* Filed by The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al.. Hearing scheduled for 1/11/2012 at 11:00 AM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #5, Wilmington, Delaware. Objections due by 1/4/2012. (Attachments: # 1 Exhibit A-Third Amended Complaint# 2 Exhibit A to Third Amended Complaint# 3 Exhibit B to Third Amended Complaint# 4 Exhibit C to Third Amended Complaint# 5 Exhibit D to Third Amended Complaint# 6 Exhibit E to Third Amended Complaint# 7 Exhibit F to Third Amended Complaint# 8 Exhibit G to Third Amended Complaint# 9 Proposed Form of Order) (Green, Jr., James) (Entered: 12/19/2011) |
| 12/20/2011 | ⬤ 393 | Affidavit/Declaration of Service *of Second Motion to Amend Complaint to Include Additional Defendants* (related document (s)392) Filed by The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al.. (Green, Jr., James) (Entered: 12/20/2011) |
| 12/22/2011 | ⬤ 394 | Notice of Service - *Notice of Filing Corrected Exhibit re: Second Motion to Amend Complaint to Include Additional Defendants* (related document(s)392) Filed by The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al.. (Attachments: # 1 Exhibit A# 2 Affidavit of Service) (Green, Jr., James) (Entered: 12/22/2011) |
| 12/23/2011 | ⬤ 395 | Third Motion to Extend Time *To Complete Service* Filed by The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al.. Hearing scheduled for 1/11/2012 at 11:00 AM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #5, Wilmington, Delaware. Objections due by 1/4/2012. (Attachments: # 1 Notice # 2 Proposed Form of Order # 3 Certificate of Service) (Green, Jr., James) (Entered: 12/23/2011) |
| 12/28/2011 | ⬤ 396 | Alias Summons and Notice of Pretrial Conference (related document(s)73, 273, 327, 376) (Attachments: # 1 Certificate of Service) (Butcher, Rebecca) (Entered: 12/28/2011) |
| 12/30/2011 | ⬤ 397 | Notice of Service *re: Supplemental Objections and Responses of Schultze Asset Management, LLC to Committee's First Set of Requests for Production of Documents.* (related document(s) 163) Filed by Schultze Asset Management, LLC. (Ward, Christopher) Modified on 1/3/2012 to add related documents. (KPB). (Entered: 12/30/2011) |
| 01/03/2012 | ⬤ 398 | Amended Notice of Appearance Filed by The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al. (Attachments: # 1 Affidavit of Service) (Green, Jr., James) (Entered: 01/03/2012) |
| 01/04/2012 | ⬤ 399 | Notice of Service *of Subpoena directed to Harris Investment Management, Inc., Harris Investor Services, Inc. and Sullivan, Bruyette, Speros & Blayney, Inc.* Filed by The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al. (Attachments: # 1 Affidavit of Service) (Green, Jr., James) (Entered: 01/04/2012) |
| 01/06/2012 | ⬤ 400 | Certificate of No Objection *to Second Motion to Amend Complaint to Include Additional Defendants* (related document(s) 392, 394) Filed by The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al.. (Green, Jr., James) (Entered: 01/06/2012) |
| 01/06/2012 | ⬤ 401 | Certificate of No Objection *to Third Motion to Extend Time To Complete Service* (related document(s)395) Filed by The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al.. (Green, Jr., James) (Entered: 01/06/2012) |
| 01/06/2012 | ⬤ 402 | Affidavit/Declaration of Service *to (i) Certificate of No Objection to Second Motion to Amend Complaint to Include Additional Defendants; and, (ii) Certificate of No Objection to Third Motion to Extend Time To Complete Service* (related document(s)400, 401) Filed by The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al.. (Green, Jr., James) Modified on 1/9/2012 to correct docket text. (KPB). (Entered: 01/06/2012) |
| 01/09/2012 | ⬤ 403 | Notice of Agenda of Matters Scheduled for Hearing Filed by Tribune Company, et al. Hearing scheduled for 1/11/2012 at 11:00 AM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #5, Wilmington, Delaware. (Stickles, J.) (Entered: 01/09/2012) |

| | | |
|---|---|---|
| 01/09/2012 | ᴼ 404 | Order Granting Third Motion to Extend Time To Complete Service (related document(s) 395, 401) Order Signed on 1/9/2012. (KPB) (Entered: 01/09/2012) |
| 01/09/2012 | ᴼ 405 | Order Granting Second Motion of The Official Committee of Unsecured Creditors to Amend Complaint to Include Additional Defendants. (related document(s)392, 400) Order Signed on 1/9/2012. (KPB) (Entered: 01/09/2012) |
| 01/09/2012 | ᴼ 406 | Affidavit/Declaration of Service of *Orders Granting Third Motion to Extend Time To Complete Service and Second Motion to Amend Complaint to Include Additional Defendants* (related document(s)404, 405) Filed by The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al.. (Green, Jr., James) (Entered: 01/09/2012) |
| 01/10/2012 | ᴼ 407 | Amended Notice of Agenda of Matters Scheduled for Hearing (related document(s)403) Filed by Tribune Company, et al.. Hearing scheduled for 1/11/2012 at 11:00 AM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #5, Wilmington, Delaware. (Stickles, J.) (Entered: 01/10/2012) |
| 01/11/2012 | ᴼ 408 | Third Amended Complaint to Add Party Filed by The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al. (related document(s)14, 61, 327) AP Summons Served due date: 05/10/2012. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G) (Green, Jr., James) (Entered: 01/11/2012) |
| 01/17/2012 | ᴼ 409 | Third Motion to Approve *To Amend Definition Of "Termination Event" In Standing And Stay Orders* Filed by The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al.. Hearing scheduled for 2/2/2012 at 02:30 PM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #5, Wilmington, Delaware. Objections due by 1/26/2012. (Green, Jr., James) (Entered: 01/17/2012) |
| 01/18/2012 | ᴼ 410 | Amended Notice of Appearance Filed by I.B.E.W. Local 103 Trust Fund (Sherwood, John) (Entered: 01/18/2012) |
| 01/18/2012 | ᴼ 411 | ***Withdrawn at dockets 413 & 414** Notice of Appearance and Request for Service of Notices Filed by Dennis J. Fitzsimmons.. (Garibian, Antranig) Modified on 1/23/2012 (KPB). (Entered: 01/18/2012) |
| 01/18/2012 | ᴼ 412 | Statement Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure. Filed by Dennis J. Fitzsimmons.. (Garibian, Antranig) Modified on 1/19/2012 to correct docket event. (KPB). (Entered: 01/18/2012) |
| 01/20/2012 | ᴼ 413 | Notice of Withdrawal of *Doc. 411, Notice of Appearance and Request for Service of Notices, and Doc. 412, Statement Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedures* Filed by Dennis J. Fitzsimmons. (Garibian, Antranig) (Entered: 01/20/2012) |
| 01/20/2012 | ᴼ 414 | Notice of Withdrawal of *Doc.411 Notice of Appearance and Request for Service of Notices, and Doc. 412, Statement Pursuant to Rule 2019* Filed by Dennis J. Fitzsimmons. (Garibian, Antranig) (Entered: 01/20/2012) |
| 01/20/2012 | ᴼ 415 | Notice of Appearance Filed by Invesco Structured Core Fund, PowerShares Exchange-Traded Fund Trust. (Garibian, Antranig) (Entered: 01/20/2012) |
| 01/23/2012 | ᴼ 416 | Notice of Appearance Filed by Michigan Department of Treasury Bureau of Investments (Jackson, Jennifer) (Entered: 01/23/2012) |
| 01/24/2012 | ᴼ 417 | Notice of Appearance Filed by Michigan Department of Treasury Bureau of Investments (Murphy, Michael) (Entered: 01/24/2012) |
| 01/24/2012 | ᴼ 418 | Notice of Appearance Filed by Employees' Retirement System of Georgia (Ware, Mary) (Entered: 01/24/2012) |
| 01/25/2012 | ᴼ 419 | Notice of Appearance Filed by Louisiana State Employees' Retirement System. (Levee, Ira) (Entered: 01/25/2012) |
| 01/26/2012 | ᴼ 420 | Limited Objection *to (I) Motion for Order Lifting Stays of State Law Constructive Fraudulent Conveyance Suits, and (II) Third Motion of The Official Committee of Unsecured Creditors to Amend Definition of Termination Event in Standing Orders* (related document(s)409) Filed by Marcia Tingley, President and Fellows of Harvard College, Artis Capital Management, L.P. (Attachments: # 1 Certificate of Service) (Seaman, John) (Entered: 01/26/2012) |
| 01/26/2012 | ᴼ 421 | Service List *(Debtors' (1) Response to Third Motion of the Official Committee of Unsecured Creditors to Amend Definition of "Termination Event" in Standing Orders and (2) Objection to Motion for Order Lifting Stays of State Law Constructive Fraudulent Conveyance Suits. Hearing Date: February 2, 2012 at 2:30 p.m.)* Filed by Tribune Company, et al.. (Stickles, J.) (Entered: 01/26/2012) |
| 01/27/2012 | ᴼ 422 | Motion to Appear pro hac vice of *D. Ross Martin, Esquire.* Receipt Number 014645, Filed by Artis Capital Management, L.P., President and Fellows of Harvard College, Marcia Tingley. (Attachments: # 1 Affidavit of D. Ross Martin, Esq ,and Proposed Form of Order) (Seaman, John) (Entered: 01/27/2012) |
| 01/30/2012 | ᴼ 423 | Reply *to Objection of Aurelius Capital Management LP, Law Debenture Trust Company of New York and Deutsche Bank Trust Company Americas to Motion to Amend Definition of "Termination Event" in Standing Orders* (related document(s) 409, 420, 421) Filed by The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al. (Green, Jr., James) (Entered: 01/30/2012) |
| 01/30/2012 | ᴼ 424 | Notice of Appearance Filed by 3M Employees Welfare Benefits Association Trust 1 and Employee Retirement Income Plan Trust of Minnesota Mining & Manufacturing Co. (Attachments: # 1 Certificate of Service) (Stemerman, Jonathan) (Entered: 01/30/2012) |
| | | |

| | | |
|---|---|---|
| 01/30/2012 | 425 | Letter Regarding Inability to Complete Service. Filed by CT Corporation . (KPB) (Entered: 01/31/2012) |
| 01/30/2012 | 426 | Letter Regarding Inability to Complete Service. Filed by CT Corporation . (KPB) (Entered: 01/31/2012) |
| 01/30/2012 | 427 | Letter Regarding Inability to Complete Service. Filed by CT Corporation . (KPB) (Entered: 01/31/2012) |
| 01/30/2012 | 428 | Letter Regarding Inability to Complete Service. Filed by CT Corporation . (KPB) (Entered: 01/31/2012) |
| 01/30/2012 | 429 | Letter Regarding Inability to Complete Service. Filed by CT Corporation . (KPB) (Entered: 01/31/2012) |
| 01/30/2012 | 430 | Letter Regarding Inability to Complete Service. Filed by CT Corporation . (KPB) (Entered: 01/31/2012) |
| 01/31/2012 | 431 | Notice of Agenda of Matters Scheduled for Hearing Filed by Tribune Company, et al.. Hearing scheduled for 2/2/2012 at 02:30 PM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #5, Wilmington, Delaware. (Stickles, J.) (Entered: 01/31/2012) |
| 01/31/2012 | 432 | Notice of Appearance Filed by GreatBanc Trust Company (Barrett, Willliam) (Entered: 01/31/2012) |
| 02/01/2012 | 433 | Affidavit of Service *Reply To Objection Of Aurelius Capital Management LP, Law Debenture Trust Company Of New York And Deutsche Bank Trust Company Americas To Motion To Amend Definition Of Termination Event In Standing Orders (Ref. Nos. Main Case 10755 , Adv. 10-54010 423, and Multi Dkt. Nos. 21, 22, 23)* Filed by The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al.. (Green, Jr., James) (Entered: 02/01/2012) |
| 02/01/2012 | 434 | Amended Notice of Agenda of Matters Scheduled for Hearing (related document(s)431) Filed by Tribune Company, et al.. Hearing scheduled for 2/2/2012 at 01:30 PM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #5, Wilmington, Delaware. (Attachments: # 1 Exhibit A) (Stickles, J.) (Entered: 02/01/2012) |
| 02/01/2012 | 435 | Notice of Appearance Filed by General Motors Hourly-Rate Employee Pension Trust. (Steinberg, Arthur) (Entered: 02/01/2012) |
| 02/01/2012 | 436 | Amended Notice of Agenda of Matters Scheduled for Hearing Filed by Tribune Company, et al.. Hearing scheduled for 2/2/2012 at 01:30 PM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #5, Wilmington, Delaware. (Stickles, J.) (Entered: 02/01/2012) |
| 02/01/2012 | 437 | Letter Regarding Inability to Complete Service. Filed by CT Corporation . (KPB) (Entered: 02/01/2012) |
| 02/01/2012 | 438 | Letter Regarding Inability to Complete Service. Filed by CT Corporation . (KPB) (Entered: 02/01/2012) |
| 02/02/2012 | 439 | Order Granting Motion for Admission pro hac vice of D. Ross Martin, Esquire (Related Doc # 422) Order Signed on 2/2/2012. (DJG) (Entered: 02/02/2012) |
| 02/02/2012 | 440 | Letter Regarding Inability to Complete Service. Filed by CT Corporation . (KPB) (Entered: 02/02/2012) |
| 02/03/2012 | 441 | Letter Regarding Inability to Complete Service. Filed by CT Corporation . (KPB) (Entered: 02/03/2012) |
| 02/06/2012 | 442 | Letter Regarding Inability to Complete Service. Filed by CT Corporation . (KPB) (Entered: 02/06/2012) |
| 02/09/2012 | 443 | Notice of Appearance Filed by Eighth District Electrical Pension Fund. (Attachments: # 1 Proof of Service) (LMD) (Entered: 02/09/2012) |
| 02/09/2012 | 444 | Letter Regarding Inability to Complete Service. Filed by CT Corporation . (KPB) (Entered: 02/09/2012) |
| 02/09/2012 | 445 | Letter Regarding Inability to Complete Service. Filed by CT Corporation . (KPB) (Entered: 02/09/2012) |
| 02/16/2012 | 446 | Notice of Appearance Filed by Beverly Mackintosh Trustee (Attachments: # 1 Certificate of Service) (Werb, Duane) (Entered: 02/16/2012) |
| 02/16/2012 | 447 | Motion to Appear pro hac vice *of Peter G. Hermes.* Receipt Number DEX015020, Filed by Beverly Mackintosh Trustee. (Werb, Duane) (Entered: 02/16/2012) |
| 02/16/2012 | 448 | Motion to Appear pro hac vice *of Dana K. Etre.* Receipt Number DEX015019, Filed by Beverly Mackintosh Trustee. (Werb, Duane) (Entered: 02/16/2012) |
| 02/17/2012 | 449 | Order Granting Motion for Admission pro hac vice of Dana K. Etre (Related Doc # 448). Signed on 2/17/2012. (SAJ) (Entered: 02/17/2012) |
| 02/17/2012 | 450 | Order Granting Motion for Admission pro hac vice of Peter G. Hermes (Related Doc # 447). Signed on 2/17/2012. (SAJ) (Entered: 02/17/2012) |
| 02/22/2012 | 451 | Notice of Appearance Filed by HCA MASTER RETIREMENT TRUST LCV (Harrington, Lee) (Entered: 02/22/2012) |
| | | Notice of Appearance Filed by Lutheran Brotherhood (Thrivent Fin for Lutherans), Advantus Series Fund, Inc. Index 500 Portfolio, Thrivent Series Fund Inc., Thrivent Mutual Funds, Minnesota Life Insurance Co., Lutheran Brotherhood, Advantus |

| 02/22/2012 | ❏ 452 | Series Fund Inc, Advantus Capitol Managment, Inc. (Boyle, Eric) (Entered: 02/22/2012) |
|---|---|---|
| 02/23/2012 | ❏ 453 | Notice of Appearance Filed by New York City Defendants (Shull, Hugh) (Entered: 02/23/2012) |
| 02/23/2012 | ❏ 454 | Letter Regarding Inability to Complete Service. Filed by CT Corporation . (KPB) (Entered: 02/23/2012) |
| 02/28/2012 | ❏ 455 | Notice of Appearance Filed by SEI INSTITUTIONAL MANAGED TRUST LARGE CAP VALUE FUND (Attachments: # 1 Certificate of Service) (Aranilla, Artemio) (Entered: 02/28/2012) |
| 02/29/2012 | ❏ 456 | Summons and Notice of Pretrial Conference Served on Defendants Alexandra Investment Management, LLC., AllState Insurance Company, Aperio Group LLC, Charter Trust Company, EAC Management LP, KV Execution Services LLC, Liberty Mutual Insurance Company, MFP Investors LLC, Pacific Heights Asset Management, LLC, Parabolic Partners Capital Management LLC, Regions Financial Corporation, Rothschild Investment Corp IL, Stark Asset Management, Stark Global Opportunities Management LLC, Stark Global Opportunities Master Fund Ltd., Stark Master Fund Ltd., Stark Offshore Management, LLC, The Enterprise Group of Funds, Inc., UST Mortgage Company, Wolverine Asset Management, Inc., defendants Nationwide Fund Advisors f/k/a Gartmore Mutual Fund Capital Trust, Nationwide Mutual Funds f/k/a Gartmore Mutual Funds, S & Co. Inc., Zevin Asset Management LLC f/k/a Robert Brook Zevin Associates, Inc.. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document327) Answer due date: 01/12/2012. (Attachments: # 1 Certificate of Service) (Green, Jr., James) (Entered: 02/29/2012) |
| 02/29/2012 | ❏ 457 | Summons and Notice of Pretrial Conference Served on defendant American International Group, Inc.. *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document327) Answer due date: 01/13/2012. (Attachments: # 1 Certificate of Service) (Green, Jr., James) (Entered: 02/29/2012) |
| 02/29/2012 | ❏ 458 | Motion to Appear pro hac vice *of Joel M. Wertman*. Receipt Number DEX015263, Filed by SEI INSTITUTIONAL MANAGED TRUST LARGE CAP VALUE FUND. (Aranilla, Artemio) (Entered: 02/29/2012) |
| 02/29/2012 | ❏ 459 | Motion to Appear pro hac vice *of Richard E. Rosberger, Esquire*. Receipt Number DEX015266, Filed by Civilian Employees Retirement System of Kansas City, Police Retirement System of Kansas City. (Joyce, Michael) (Entered: 02/29/2012) |
| 02/29/2012 | ❏ 460 | Motion to Appear pro hac vice *of Denis C. Dice*. Receipt Number DEX015264, Filed by SEI INSTITUTIONAL MANAGED TRUST LARGE CAP VALUE FUND. (Aranilla, Artemio) (Entered: 02/29/2012) |
| 03/01/2012 | ❏ 461 | Order Granting Motion for Admission pro hac vice of Richard E. Rosberger, Esquire (Related Doc # 459) Order Signed on 3/1/2012. (DJG) (Entered: 03/01/2012) |
| 03/01/2012 | ❏ 462 | Notice of Appearance Filed by Civilian Employees Retirement System of Kansas City, Police Retirement System of Kansas City (Joyce, Michael) (Entered: 03/01/2012) |
| 03/02/2012 | ❏ 463 | Notice of Appearance Filed by MGI US Small/Mid Cap Value Equity Fund, Mercer Global Investments (Attachments: # 1 Certificate of Service) (Bracegirdle, Thad) (Entered: 03/02/2012) |
| 03/06/2012 | ❏ 464 | Order Granting Motion for Admission pro hac vice of Denis Dice, Esquire (Related Doc # 460) Order Signed on 3/6/2012. (DJG) (Entered: 03/06/2012) |
| 03/06/2012 | ❏ 465 | Order Granting Motion for Admission pro hac vice of Joel M. Wertman, Esquire (Related Doc # 458) Order Signed on 3/6/2012. (DJG) (Entered: 03/06/2012) |
| 03/07/2012 | ❏ 466 | Summons and Notice of Pretrial Conference Served on defendant (SEE ATTACHED SERVICE LIST). *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* / (related document327) Answer due date: 01/23/2012. (Attachments: # 1 Certificate of Service) (Butcher, Rebecca) (Entered: 03/07/2012) |
| 03/07/2012 | ❏ 467 | Summons and Notice of Pretrial Conference Served on defendant (SEE ATTACHED SERVICE LIST). *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* / (related document327) Answer due date: 01/23/2012. (Attachments: # 1 Certificate of Service) (Butcher, Rebecca) (Entered: 03/07/2012) |
| 03/07/2012 | ❏ 468 | Summons and Notice of Pretrial Conference Served on defendant (SEE ATTACHED SERVICE LIST). *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* / (related document327) Answer due date: 01/26/2012. (Attachments: # 1 Certificate of Service) (Butcher, Rebecca) (Entered: 03/07/2012) |
| 03/07/2012 | ❏ 469 | Summons and Notice of Pretrial Conference Served on defendant (SEE ATTACHED SERVICE LIST). *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* / (related document327) Answer due date: 01/27/2012. (Attachments: # 1 Certificate of Service) (Butcher, Rebecca) (Entered: 03/07/2012) |
| 03/07/2012 | ❏ 470 | Summons and Notice of Pretrial Conference Served on defendant (SEE ATTACHED SERVICE LIST). *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* / (related document327) Answer due date: 01/30/2012. (Attachments: # 1 Certificate of Service) (Butcher, Rebecca) (Entered: 03/07/2012) |
| 03/07/2012 | ❏ 471 | Summons and Notice of Pretrial Conference Served on defendant (SEE ATTACHED SERVICE LIST). *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* / (related document327) Answer due date: 02/6/2012. (Attachments: # 1 Certificate of Service) (Butcher, Rebecca) (Entered: 03/07/2012) |
| 03/07/2012 | ❏ 472 | Summons and Notice of Pretrial Conference Served on defendant (SEE ATTACHED SERVICE LIST). *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* / (related document408) Answer due date: 02/21/2012. (Attachments: # 1 Certificate of Service) (Butcher, Rebecca) (Entered: 03/07/2012) |

| 03/07/2012 | ●473 | Summons and Notice of Pretrial Conference Served on defendant (SEE ATTACHED SERVICE LIST). *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* / (related document408) Answer due date: 02/27/2012. (Attachments: # 1 Certificate of Service) (Butcher, Rebecca) (Entered: 03/07/2012) |
| 03/07/2012 | ●474 | Summons and Notice of Pretrial Conference Served on defendant (SEE ATTACHED SERVICE LIST). *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* / (related document408) Answer due date: 03/12/2012. (Attachments: # 1 Certificate of Service) (Butcher, Rebecca) (Entered: 03/07/2012) |
| 03/07/2012 | ●475 | Summons and Notice of Pretrial Conference Served on defendant (SEE ATTACHED SERVICE LIST). *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* / (related document408) Answer due date: 03/19/2012. (Attachments: # 1 Certificate of Service) (Butcher, Rebecca) (Entered: 03/07/2012) |
| 03/08/2012 | ●476 | Summons and Notice of Pretrial Conference Served on defendant (SEE ATTACHED SERVICE LIST). *THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET* (related document408) Answer due date: 04/9/2012. (Green, Jr., James) (Entered: 03/08/2012) |
| 03/13/2012 | ●477 | Amended Notice of Appearance Filed by The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al. (Green, Jr., James) (Entered: 03/13/2012) |
| 03/14/2012 | ●478 | Notice of Appearance Filed by NEW YORK CITY DEFERRED COMPENSATION PLAN (LIPKIN, ANDREW) (Entered: 03/14/2012) |
| 03/14/2012 | ●479 | Notice of Appearance Filed by NYC EMPLOYEES RETIREMENT SYSTEM (LIPKIN, ANDREW) (Entered: 03/14/2012) |
| 03/14/2012 | ●480 | Notice of Appearance Filed by TEACHERS' RETIREMENT SYSTEM OF THE CITY OF NEW YORK (LIPKIN, ANDREW) (Entered: 03/14/2012) |
| 03/14/2012 | ●481 | Notice of Appearance Filed by BOARD OF EDUCATION NEW YORK CITY RETIREMENT SYSTEMS (LIPKIN, ANDREW) (Entered: 03/14/2012) |
| 03/14/2012 | ●482 | Affidavit/Declaration of Service *Modified Entries of Appearance* (related document(s)477) Filed by The Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al.. (Green, Jr., James) (Entered: 03/14/2012) |
| 03/14/2012 | ●483 | Certification of Counsel *Regarding Proposed Order Partially Lifting Stay of Adversary Proceedings and State Law Constructive Fraudulent Conveyance Actions* Filed by OFFICIAL COMMITTEE OF UNSECURED CREDITORS. (Green, Jr., James) (Entered: 03/14/2012) |
| 03/15/2012 | ●484 | Order Partially Lifting Stay of Adversary Proceedings and State Law Constructive Fraudulent Conveyance Actions. Order Signed on 3/15/2012 (LMD) (Entered: 03/15/2012) |
| 03/15/2012 | ●485 | Notice of Appearance Filed by The Henry Francis Dupont Winterthur Museum, Inc. (Grey, Joseph) (Entered: 03/15/2012) |
| 03/20/2012 | ●486 | Affidavit of Service *re: (i) Certification of Counsel Regarding Proposed Order Partially Lifting Stay of Adversary Proceedings and State Law Fraudulent Conveyance Actions and (i) Order Partially Lifting Stay of Adversary Proceedings and State Law Fraudulent Conveyance Actions* Filed by Official Committee of Unsecured Creditors of Tribune Company, on behalf of Tribune Company, et al.. (Green, Jr., James) (Entered: 03/20/2012) |
| 03/20/2012 | ●487 | Summons and Notice of Pretrial Conference Served on defendant (SEE ATTACHED SERVICE LIST). *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document408) Answer due date: 04/16/2012. (Attachments: # 1 Certificate of Service) (Green, Jr., James) (Entered: 03/20/2012) |
| 03/20/2012 | ●488 | Summons and Notice of Pretrial Conference Served on defendant (SEE ATTACHED SERVICE LIST). *(THIS MATTER HAS BEEN STAYED: AN ANSWER DEADLINE HAS NOT BEEN SET)* (related document408) Answer due date: 04/18/2012. (Attachments: # 1 Certificate of Service) (Green, Jr., James) (Entered: 03/20/2012) |
| 03/20/2012 | ●489 | Notice of Appearance Filed by LABORERS NATIONAL PENSION FUND (Mehlsack, Barbara) (Entered: 03/20/2012) |
| 03/20/2012 | ●490 | Notice of Appearance Filed by PAVERS & ROAD BUILDERS PENSION FUND. (Mehlsack, Barbara) (Entered: 03/20/2012) |
| 03/22/2012 | ●491 | Order of United States Judicial Panel on Multidistrict Litigation, MDL No. 2296, Lifting Stay of Conditional Transfer Order And Vacating The March 29, 2012, Hearing Session Order In Re: Tribune Company Fraudulent Conveyance Litigation, Official Committee of Unsecured Creditors of Tribune Company, et al., v. FitzSimmons, et al., District of Delaware Bankruptcy Adversary Proceeding 10-54010 KJC. Order Signed on 3/20/2012. (KPB) (Entered: 03/22/2012) |
| 03/22/2012 | ●492 | Notice of Appearance Filed by CATHOLIC UNITED INVESTMENT TRUST (Trucco, Michael) (Entered: 03/22/2012) |
| 03/22/2012 | ●493 | Notice of Appearance Filed by CATHOLIC UNITED INVESTMENT TRUST (Martin, Brain) (Entered: 03/22/2012) |
| 03/27/2012 | ●494 | Notice of Appearance Filed by NEW YORK STATE TEACHERS RET SYSTEM (NYSTRS) (Wright, Alissa) (Entered: 03/27/2012) |
| 04/05/2012 | ●495 | Transmittal Letter Transferring Venue to the U. S. District Court for the Southern District of New York. (related document(s) 491) (KPB) (Entered: 04/05/2012) |

| 04/05/2012 | ◉ | Adversary Case 10-54010 Closed by Deputy Clerk. (KPB) (Entered: 04/05/2012) |