# EXHIBIT E

Defendant: **Timothy P. Knight**
Bankruptcy Case: In Re: Tribune Company, et al., Debtors
Preference Period: December 8, 2007 – December 8, 2008

| Transferor | Form of Transfer/ Check No. | Amount | Date | Basis for Transfer |
|---|---|---|---|---|
| Tribune Company/Tribune Media Net, Inc. | ACH/3903099 | $18,286.22 | 12/27/2007 | Deferred Bonus |
| Tribune Company/Tribune Media Net, Inc. | ACH/3903099 | $250,000.00 | 12/27/2007 | Success Bonus |
| Tribune Company/Tribune Media Net, Inc. | ACH/3903099 | $1,675,281.99 | 12/27/2007 | Restricted Stock Units |
| Tribune Company | ACH/4219349 | $1,936,000.00 | 8/22/2008 | Executive Transition |
| Tribune Company | ACH/4200922 | $735,785.30 | 8/8/2008 | Excise Tax Gross Up |
| Tribune Company | ACH/4219349 | $1,098,472.22 | 8/22/2008 | Excise Tax Gross Up |
| Tribune Company | ACH/4200922 | $1,666,666.67 | 8/8/2008 | Phantom Equity |
| **Total** | | **$7,380,492.40** | | |