UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
............................................................... x
IN RE TRIBUNE COMPANY FRADULENT
CONVEYANCE LITIGATION                              : Case No.: 11-md-02296 (WHP)

THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF TRIBUNE
COMPANY, on behalf of TRIBUNE            : Case No.: 12-cv-02652 (WHP)
COMPANY, *et al.*,

         Plaintiff,

                               : **NOTICE OF APPEARANCE**

    -against-

DENNIS J. FITZSIMMONS, *et al.*

         Defendants.
............................................................... x

PLEASE TAKE NOTICE that Ari M. Berman, who is admitted to practice in this court, respectfully enters his appearance as counsel for defendant EFH Retirement Plan Master Trust, and requests that copies of all future pleadings, filings, notices, correspondences, and other papers be served upon him.

Dated: May 21, 2012

                                                 VINSON & ELKINS L.L.P.

                                                 By: */s/ Ari M. Berman*
                                                     Ari M. Berman
                                                     666 Fifth Avenue, 26th Floor
                                                     New York, New York 10103
                                                     Tel: (212) 237-0000
                                                     Fax: (212) 237-0100
                                                     Email: *aberman@velaw.com*