UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION<br><br>This Document Relates To:<br><br>11-MD-2296 (WHP)<br>12-CV-2652 (WHP) | Consolidated Multidistrict Litigation<br>11 MD 2296 (WHP)<br>12 CV 2652 (WHP) |

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF <u>DEFENDANT EGI-TRB, L.L.C.</u>

Pursuant to Federal Rule of Civil Procedure 7.1 of the local rules for the U.S. District Court for the Southern District of New York and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant EGI-TRB, L.L.C, ("EGI-TRB") certifies that (1) EGI-TRB has no parent corporation and (2) no publicly held corporation owns more than 10% of EGI-TRB's stock.

Dated: June 13, 2012

             By: */s/ David J. Bradford*
                David J. Bradford
                Jenner & Block LLP
                353 N. Clark Street
                Chicago, IL 60654
                (312) 923-2975
                dbradford@jenner.com

                *Counsel for Samuel Zell, Equity Group Investments, L.L.C., EGI-TRB, L.L.C., Sam Investment Trust*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 13, 2012, the attached document was filed electronically through the CM/ECF system, which will send notice to the registered participants identified on the Notice of Electronic Filing.

> By: */s/ David J. Bradford*
> David J. Bradford
> Jenner & Block LLP
> 353 N. Clark Street
> Chicago, IL 60654
> (312) 923-2975
> dbradford@jenner.com
>
> *Counsel for Samuel Zell, Equity Group Investments, L.L.C., EGI-TRB, L.L.C., Sam Investment Trust*