# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Action<br>11 MD 2296 (WHP)<br>12 MC 2296 (WHP) |
| THIS DOCUMENT RELATES TO:<br><br>THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY, *et al.*,<br><br>                Plaintiff,<br>v.<br><br>DENNIS J. FITZSIMONS, *et al.*,<br><br>                Defendants. | Case No. 1:12-cv-02652-WHP |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1) and the terms, conditions and limitations of a stipulation between the parties of even date herewith, Plaintiff Official Committee of Unsecured Creditors of Tribune Company hereby dismisses this action without prejudice solely against defendant Douglas N. Daft, who has neither moved nor answered.

Respectfully submitted,

Date: July 19, 2012

/s/ Andrew N. Goldfarb

Graeme W. Bush, Esq.
James Sottile, Esq.
Andrew N. Goldfarb, Esq.
ZUCKERMAN SPAEDER LLP
1185 Avenue of the Americas, 31st Floor
New York, NY 10036
Tel: (212) 704-9600
Fax: (212) 704-4256

*Counsel for Plaintiff Official Committee of Unsecured Creditors of Tribune Company*

3675994.1