**COVINGTON & BURLING LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel: 212-841-1000
Dianne F. Coffino, Esq.

*Counsel for Defendant*
*Taliesin Capital Partners LP*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x
                                      :
IN RE: TRIBUNE COMPANY FRAUDULENT     :   Case No. 11-md-02296-WHP
CONVEYANCE LITIGATION                 :
                                      :
------------------------------------- x
                                      :
THE OFFICIAL COMMITTEE OF UNSECURED   :
CREDITORS OF TRIBUNE COMPANY, on      :
behalf of TRIBUNE COMPANY *et al.*,   :
                                      :
    Plaintiff,                    :   Case No. 1:12-cv-02652-WHP
                                      :
v.                                    :
                                      :
DENNIS J. FITZSIMMONS, et al.,        :
                                      :
    Defendants.                   :
------------------------------------- x

### NOTICE OF APPEARANCE

    PLEASE TAKE NOTICE that the undersigned hereby respectfully appears as counsel for defendant Taliesin Capital Partners LP, in the above-captioned action.  The undersigned requests that copies of all notices given or required to be given in this case, be given to and served upon:

>Covington & Burling LLP
>The New York Times Building
>620 Eighth Avenue
>New York, NY 10018
>Attention: Dianne F. Coffino
>Telecopy: 212-841-1010
>E-mail: dcoffino@cov.com

This request includes, without limitation, all notices, applications, motions, orders, pleadings, requests, lists, complaints and discovery demands, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, facsimile, telecopier, electronic file transfer, telegraph, telex or otherwise.

This appearance is without prejudice to any defenses or positions that Taliesin Capital Partners LP may have, all of which are specifically reserved.

Dated: August 29, 2012

>COVINGTON & BURLING LLP
>
>By: */s/ Dianne F. Coffino*
>    Dianne F. Coffino
>
>The New York Times Building
>620 Eighth Avenue
>New York, NY 10018
>Telephone: 212-841-1000
>Email: dcoffino@cov.com
>
>*Counsel for Taliesin Capital Partners LP*