UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Docket No. 11-MD-2296 (WHP)<br><br>(Consolidated Multidistrict Action) |
| This Document Relates to:<br><br>DEUTSCH BANK TRUST COMPANY AMERICAS, *et al.* v. JANICE MCGURN, *et al.* | Case No. 12-cv-00063 (WHP) |
| The Official Committee of Unsecured Creditors of Tribune Company v. Dennis J. Fitzsimons, et al. | Case No. 12-cv-02652 (WHP) |

## NOTICE OF APPEARANCE OF COUNSEL

**PLEASE TAKE NOTICE** that **Michael S. Etkin, Esq., John K. Sherwood, Esq.,** and **Ira M. Levee, Esq.,** of **Lowenstein Sandler PC,** enter their appearance as counsel for Louisiana State Employees' Retirement System ("LASERS") in this proceeding.  Michael S. Etkin, Esq. and Ira M. Levee, Esq. are admitted to practice in this Court.

Dated:  October 23, 2012

                                              Respectfully submitted,

                                              **LOWENSTEIN SANDLER PC**

By: /s/ *Ira M. Levee*
Michael S. Etkin, Esq.
John K. Sherwood, Esq.
Ira M. Levee, Esq.
65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500 (Telephone)
973.597.2400 (Facsimile)
metkin@lowenstein.com
jsherwood@lowenstein.com
ilevee@lowenstein.com

                            and

1251 Avenue of the Americas, 17th Floor
New York, New York 10020
212.262.6700 (Telephone)
212.262.7402 (Facsimile)
*Attorneys* for *LASERS*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the Notice of Appearance was served parties in interest via the Court's ECF system on October 23, 2012.

*/s/ Ira M. Levee*
Ira M. Levee

Dated: October 23, 2012