AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY <br> *Plaintiff* <br> v. <br> DENNIS J. FITZSIMMONS, et al. <br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. 12-cv-02652 (WHP) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SEE ATTACHED LIST

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Landis Rath & Cobb LLP      Zuckerman Spaeder LLP
    Daniel B. Rath, Esquire      James Sottile, Esquire
    Rebecca L. Butcher, Esquire      Andrew N. Goldfarb, Esquire
    James S. Green, Jr., Esquire      Andrew Caridas, Esquire
    919 Market Street, Suite 1800      1800 M Street, N.W., Suite 1000
    Wilmington, Delaware 19801      Washington, DC 20036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK
CLERK OF COURT

Date: JUL 2 7 2012

*Signature of Clerk or Deputy Clerk*

## RIDER TO SUMMONS IN A CIVIL ACTION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> DENNIS J. FITZSIMONS, *et al.*, <br><br> Defendants. | Case No. 12-CV-02652 (WHP) |

### NOTICE

    This proceeding is currently stayed in part as set forth in the attached Master Case Order #2, dated June 5, 2012. A copy of the complaint is attached to this summons, along with two Master Case Orders (dated February 23, 2012 and June 5, 2012) (the "MCOs") entered in this matter. You should review the MCOs, which address, among other things, the procedural status of the case and a party's obligations to enter its appearance.

    You will receive additional information about how to obtain pleadings, orders, and other information relevant to the case, including information about when the stay is lifted.

    The Court has appointed Grippo & Elden LLC as interim defense liaison counsel.

Dated: July 27, 2012
       Wilmington, Delaware

**ZUCKERMAN SPAEDER LLP**
Graeme W. Bush
James Sottile
Andrew N. Goldfarb
1800 M Street, N.W., Suite 1000
Washington, DC 20036
Telephone: (202) 778-1800

**LANDIS RATH & COBB LLP**

/s/ Daniel B. Rath

Daniel B. Rath (DE Bar No. 3022)
Richard S. Cobb (DE Bar No. 3157)
Rebecca L. Butcher (DE Bar No. 3816)
James S. Green, Jr. (DE Bar No. 4406)
919 Market Street, Suite 1800
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

*Counsel to the Official Committee of Unsecured Creditors*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 12-cv-02652 (WHP)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* SEE ATTACHED LIST

was received by me on *(date)* 07/27/2012 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Mail Service: Regular, first-class United States mail, postage fully pre-paid, addressed to the following Defendant: SEE ATTACHED SERVICE LIST

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/27/2012

*Server's signature*

Rebecca L. Butcher, Esquire
*Printed name and title*

Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, Delaware 19801
*Server's address*

Additional information regarding attempted service, etc:

**Official Committee of Unsecured Creditors of
Tribune Company v. Dennis J. Fitzsimons, et al.
Civil Action No. 12-cv-02652 (WHP)
Service List 7/27/12**
(W0021917)

BP PENSION SERVICES. LTD
C/O OFFICER OR MANAGING AGENT
501 WESTLAKE PARK BLVD.
HOUSTON, TX 77079

ALEXANDRA INVESTMENT MANAGEMENT
C/O OFFICER OR MANAGING AGENT
780 THIRD AVENUE, 35TH FLOOR
NEW YORK, NY 10017

ALSON CAPITAL PARTNERS, LLC
C/O OFFICER OR MANAGING AGENT
565 5TH AVENUE, 11TH FLOOR
NEW YORK, NY 10017

AMERICAN INTERNATIONAL GROUP, INC.
UNITED STATES CORPORATION COMPANY
2711 CENTERVILLE ROAD, SUITE 400
WILMINGTON, DELAWARE 19808

FREEMAN ASSOCIATES INVESTMENT
MANAGEMENT LLC
C/O OFFICER OR MANAGING AGENT
16236 SAN DIEGUITO SUITE 2 20
RANCHO SANTA FE, CA 92067