AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY <br> *Plaintiff* <br> v. <br> DENNIS J. FITZSIMMONS, et al. <br> *Defendant* | ) ) ) ) ) ) ) | Civil Action No. 12-cv-02652 (WHP) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SEE ATTACHED LIST

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| Landis Rath & Cobb LLP | Zuckerman Spaeder LLP |
|---|---|
| Daniel B. Rath, Esquire | James Sottile, Esquire |
| Rebecca L. Butcher, Esquire | Andrew N. Goldfarb, Esquire |
| James S. Green, Jr., Esquire | Andrew Caridas, Esquire |
| 919 Market Street, Suite 1800 | 1800 M Street, N.W., Suite 1000 |
| Wilmington, Delaware 19801 | Washington, DC 20036 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

CLERK OF COURT

Date: AUG 0 3 2012

*Signature of Clerk or Deputy Clerk*

## RIDER TO SUMMONS IN A CIVIL ACTION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY, *et al.*,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>DENNIS J. FITZSIMONS, *et al.*,<br><br>　　　　　　Defendants. | Case No. 12-CV-02652 (WHP) |

### NOTICE

　　This proceeding is currently stayed in part as set forth in the attached Master Case Order #2, dated June 5, 2012. A copy of the complaint is attached to this summons, along with two Master Case Orders (dated February 23, 2012 and June 5, 2012) (the "MCOs") entered in this matter. You should review the MCOs, which address, among other things, the procedural status of the case and a party's obligations to enter its appearance.

　　You will receive additional information about how to obtain pleadings, orders, and other information relevant to the case, including information about when the stay is lifted.

　　The Court has appointed Grippo & Elden LLC as interim defense liaison counsel.

Dated: August 3, 2012
　　　　Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ signature*

Daniel B. Rath (DE Bar No. 3022)

**ZUCKERMAN SPAEDER LLP**
Graeme W. Bush
James Sottile
Andrew N. Goldfarb
1800 M Street, N.W., Suite 1000
Washington, DC 20036
Telephone: (202) 778-1800

Richard S. Cobb (DE Bar No. 3157)
Rebecca L. Butcher (DE Bar No. 3816)
James S. Green, Jr. (DE Bar No. 4406)
919 Market Street, Suite 1800
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

*Counsel to the Official Committee of Unsecured Creditors*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 12-cv-02652 (WHP)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   SEE ATTACHED LIST

was received by me on *(date)*   08/03/2012   .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Mail Service: Regular, first-class United States mail, postage fully pre-paid, addressed to the following Defendant: SEE ATTACHED SERVICE LIST
.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date:  08/03/2012                         *[signature]*
                                          *Server's signature*

                                          Rebecca L. Butcher, Esquire
                                          *Printed name and title*

                                          Landis Rath & Cobb LLP
                                          919 Market Street, Suite 1800
                                          Wilmington, Delaware 19801
                                          *Server's address*

Additional information regarding attempted service, etc:

**Official Committee of Unsecured Creditors of Tribune Company v. Dennis J. Fitzsimons, et al.**
**Civil Action No. 12-cv-02652 (WHP)**
**Service List 8/3/12**

{698.001-W0021985.}

#502 TRUST U/W/O MINNETTE R ECKHOUSE
DTD 2/1/74
C/O JAMES H ECKHOUSE, JILL E BERUBE OR CURRENT TRUSTEE
4222 MURIETTA AVENUE
SHERMAN OAKS, CA 91423-4225

AFFILIATED PRIVATE INVESTORS U.S. CORE VALUE FUND, L.L.C.
NATIONAL REGISTERED AGENTS, INC.
160 GREENTREE DRIVE, SUITE 101
DOVER, DE 19904

ALYCE TUTTLE FULLER, AS A TRUSTEE OF THE TRUST BY ALYCE TUTTLE FULLER U/A DTD 10/03/2003
1 KINGFISHER STREET
HILTON HEAD ISLAND, SC 29928

BARBARA ALTER
8030 ARBOR LANE, APT. 102
NORTHFIELD, IL 60093

BERNARD W. LINCICOME
1180 TERRACE CT
GLENCOE, IL 60022-1241

CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM
CALIFORNIA PUBLIC EMPLOYEES' FUND
C/O ANNE STAUSBOLL, CHIEF EXECUTIVE OFFICER
P.O. BOX 942701
SACRAMENTO, CA 94229-2701

CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM
JUDGES' RETIREMENT SYSTEM II TRUST, CALIFORNIA EMPLOYEES' RETIREE BENEFIT TRUST, LEGISLATORS RETIREMENT SYSTEM TRUST, LONG-TERM CARE FUND TRUST
C/O ANNE STAUSBOLL, CHIEF EXECUTIVE OFFICER
P.O. BOX 942701
SACRAMENTO, CA 94229-2701

CALPERS
(CALIFORNIA PUB.EMP.RETIRE.SYS.)
C/O ANNE STAUSBOLL, CHIEF EXECUTIVE OFFICER
P.O. BOX 942701
SACRAMENTO, CA 94229-2701

CALPERS
(DYNAMIC COMPLETION FUND)
C/O ANNE STAUSBOLL, CHIEF EXECUTIVE OFFICER
P.O. BOX 942701
SACRAMENTO, CA 94229-2701

| | |
|---|---|
| CALPERS<br>(POOLED S+P 500 INDEX FUND)<br>C/O ANNE STAUSBOLL, CHIEF EXECUTIVE OFFICER<br>P.O. BOX 942701<br>SACRAMENTO, CA 94229-2701 | CITY OF JACKSONVILLE POLICE AN<br>C/O BOBBY DEAL, BOARD CHAIR<br>ONE WEST ADAMS STREET, SUITE 100<br>JACKSONVILLE, FL 32202-3616 |
| CITY OF LOS ANGELES FIRE AND POLICE PENSION PLAN<br>C/O ROBERT VON VOIGT, PRESIDENT<br>360 E. SECOND STREET, SUITE 400<br>LOS ANGELES, CA 90012 | CLAUDIA BROWN<br>1204 SHARON PARK DRIVE<br>MENLO PARK, CA 94025 |
| DANIEL G VOLKMANN III REV TR 3/7/03<br>C/O DANIEL G VOLKMANN III OR CURRENT TRUSTEE<br>3925 FOX FARM RD<br>MISSOULA, MT 59802-3079 | DON P HAYN JR<br>3633 BREAKERS DR., APT. 233<br>OLYMPIA FIELDS, IL 60461-1051 |
| DONALD BARON<br>OAKMONT MANAGEMENT<br>77 OAKMONT DRIVE<br>LOS ANGELES, CA 90049 | DONNA BARROWS<br>525 NORTH EAST AVENUE<br>OAK PARK, IL 60302 |
| EAGLE TRADING COMPANY<br>SHELDON GRAY<br>17 THE LANDMARK<br>NORTHFIELD, IL 60093 | ELIZABETH SIEGEL, ACTING TRUSTEE OF THE BARBARA M. OSBORNE TRUST U/I/T DTD 2/7/05<br>2307 LAKE SHORE DRIVE<br>LEAGUE CITY, TX 77573 |

EVERYTHING MEDICAL SERVICES, INC.
C/O OFFICER OR MANAGING AGENT
10 S. MENTOR AVENUE #101
PASADENA, CA 91106-2902

EVERYTHING MEDICAL SERVICES, INC.
JONATHAN GARY KEITH, REGISTERED AGENT
FOR EVERYTHING MEDICAL SERVICES, INC.
200 SOUTH PALM AVE, UNIT A
ALHAMBRA, CA 91801

FLORIDA RETIREMENT SYSTEM
C/O JACOB WILLIAMS, CORPORATE
GOVERNANCE MANAGER
1801 HERMITAGE BLVD., SUITE 100
TALLAHASSEE, FL 32308

FRIEDMAN LIVING TRUST U/A 08/04/99
C/O ROBERT D FRIEDMAN OR CURRENT
TRUSTEE
1 MAUCHLY
IRVINE, CA 92618-2305

GENERAL ELECTRIC PENSION TRUST
C/O CURRENT TRUSTEE OF THE GENERAL
ELECTRIC PENSION TRUST
3003 SUMMER STREET
STAMFORD, CT 06904

GEORGE JOHNSON
5 DUCK FIELD
HILTON HEAD ISLAND, SC 29928-3375

GERALD E. GRIEVE
1647 NW WILD RYE CIR
BEND, OR 97701-6689

GOODRICH CORP, AS PLAN ADMINISTRATOR
FOR THE GOODRICH CORPORATION MASTER
TRUST FOR QUALIFIED EMPLOYEE BENEFIT
PLANS
2730 W TYVOLA RD
CHARLOTTE, NC 28217-4578

ICAP CORPORATES LLC
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILIMINGTON, DE 19801

JONATHAN OSBORNE, ACTING TRUSTEE OF
THE BARBARA M. OSBORNE TRUST U/I/T DTD
2/7/05
2307 LAKE SHORE DRIVE
LEAGUE CITY, TX 77573

L.A. FIRE & POLICE PENSION
C/O ROBERT VON VOIGT, PRESIDENT
360 E. SECOND STREET, SUITE 400
LOS ANGELES, CA 90012

LAWRENCE J BLUM TRUST U/A 1/30/06
C/O LAWRENCE J BLUM OR CURRENT TRUSTEE
1865 OLD WILLOW ROAD, #213
NORTHFIELD, IL 60093

MARIAN WETTERLING
2320 CENTRAL STREET
EVANSTON, IL 60201

MARK METZNER
3 LAKEWOOD DRIVE
GLENCOE, IL 60022

MARK W MADIGAN AND STEPHANIE A MADIGAN
1250 LINDENWOOD DR
WINNETKA, IL 60093

MARY GREEN
311 WOODLEY ROAD
WINNETKA, IL 60093

MELVIN GOODMAN
1030 N. STATE STREET, #52 EF&G
CHICAGO, IL 60610

MICHIGAN JUDGES' RETIREMENT SYSTEM
C/O JOHN E. NIXON, DIRECTOR
DEPARTMENT OF TECHNOLOGY,
MANAGEMENT & BUDGET
GEORGE W. ROMNEY BUILDING
111 SOUTH CAPITOL AVENUE
LANSING, MI 48933

MICHIGAN STATE POLICE RETIREMENT SYSTEM
C/O JOHN E. NIXON, DIRECTOR
DEPARTMENT OF TECHNOLOGY,
MANAGEMENT & BUDGET
GEORGE W. ROMNEY BUILDING
111 SOUTH CAPITOL AVENUE
LANSING, MI 48933

MURIEL LEWIS
C/O RONNA ISSACS STOHLMAN
950-H N. CLARK STREET
CHICAGO, IL 60610

NC DEPARTMENT OF STATE TREASURER
C/O JAY CHAUDHURI, BLAKE THOMAS, SUSAN CLAIRE-BENGAMIN
325 N. SALISBURY STREET
ALBEMARLE BUILDING, SUITE 101
RALEIGH, NC 27603

NEVADA PUBLIC EMPLOYEES
C/O DANA K. BILYEU, EXECUTIVE OFFICER
NEVADA PUBLIC EMPLOYEES RETIREMENT SYSTEM
693 WEST NYE LANE
CARSON CITY, NV  89703

PEQUOT CREDIT OPPORTUNITIES FUND LP
C/O DEPOT CAPITAL MANAGEMENT, INC.
187 DANBURY ROAD
ATTN: LEGAL/COMPLIANCE
WILTON, CONNECTICUT  06897

PEQUOT CREDIT OPPORTUNITIES FUND LP
CORPORATION SERVICE COMPANY
2711 CENTERVILLE ROAD, SUITE 400
WILMINGTON, DE 19808

PUBLIC EMPLOYEES RETIREMENT SYSTEM OF NEVADA
C/O DANA K. BILYEU, EXECUTIVE OFFICER
NEVADA PUBLIC EMPLOYEES RETIREMENT SYSTEM
693 WEST NYE LANE
CARSON CITY, NV  89703

QUIXOTE CAPITAL MANAGEMENT LLC
C/O DONOVAN JERRY PAUL, REGISTERED AGENT TO QUIXOTE CAPITAL MANAGEMENT LLC OR CURRENT REGISTERED AGENT
5442 S. DAYTON COURT
GREENWOOD VILLAGE, CO 80111

QUIXOTE CAPITAL MANAGEMENT LLC
CORPORATION SERVICE COMPANY
2711 CENTERVILLE ROAD SUITE 400
WILMINGTON, DE 19808

R F FOUNDATION
ATTN THOMAS H ROBERTS JR
10 S DEARBORN ST, STE 5100
CHICAGO, IL 60603-2300

R F FOUNDATION
C/O THOMAS E SWANEY, AS REGISTERED AGENT TO R F FOUNDATION
1 S DEARBORN 3200
CHICAGO, IL 60603

REGENTS OF UNIVERSITY OF CALIFORNIA
C/O SHERRY L. LANSING
OFFICE OF THE SECRETARY AND CHIEF OF STAFF TO THE REGENTS
1111 FRANKLIN ST., 12TH FLOOR
OAKLAND, CA 94607

RUTH EISEN
TWO LANDPORT
NEWPORT BEACH, CA 92660

SAMUEL S MOORE TRUST U/A DTD 10/11/1988
C/O SAMUEL MOORE OR CURRENT TRUSTEE
7595 RIDGE ROAD
NEWCASTLE, CA 95658

SANTA BARBARA COUNTY EMPLOYEES'
RETIREMENT SYSTEM
C/O ZANDRA CHOLMONDELEY - CHAIR OF THE
BOARD
3916 STATE STREET, SUITE 210
SANTA BARBARA, CA 93105

SOCIETY FOR THE DANISH OLD PEOPLES HOME
ATTN: LEIF NIELSEN
5656 NORTH NEWCASTLE
CHICAGO, IL 60631

SOCIETY FOR THE DANISH OLD PEOPLES HOME
C/O OFFICER OR MANAGING AGENT
5656 NORTH NEWCASTLE
CHICAGO, IL 60631

ST. FRANCIS FRIENDS OF THE POOR, INC
C/O FR. JOHN M. FELICE, OFM PRES
155 WEST 22ND STREET
NEW YORK, NY 10011

ST. FRANCIS FRIENDS OF THE POOR, INC
C/O OFFICER OR MANAGING AGENT
155 WEST 22ND STREET
NEW YORK, NY 10011

STANLEY FREEHLING
121 BELLE AVENUE
HIGHLAND PARK, IL 60035

STATE EMPLOYEES' RETIREMENT SYSTEM
C/O JOHN E. NIXON, DIRECTOR
DEPARTMENT OF TECHNOLOGY,
MANAGEMENT & BUDGET
GEORGE W. ROMNEY BUILDING
111 SOUTH CAPITOL AVENUE
LANSING, MI 48933

STATE OF MICHIGAN EMPLOYEES'
RETIREMENT SYSTEM
C/O ANDY DILLON, STATE TREASURER
AUSTIN BUILDING
430 W. ALLEGAN STREET
LANSING, MI 48922

STATE OF MICHIGAN RETIREMENT SYSTEM
C/O JOHN E. NIXON, DIRECTOR
DEPARTMENT OF TECHNOLOGY,
MANAGEMENT & BUDGET
GEORGE W. ROMNEY BUILDING
111 SOUTH CAPITOL AVENUE
LANSING, MI 48933

STATE TREASURER OF THE STATE OF
MICHIGAN
C/O ANDY DILLON, STATE TREASURER
AUSTIN BUILDING
430 W. ALLEGAN STREET
LANSING, MI 48922

SYBIL JINX ROBINSON SPARATE PROPERTY
TRUST U/A DTD 07/03/07
C/O SYBIL JINX ROBINSON OR CURRENT
TRUSTEE
7016 ELISA AVENUE
BAKERSFIELD, CA 93308

THE ESTATE OF KAREN BABCOCK
1005 E JEFFERSON ST.
SEATTLE, WA 98122-5335

THE FRANCISCAN MISSIONARY UNION
C/O OFFICER OR MANAGING AGENT
144 W. 32ND STREET
NEW YORK, NY 10001

THE MICHIGAN JUDGES' RETIREMENT SYSTEM
C/O ANDY DILLON, STATE TREASURER
AUSTIN BUILDING
430 W. ALLEGAN STREET
LANSING, MI 48922

THE MICHIGAN PUBLIC SCHOOL EMPLOYEES'
RETIREMENT SYSTEM
C/O ANDY DILLON, STATE TREASURER
AUSTIN BUILDING
430 W. ALLEGAN STREET
LANSING, MI 48922

THE MICHIGAN STATE POLICE RETIREMENT
SYSTEM
C/O ANDY DILLON, STATE TREASURER
AUSTIN BUILDING
430 W. ALLEGAN STREET
LANSING, MI 48922

THE ROBERT R CULL TRUST U/A 1/14/98
C/O ROBERT R CULL OR CURRENT TRUSTEE
2023 LYNDWAY RD
CLEVELAND, OH 44121-4265

WILLIAM P HAMMOND TRUST U/A DTD
08/11/1992
C/O WILLIAM P HAMMOND OR CURRENT
TRUSTEE
83 ALEXANDRIA WAY
BASKING RIDGE, NJ 07920