AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

|  |  |  |
|---|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY | ) ) ) |  |
| *Plaintiff* | ) |  |
| v. | ) | Civil Action No.   12-cv-02652 (WHP) |
| DENNIS J. FITZSIMONS, et al. | ) ) |  |
| *Defendant* | ) |  |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SEE ATTACHED LIST

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Landis Rath & Cobb LLP
Daniel B. Rath, Esquire
Rebecca L. Butcher, Esquire
James S. Green, Jr., Esquire
919 Market Street, Suite 1800
Wilmington, Delaware  19801

Zuckerman Spaeder LLP
James Sottile, Esquire
Andrew N. Goldfarb, Esquire
Andrew Caridas, Esquire
1800 M Street, N.W., Suite 1000
Washington, DC  20036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

*CLERK OF COURT*

Date:  AUG 0 7 2012

*Signature of Clerk or Deputy Clerk*

## RIDER TO SUMMONS IN A CIVIL ACTION

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE COMPANY, *et al.,* <br><br> Plaintiff, <br><br> v. <br><br> DENNIS J. FITZSIMONS, *et al.,* <br><br> Defendants. | Case No. 12-CV-02652 (WHP) |

### NOTICE

This proceeding is currently stayed in part as set forth in the attached Master Case Order #2, dated June 5, 2012. A copy of the complaint is attached to this summons, along with two Master Case Orders (dated February 23, 2012 and June 5, 2012) (the "MCOs") entered in this matter. You should review the MCOs, which address, among other things, the procedural status of the case and a party's obligations to enter its appearance.

You will receive additional information about how to obtain pleadings, orders, and other information relevant to the case, including information about when the stay is lifted.

The Court has appointed Grippo & Elden LLC as interim defense liaison counsel.

Dated: August 7, 2012
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*[signature]*

Daniel B. Rath (DE Bar No. 3022)
Richard S. Cobb (DE Bar No. 3157)
Rebecca L. Butcher (DE Bar No. 3816)
James S. Green, Jr. (DE Bar No. 4406)
919 Market Street, Suite 1800
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

**ZUCKERMAN SPAEDER LLP**
Graeme W. Bush
James Sottile
Andrew N. Goldfarb
1800 M Street, N.W., Suite 1000
Washington, DC 20036
Telephone: (202) 778-1800

*Counsel to the Official Committee of Unsecured Creditors*

{698.001-W0021570.2}

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  12-cv-02652 (WHP)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   SEE ATTACHED LIST
was received by me on *(date)*   08/07/2012   .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  Mail Service:  Regular, first-class United States mail, postage fully pre-paid, addressed to
the following Defendant: SEE ATTACHED SERVICE LIST

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   08/07/2012

_____
*Server's signature*

Rebecca L. Butcher, Esquire
*Printed name and title*

Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, Delaware 19801
*Server's address*

Additional information regarding attempted service, etc:

**Official Committee of Unsecured Creditors of
Tribune Company v. Dennis J. Fitzsimons, et al.
Civil Action No. 12-cv-02652 (WHP)
Service List 8/7/12**

{698.001-W0022037.}

AAFP POOLED INVESTMENT FUND L.
C/O OFFICER OR MANAGING AGENT
11400 TOMAHAWK CREEK PARKWAY
LEAWOOD, KS  66211

ALASKA PERMANENT FUND CORPORATION
C/O ATTORNEY GENERAL MICHAEL C.
GERAGHTY
P.O. BOX 110300
JUNEAU, AK 99811-0300

ALLAN R. KORETZ REVOCABLE TRUST UAD
05/10/1978
C/O ALLAN R. KORETZ OR CURRENT TRUSTEE
155 N. HARBOR DR., APT 1202
CHICAGO, IL 60601-7319

AMALGAMATED TRANSIT UNION LOCAL
455 N. GARLAND AVENUE
ORLANDO, FL  32801

ARIZONA STATE RETIREMENT SYSTEM
C/O ARIZONA STATE RETIREMENT SYSTEM
3300 NORTH CENTRAL AVENUE
PHOENIX, AZ 85012-0250

ARTHUR JUEDES
117 SOUTH 3RD AVENUE
WAUSAU, WI  54401

ARTHUR R MARTIN
WELLS FARGO BANK C/F ARTHUR R MARTIN
5721 SNOWMASS CREEK RANCH
SNOWMASS, CO  81654

AUSTIN PRESBYTERIAN THEOLOGICAL
C/O OFFICER OR MANAGING AGENT
100 EAST 27TH STREET
AUSTIN, TX  78705

BARRINGTON INVESTORS L.P. 0102 GSAM: TAX
ADV LH (S&P500)
C/O OFFICER OR MANAGING AGENT
2001 WILSHIRE BLVD, STE 401
SANTA MONICA, CA  90403

BARRY D MCCORMICK
JPMORGAN CHASE BK TRAD IRA R/O CUST
859 TAFT PLACE
NEW ORLEANS, LA  70119

BEACON TRUST COMPANY
C/O OFFICER OR MANAGING AGENT
163 MADISON AVENUE
6TH FLOOR
MORRISTOWN, NJ 07960

BEACON TRUST COMPANY
C/O OFFICER OR MANAGING AGENT
333 MAIN STREET
POB 939
MADISON, NJ 07940

BEAUMONT FIREMEN'S RELIEF AND
C/O OFFICER OR MANAGING AGENT
801 MAIN, SUITE 320
BEAUMONT, TX  77701

BELLIN HOSPITAL PENSION TRUST
C/O OFFICER OR MANAGING AGENT
P.O. BOX 23400
GREEN BAY, WI  54305

BERNARD CHAPMAN TRUST U/A
C/O BERNARD CHAPMAN OR CURRENT
TRUSTEE
16265 WEST BOULDER DRIVE
SURPRISE, AZ  85374-6329

BETH L ZWEIG C/F LAURA H ZWEIG U/IN/UTMA
7012 BITTERSWEET MRS CT
FORT WAYNE, IN  46814-4502

BLOCK COMMUNICATIONS, INC.
C/O OFFICER OR MANAGING AGENT
405 MADISON AVENUE, SUITE 2100
TOLEDO, OH  43604

BOARD OF EDUCATION NEW YORK CITY
RETIREMENT SYSTEMS
C/O CHANCELLOR
65 COURT STREET
BROOKLYN NY 11201-4965

BOSTON PARTNERS ASSET MANAGEMENT
C/O OFFICER OR MANAGING AGENT
PROXY DEPARTMENT
SUITE 153-1215
PITTSBURGH, PA  15259

BRIAN J MCMANUS, SR
AS FCC IRA CUSTODIAN
30 N LASALLE ST STE 2126
CHICAGO, IL  60602-3371

CALIFORNIA PUBLIC EMPLOYEES
RETIREMENT SYSTEM
C/O ANNE STAUSBOLL
CHIEF EXECUTIVE OFFICER
P.O. BOX 942701
SACRAMENTO, CA 94229-2701

CALIFORNIA STATE TEACHERS'
RETIREMENT SYSTEM
C/O CALSTRS CEO
100 WATERFRONT PLACE
WEST SACRAMENTO, CA 95605

CAPURRO INVESTMENTS A LIMITED
PARTNERSHIP
C/O OFFICER OR MANAGING AGENT
408 COLUMBUS AVE STE #5
SAN FRANCISCO, CA  94133-3929

CAPURRO PROP SERIES LLC - SERIES G
C/O OFFICER OR MANAGING AGENT
408 COLUMBUS AVE STE #5
SAN FRANCISCO, CA  94133-3929

CAROL SKRENTNY
TD AMERITRADE INC IRA CUSTODIAN
8700 N. LA CHOLLA BLVD #2107
TUCSON, AZ  85742

CAYUGA MEDICAL CENTER AT ITHACA
C/O OFFICER OR MANAGING AGENT
101 DATES DRIVE
ITHACA, NY  14850

CHRISTI DASHER
AS FCC IRA CUSTODIAN
590 SE 12TH CT
POMPANO BEACH, FL  33060-9310

CITY EMPLOYEES' RETIREMENT
SYSTEM OF THE CITY OF LOS ANGELES
C/O CALSTRS CEO
100 WATERFRONT PLACE
WEST SACRAMENTO, CA 95605

CITY EMPLOYEES' RETIREMENT
SYSTEM OF THE CITY OF LOS ANGELES
C/O THOMAS MOUTES, GENERAL MANAGER
360 E. 2ND ST., 2ND FLOOR
LOS ANGELES, CA 90012-4207

CITY OF ATLANTA POLICE OFFICERS PENSION
FUND LCV
C/O JIM BEARD, CFO
CITY OF ATLANTA
68 MITCHELL ST., S.W., SUITE 11100
ATLANTA, GA 30303

CITY OF ATLANTA POLICE OFFICERS' PENSION
FUND
C/O JIM BEARD, CFO
CITY OF ATLANTA
68 MITCHELL ST., S.W. SUITE 11100
ATLANTA, GA 30303

CITY OF ATLANTA, GENERAL EMPLOYEES
PENSION FUND
C/O ANGELA SNEED
OFFICE OF RETIREMENT SERVICE DIRECTOR
55 TRINITY AVENUE
ATLANTA, GA 30303

CITY OF CONTRA COSTA EMPLOYEES
RETIREMENT SYSTEM
C/O MARIA THERESA VIRAMONTES
1355 WILLOW WAY, SUITE 221
CONCORD, CA 94520

CITY OF MEMPHIS
C/O HERMAN MORRIS
CITY ATTORNEY
125 N. MAIN ST. ROOM 336
MEMPHIS, TN 38103

CITY OF RICHMOND LCV
C/O ALLEN L. JACKSON CITY ATTORNEY
OFFICE OF THE CITY ATTORNEY
CITY OF RICHMOND
900 E. BROAD ST., SUITE 300
RICHMOND, VA 23219

CIVILIAN EMPLOYEES' RETIREMENT SYSTEM
OF THE POLICE DEPARTMENT OF KANSAS
CITY, MISSOURI
C/O RICHARD SMITH, BOARD CHAIR
1328 AGNES
KANSAS CITY, MISSOURI 64127

CIVILIAN ERS OF K.C. MISSOURI LCV
C/O RICHARD SMITH, BOARD CHAIR
1328 AGNES,
KANSAS CITY, MISSOURI 64127

CLAYTON COUNTY EMPLOYEES RETIREMENT
SYSYSTEM
C/O ELDRIN BELL CLAYTON
COUNTY ADMINISTRATION, ANNEX 1
112 SMITH STREET
JONESBORO, GA 30236

CLAYTON COUNTY GEORGIA
C/O ELDRIN BELL CLAYTON
COUNTY ADMINISTRATION, ANNEX 1
112 SMITH STREET
JONESBORO, GA 30236

CLINTON CHAN
C/O GABELLI ASSET MANAGEMENT CO.
ONE CORPORATE CENTER
RYE, NY 10580

COLORADO PUBLIC EMPLOYEES' RETIREMENT
ASSOCIATION
C/O GREGORY W. SMITH
1301 PENNSYLVANIA STREET
DENVER, COLORADO 80203-5011

COMMONWEALTH OF PA TREASURY
DEPARTMENT FUNDS
C/O ROB MCCORD, PENNSYLVANIA STATE
TREASURER
129 FINANCE BUILDING
HARRISBURG, PA 17120

COMMONWEALTH OF PENNSYLVANIA PUBLIC
SCHOOL EMPLOYEES' RETIREMENT SYSTEM
C/O ROB MCCORD, PENNSYLVANIA STATE
TREASURER
129 FINANCE BUILDING
HARRISBURG, PA 17120

COMMONWEALTH OF PENNSYLVANIA PUBLIC
SCHOOL
EMPLOYEES' RETIREMENT SYSTEM
LINDA L. KELLY, ATTORNEY GENERAL
16TH FLOOR, STRAWBERRY SQUARE
HARRISBURG, PA 17120

COMMUNITY FOUNDATION OF SARASOTA
COUNTY CORPORATE ENDOWMENT FDN
C/O OFFICER OR MANAGING AGENT
COMMUNITY FOUNDATION OF SARASOTA
COUNTY, INC
2635 FRUITVILLE RD
SARASOTA, FL 34237

COMMUNITY FOUNDATION OF SARASOTA
COUNTY TRUST ENDOWMENT FUND
C/O OFFICER OR MANAGING AGENT
THE NORTHERN TRUST COMPANY, AS
TRUSTEE
50 S. LASALLE STREET
CHICAGO IL 60603

CONSTANCE W SCHNUCK REV TRUST U/A DTD
12-15-93
C/O CONSTANCE W SCHNUCK OR CURRENT
TRUSTEE
930 CELLA ROAD
SAINT LOUIS, MO 63124-1616

COUNTY EMPLOYEES' AND OFFICERS'
ANNUITY AND BENEFIT FUND OF COOK
COUNTY
ATTN: MARGARET M. FAHRENBACH, LEGAL
DEPARTMENT
33 N. DEARBORN, SUITE 1000
CHICAGO, IL 60602

COUNTY OF LOS ANGELES SAVINGS
C/O OFFICER OR MANAGING AGENT
500 WEST TEMPLE STREET, ROOM 432
LOS ANGELES, CA 90012

CRAWFORD COMPANY LLC
C/O OFFICER OR MANAGING AGENT
700 ELEVENTH STREET (SOUTH)
NAPLES, FL 34102

CURATORS OF UNV MO AS TRUSTEE UNV MO
RET DSBLTY & DTH BEN PL
C/O  DAVID R. BRADLEY, CHAIRMAN
UNIVERSITY OF MISSOURI BOARD OF
CURATORS
316 UNIVERSITY HALL
COLUMBIA, MO 65211

DALLAS POLICE AND FIRE PENSION SYSTEM
C/O GEORGE TOMASOVIC, BOARD OF TRUSTEE
MEMBER
FOR THE DALLAS POLICE AND FIRE PENSION
SYSTEM
4100 HARRY HINES BOULEVARD
SUITE 100
DALLAS, TX 75219

DALLAS POLICE AND FIRE PENSION SYSTEM
C/O GOVERNOR OF TEXAS, RICK PERRY
OFFICE OF THE GOVERNOR
STATE INSURANCE BUILDING
1100 SAN JACINTO
AUSTIN, TX 78701

DALLAS POLICE AND FIRE PENSION SYSTEM
C/O TEXAS ATTORNEY GENERAL, GREG
ABBOTT
OFFICE OF THE ATTORNEY GENERAL
300 W. 15TH STREET
AUSTIN, TX 78701

DANIEL J HILLARY
7899 RAPHAEL DRIVE
DUBUQUE, IA  52003-9357

DANIEL J ZWEIG AND BETH L ZWEIG
7012 BITTERSWEET MOORS CT
FORT WAYNE, IN  46814-4502

DANIEL J. COLLINS
402 1/2 S. ROYAL ST.
ALEXANDRIA VA 22314

DARRIN MARITAL TRUST
C/O JAMES PITNEY OR CURRENT TRUSTEE
PITNEY, HARDIN, KIPP & SZUCH LLP
P.O. BOX 1945
MORRISTOWN, NJ  07962

DAVID S MORRISON
3856 MIDDLETOWN AVE
CINCINNATI, OH  45220-1127

DAVID S ROSENBERG AND CYNTHIA
ROSENBERG
1323 DEVONSHIRE
BUFFALO GROVE, IL  60089-1127

DAVID S ROSENBERG CUST FOR ABBY R
ROSENBERG UNDER THE IL UNIF TRSF TO
MINORS ACT
1323 DEVONSHIRE
BUFFALO GROVE, IL  60089-1127

DAVID S ROSENBERG CUST FOR CARLY E
ROSENBERG UNDER THE IL UNIF TRSF TO
MINORS ACT
1323 DEVONSHIRE
BUFFALO GROVE, IL  60089-1127

DEBRA J HOLMES
BOX 5044
MT CRETED BUTTE, CO  81224

DEKALB COUNTY
C/O W. BURRELL ELLIS, JR.
CHIEF EXECUTIVE OFFICER
DEKALB COUNTY GOVERNMENT
330 W. PONCE DE LEON AVENUE, 6TH FLOOR
DECATUR, GA 30030

DENNIS J LAYNE ROLLOVER IRA
C/O ROBERT W BAIRD & CO INC, TRUSTEE OR
CURRENT TRUSTEE
S75 W13587 COURTLAND LN
MUSKEGO, WI  53150

DENNIS W HETLER
MSSB CUSTODIAN
161 N CLARK STREET STE 2210
CHICAGO, IL  60601-3221

DETROIT POLICEMAN AND FIREMAN
RETIREMENT SYSTEM
C/O WALTER STAMPOR, EXECUTIVE
SECRETARY
2 WOODWARD AVENUE, ROOM 908
DETROIT, MI 48226

DIOCESE OF TRENTON-PENSION FUND
C/O OFFICER OR MANAGING AGENT
CHANCERY OFFICE
701 LAWRENCEVILLE ROAD
LAWRENCEVILLE, NJ  08638

DOROTHY L. DRUMMEY 2005 GRANTOR
RETAINED ANNUITY TRUST U/A DTD 12/09/2005
C/O DOROTHY L. DRUMMEY OR CURRENT
TRUSTEE
18 ZELL STREET
EAST FALMOUTH, MA  02536-7146

DOROTHY UPJOHN DALTON GRDCHILD
C/O BRIAN DOWNS
GRAND BANK
126 OTTAWA AVENUE, NW
GRAND RAPIDS, MI  49503

DR PAUL I COHEN
239 E 79TH ST APT 12L
NEW YORK, NY  10075-0815

DRS. BRUCE AND LEE FOUNDATION
C/O OFFICER OR MANAGING AGENT
181 EAST EVANS STREET
BTC BOX 022
FLORENCE, SC  29506

DUNN INVESTMENT COMPANY PMP GROWTH
C/O OFFICER OR MANAGING AGENT
PO DRAWER 247
BIRMINGHAM, AL  35201-0247

E L WIEGAND FOUNDATION
C/O RAYMOND C AVANSINO JR OR OFFICER OR
MANAGING AGENT
WEIGAND CENTER
165 WEST LIBERTY
RENO, NV  89501-1955

EASTERN BANK
C/O OFFICER OR MANANGING AGENT
ONE EASTERN PLACE, EP5-10
LYNN, MA 01901-1508

ELIZABETH SCHELLENGER T/U/D
C/O ELIZABETH SCHELLENGER OR CURRENT
TRUSTEE
452 NORTH GUERNSEY RD.
WEST GROVE PA 19390

EMPLOYEE RETIREMENT SYSTEM OF GEORGIA
C/O JIM POTVIN, EXECUTIVE DIRECTOR
TWO NORTHSIDE 75
ATLANTA, GA 30318

EMPLOYEES' RETIREMENT FUND OF THE CITY
OF DALLAS
C/O CARLA D. BREWER, CHAIR OF THE ERF
BOARD OF TRUSTEES
600 NORTH PEARL STREET, SUITE 2450, SOUTH
TOWER
DALLAS, TX 75201

EMPLOYEES' RETIREMENT FUND OF THE CITY
OF DALLAS
C/O GOVERNOR OF TEXAS, RICK PERRY
OFFICE OF THE GOVERNOR
STATE INSURANCE BUILDING
1100 SAN JACINTO
AUSTIN, TX 78701

EMPLOYEES' RETIREMENT FUND OF THE CITY
OF DALLAS
C/O TEXAS ATTORNEY GENERAL, GREG
ABBOTT
OFFICE OF THE ATTORNEY GENERAL
300 W. 15TH STREET
AUSTIN, TX 78701

EMPLOYEES RETIREMENT SYSTEM OF TEXAS
C/O GOVERNOR OF TEXAS, RICK PERRY
OFFICE OF THE GOVERNOR
STATE INSURANCE BUILDING
1100 SAN JACINTO
AUSTIN, TX 78701

EMPLOYEES RETIREMENT SYSTEM OF TEXAS
C/O TEXAS ATTORNEY GENERAL, GREG
ABBOTT
OFFICE OF THE ATTORNEY GENERAL
300 W. 15TH STREET
AUSTIN, TX 78701

EMPLOYEES RETIREMENT SYSTEM OF TEXAS
C/O YOLANDA GRIEGO, CHAIR OF THE  ERS
BOARD OF TRUSTEES
200 E. 18TH STREET
AUSTIN, TX 78701

EMPLOYERS INSURANCE COMPANY OF
NEVADA
CSC SERVICES OF NEVADA, INC.
2215-B RENAISSANCE DR.
LAS VEGAS, NV 89118

EQUITY INDEX FUND B LENDABLE
C/O OFFICER OR MANAGING AGENT
400 HOWARD STREET
SAN FRANCISCO CA 94105

EQUITY INDEX PLUS FUND B
C/O OFFICER OR MANAGING AGENT
400 HOWARD STREET
SAN FRANCISCO CA 94105

EQUITY OPPORTUNITIES PORTFOLIO, A SERIES
OF SUNAMERICA SERIES TRUST
C/O OFFICER OR MANAGING AGENT
1 SUNAMERICA CENTER
LOS ANGELES, CA  90067-6022

ERIK LEBSACK
2 RECTOR STREET, 17TH FLOOR
NEW YORK NY 10006

ESTATE OF ROSE ROCHELL
C/O NANCY ROCHELL GILMORE, EXECUTOR
1454 RIDGE ROAD
NORTHBROOK, IL  60062-4628

EXCAVATORS UNION LOCAL 731 PEN
C/O OFFICER OR MANAGING AGENT
34-11 35TH AVENUE
ASTORIA, NY  11106

F GENE GOSELIN REVOCABLE LIVING TR U/A
DTD 12/31/1992
C/O F GENE GOSELIN OR CURRENT TRUSTEE
232 MAIN STREET N W
BOURBONNAIS, IL  60914-1938

F GENE GOSELIN
AS FCC IRA CUSTODIAN
232 MAIN STREET N W
PO BOX 656
BOURBONNAIS, IL  60914-1938

F HARLAN BATRUS
11 BRUCE ROAD
MAMARONECK, NY  10543-1101

FEDERAL NATIONAL MORTGAGE
ASSOCIATION (FANNIE MAE)
C/O RONALD C. MACHEN, JR.
UNITED STATES ATTORNEY
DISTRICT OF COLUMBIA
555 4TH STREET, NW
WASHINGTON, DC 20530

FEDERAL NATIONAL MORTGAGE
ASSOCIATION (FANNIE MAE)
TIMOTHY J. MAYOPOULOS
PRESIDENT AND CHIEF EXECUTIVE OFFICER
3900 WISCONSIN AVENUE, NW
WASHINGTON, DC 20016-2892

FEHIR LIMITED PARTNERSHIP
C/O OFFICER OR MANAGING AGENT
544 E BENNETT ST
BUFFALO, WY 82834-2242

FIDELITY EMM
C/O OFFICER OR MANAGING AGENT
FMTC
82 DEVONSHIRE STREET
BOSTON MA  02109

FIDELITY MOHAWK INSURANCE CO
C/O OFFICER OR MANAGING AGENT
PO BOX 400
BRANCHVILLE, NJ  07826-0400

FLORIDA STATE BOARD OF ADMINISTRATION
C/O JACOB WILLIAMS
CORPORATE GOVERNANCE MANAGER
1801 HERMITAGE BLVD.
SUITE 100
TALLAHASSEE, FLORIDA 32308

FRANCES R PICONE LIV TRUST UA DTD 01/18/00
C/O FRANCES R PICONE OR CURRENT TRUSTEE
508 S EAST AVE
OAK PARK, IL  60304-1322

FRANCOISE ISABELLE MICHEL TRUST U/A DTD
10/26/1994
C/O JOHN M STICKNEY OR CURRENT TRUSTEE
3301 TERMINAL TOWER
CLEVELAND, OH  44113

GAINSVILLE POLICE & FIREFIGHTERS LCV
C/O MARK BOALS
CHAIRPERSON OF THE BOARD OF TRUSTEES OF
THE CONSOLIDATED POLICE OFFICERS' AND
FIREFIGHTERS' RETIREMENT PLAN
200 EAST UNIVERSITY AVE.
GAINESVILLE, FL 32602

GENERAL CIGAR RETIREMENT TRUST
C/O JOSEPH C AIRD, CFO OR CURRENT
TRUSTEE
GENERAL CIGAR HOLDINGS INC
1021 EASTY CARY STREET STE 1600
RICHMOND, VA  23219-4000

GEORGE W BLOSSOM III
AT: WILLIS CORROON
10 S. LASALLE ST., 30TH FLOOR
CHICAGO, IL  60603

GEORGIA DEPARTMENT OF REVENUE
C/O DOUGLAS J. MACGINNITIE
STATE REVENUE COMMISSIONER
DEPARTMENT OF REVENUE
1800 CENTURY BOULEVARD
ATLANTA, GA 30345

GORDON T FORD U/A/D 04/24/72
C/O ROBERT L HERITIER, RICHARD R
MULLANEY, RANDOLPH C PASCHKE OR
CURRENT TRUSTEE
5800 CROOKS ROAD SUITE 180
TROY, MI  48098

HARRY GUY SNYDER
WM BLAIR & CO DEFERRED PFT SHG PLAN FBO
ERIC ROWLEY KEOGH ACCOUNT
382 BASSWOOD
LAKE FOREST, IL  60045

HCK ENTERPRISES INC PSP UAD 9/15/93
C/O HENRY KUNKEL, HENRY JOHN KUNKEL OR
CURRENT TRUSTEE
36 VIRGINIA COURT
AMITYVILLE, NY  11701-3525

ILLINOIS MUNICIPAL RETIREMENT FUND
C/O GWEN HENRY, PRESIDENT
2211 YORK ROAD
DRAKE OAK BROOK PLAZA
OAK BROOK, ILLINOIS 60523

ILLINOIS STATE BOARD OF INVESTMENT
C/O DEVON BRUCE, CHAIRMAN
ILLINOIS STATE BOARD OF INVESTMENT
180 NORTH LASALLE STREET, SUITE 2015
CHICAGO, IL  60601

INDIANA STATE TEACHERS' RETIREMENT
FUND
C/O STEVE RUSSO, EXECUTIVE DIRECTOR
ONE NORTH CAPITOL, SUITE 001
INDIANAPOLIS, IN 46204

INDIANA STATE TEACHERS' RETIREMENT
FUND
GREG ZOELLER, INDIANA ATTORNEY
GENERAL
INDIANA GOVERNMENT CENTER SOUTH
302 W. WASHINGTON ST., 5TH FLOOR
INDIANAPOLIS, IN 46204

JACK V SECORD
AS FCC IRA CUSTODIAN (PILOT PLUS)
3 THOMAS DRIVE
NORMAL, IL  61761-3958

JACKSONVILLE PLUMBERS AND PIPEFITTERS
PENSION FUND
C/O BOBBY DEAL, BOARD CHAIR
ONE WEST ADAMS STREET, SUITE 100
JACKSONVILLE, FLORIDA 32202-3616

JACKSONVILLE POLICE & FIRE PENSION
BOARD OF TRUSTEES TRUST
C/O BOBBY DEAL, BOARD CHAIR
ONE WEST ADAMS STREET, SUITE 100
JACKSONVILLE, FLORIDA 32202-3616

JAMES D ARONSON 401 K PL U/A DTD 01/01/2003
FBO JAMES ARONSON
C/O JAMES ARONSON OR CURRENT TRUSTEE
29 ENGLEWOOD DRIVE
LONGMEADOW, MA  01106-1332

JAMES M CHMEL
3050 RIVERVIEW DR
EAU CLAIRE, WI  54703-0673

JANE K LEE
AS FCC IRA CUSTODIAN
16 YEW COURT
SAN RAFAEL, CA  94903-5001

JANE MCGIVERN LEVINE
26603 NORTH GILMER
COUNTRYSIDE LAKE
MUNDELEIN, IL  60060-9586

JOHN E MARTIN REVOCABLE TRUST
C/O TRUSTEE OF JOHN E MARTIN REVOCABLE
TRUST
131 ELM RD
FALMOUTH, MA 02540-2430

JUSTIN LONG
2 RECTOR STREET, 17TH FLOOR
NEW YORK NY 10006

KANSAS PUBLIC EMPLOYEES RETIREMENT
SYSTEM
C/O ALAN D. CONROY, EXECUTIVE DIRECTOR
611 S. KANSAS AVE., SUITE 100
TOPEKA, KS 66603-3869

KARLIN HOLDINGS LP/EQ INVEST CORP
C/O OFFICER OR MANAGING AGENT
KARLIN ASSET MANAGEMENT
11755 WILSHIRE BLVD, STE 1600
LOS ANGELES CA 90025

KATHARINE F ANDERSON TRUST
C/O TRUSTEE OF KATHARINE F ANDERSON
TRUST
123 MAIN ST
WHITE PLAINS, NY 10601-3104

KATHERINE GILLESPIE SPEARMAN
16 OAK SHADE AVENUE
DARIEN, CT  06820-3711

KBS PARTNERSHIP
C/O OFFICER OR MANAGING AGENT
57 THE FLUME
AMHERST, NH  03031-1520

KENTUCKY RETIREMENT SYSTEMS
C/O  JACK CONWAY
OFFICE OF THE ATTORNEY GENERAL
700 CAPITOL AVENUE, SUITE 118
FRANKFORT, KENTUCKY 40601

LARRY J. LIGHT
880 W ARMY RESERVE RD
NINEVEH, IN  46164-8933

LEONA Z ROSENBERG IRREV CHRTBL TR UAD
12/4/1998
C/O LEONA Z ROSENBERG, LAWRENCE A
ROBINS OR CURRENT TRUSTEE
175 E DELAWARE PL #6202
CHICAGO, IL  60611-7728

LEONARD ROSS AND LANA ROSS
P.O. BOX 447
SANIBEL, FL  33957-0447

LIMA YMCA, INC. TRUSTEES ENDOWMENT
FUND
C/O OFFICER OR MANAGING AGENT
345 S. ELIZABETH ST.
LIMA, OH  45801-4805

LINDA L. KELLY, ATTORNEY GENERAL
16TH FLOOR, STRAWBERRY SQUARE
HARRISBURG, PA 17120

LOUISIANA STATE EMPLOYEES' RETIREMENT
SYSTEM
C/O CINDY ROUGEOU, EXECUTIVE DIRECTOR
P.O. BOX 44213
BATON ROUGE, LA 70804-421

MAHESH R BAJAJ MD AND FRANCESCA M
BAJAJ MC
18 STONEGATE CIRCLE
WILBRAHAM, MA  01095-2447

MARC D HOFFRICHTER
AS FCC IRA CUSTODIAN
1216 FORSYTH PLACE
E LIVERPOOL, OH  43920-1413

MARGARET P GILLEO REVOCABLE LIVING
TRUST U/A DTD SEPT 24 1990
C/O MARGARET P GILLEO OR CURRENT
TRUSTEE
40 WILLOW HILL
ST LOUIS, MO  63124-2072

MARLIS J DAWSON
AS FCC IRA CUSTODIAN
1938 BEACON RIDGE CT
WALNUT CREEK, CA  94597-2964

MARYLAND STATE RETIREMENT AGENCY
C/O DOUGLAS F. GANSLER
OFFICE OF THE ATTORNEY GENERAL
200 ST. PAUL PLACE
BALTIMORE, MD 21202

MH PENSION PLAN - ALLIANCEBERNSTEIN
C/O OFFICER OR MANAGING AGENT
MEMORIAL HERMANN HEALTH CARE SYSTEM
9301 SOUTHWEST FREEWAY, SUITE 600
HOUSTON, TX  77074

MICHAEL P CHMURA
AS FMT CO TTEE FRP PS A/C MICHAEL P
CHMURA ACCTG CORP
4524 DEANWOOD DR
WOODLAND HLS, CA  91364

MICHIGAN STATE TREASURY
C/O MICHIGAN DEPARTMENT OF TREASURY
LANSING, MICHIGAN 48922

MINNESOTA STATE BOARD OF INVESTMENT
C/O GOVERNOR MARK DAYTON, CHAIR
OFFICE OF THE GOVERNOR
130 STATE CAPITOL
75 REV. DR. MARTIN LUTHER KING JR. BLVD.
ST. PAUL, MN 55155

MISSOURI LOCAL GOVERNMENT EMPLOYEES
RETIREMENT SYS
C/O ARBY TODD, CHAIRMAN
701 WEST MAIN STREET
P.O. BOX 1665
JEFFERSON CITY, MO 65102

MONTANA BOARD OF INVESTMENTS
C/O  BILL BENSON, BOARD CHAIRMAN
429 MISSISSIPPI STREET
JACKSON, MS 39201-1005

MONTANA BOARD OF INVESTMENTS
C/O STEVE BULLOCK, ATTTORNEY GENERAL
DEPARTMENT OF JUSTICE
P.O. BOX 201401
HELENA, MT 59620-1401

MTA NON-UNION PENSION PLAN & T
C/O OFFICER OR MANAGING AGENT
1900 MAIN STREET
HOUSTON, TX  77002

MUNI POLICE EMP RET SYS
C/O OFFICER OR MANAGING AGENT
7722 OFFICE PARK BOULEVARD, SUITE 501
BATON ROUGE, LA  70809

MUNICIPAL EMPLOYEES' ANNUITY AND
BENEFIT FUND
OF CHICAGO
C/O MARTIN J. DURKAN, PRESIDENT
OFFICE OF THE FUND
321 N. CLARK STREET, SUITE 700
CHICAGO, IL 60654-4767

NEW CASTLE COUNTY DELAWARE
C/O CHIEF EXECUTIVE OFFICER
87 READS WAY
NEW CASTLE, DE 19720

NEW CASTLE COUNTY DELAWARE
OFFICE OF THE ATTORNEY GENERAL
CARVEL STATE OFFICE BLDG
820 N. FRENCH STREET
WILMINGTON, DE 19801

NEW JERSEY PHYSICIANS LLC
C/O DR. HAROLD JAWETZ, OFFICER OR
MANAGING AGENT
6 BRIGHTON ROAD, 2ND FLOOR
CLIFTON, NJ 07012-1647

NEW JERSEY TRANSIT - MTA ALLOCATION
C/O JAMES WEINSTEIN, EXECUTIVE DIRECTOR
NJ TRANSIT HEADQUARTERS
1 PENN PLAZA EAST
NEWARK NJ 07105

NEW JERSEY TRANSIT CORPORATION LCV
C/O JAMES WEINSTEIN, EXECUTIVE DIRECTOR
NJ TRANSIT HEADQUARTERS
1 PENN PLAZA EAST
NEWARK NJ 07105

NEW YORK CITY DEFERRED COMPENSATION
PLAN
C/O JAMES F. HANLEY, COMMISSIONER
40 RECTOR STREET, 3RD FLOOR
NEW YORK NY 10006

NEW YORK CITY TEACHERS RETIREMENT
FUND
C/O MELVYN AARONSON (CHAIRPERSON)
55 WATER STREET
NEW YORK, NY 10041

NEW YORK STATE COMMON RETIREMENT
FUND
C/O NEW YORK STATE COMPTROLLER
THOMAS P. DINAPOLI
110 STATE STREET
ALBANY, NY 12236

NEW YORK STATE TEACHERS RET SYSTEM
(NYSTRS)
C/O R. MICHAEL KRAUS, PRESIDENT
10 CORPORATE WOODS DRIVE
ALBANY, NY 12211-2395

NJ TRANSIT AMALGAMATED TRANSIT UNION
LCV
C/O JAMES WEINSTEIN, EXECUTIVE DIRECTOR
NJ TRANSIT HEADQUARTERS
1 PENN PLAZA EAST
NEWARK NJ 07105

NORTH DAKOTA STATE INVESTMENT BOARD
PENSION TRUST
C/O WAYNE STENEHJEM, ATTORNEY GENERAL
STATE CAPITOL
600 E. BOULEVARD AVE., DEPT. 125
BISMARCK, ND 58505

NORTH DAKOTA STATE INVESTMENT BOARD
C/O WAYNE STENEHJEM, ATTORNEY GENERAL
STATE CAPITOL
600 E. BOULEVARD AVE., DEPT. 125
BISMARCK, ND 58505

NYC EMPLOYEES RETIREMENT SYSTEM
MAYOR'S REPRESENTATIVE CHAIRPERSON
335 ADAMS STREET, SUITE 2300
BROOKLYN, NY 11201-3724

NYC FIRE RETIREMENT SYSTEM
C/O CHAIRPERSON OF THE BOARD OF
TRUSTEES OF NYCERS
MAYOR'S REPRESENTATIVE
CITY HALL
NEW YORK, NY 10007

NYC POLICE OFFICERS VARIABLE
C/O CHAIRPERSON OF THE BOARD OF
TRUSTEES OF NYCERS, MAYOR'S
REPRESENTATIVE
CITY HALL
NEW YORK, NY 10007

NYC POLICE RETIREMENT SYSTEM
C/O CHAIRPERSON OF THE BOARD OF
TRUSTEES OF NYCERS, MAYOR'S
REPRESENTATIVE
CITY HALL
NEW YORK, NY 10007

NYC POLICE SUPERIORS VARIABLE
C/O CHAIRPERSON OF THE BOARD OF
TRUSTEES OF NYCERS, MAYOR'S
REPRESENTATIVE
CITY HALL
NEW YORK, NY 10007

NYS OFFICE OF STATE COMPTROLLER
C/O NEW YORK STATE COMPTROLLER
THOMAS P. DINAPOLI
110 STATE STREET
ALBANY, NY 12236

OHIO BUREAU OF WORKERS COMPENSATION
C/O OHIO ATTORNEY GENERAL
MIKE DEWINE
30 E. BROAD ST., 14TH FLOOR
COLUMBUS, OH 43215

OHIO BUREAU OF WORKERS' COMPENSATION
C/O OHIO ATTORNEY GENERAL
MIKE DEWINE
30 E. BROAD ST., 14TH FLOOR
COLUMBUS, OH 43215

OHIO PUBLIC EMPLOYEES RETIREMENT
SYSTEM
C/O OHIO ATTORNEY GENERAL
MIKE DEWINE
30 E. BROAD ST., 14TH FLOOR
COLUMBUS, OH 43215

PAUL C ROMANAZZI JR.
15049 S. LANDINGS LANE
OAK FOREST, IL  60452-6011

PAUL W MORRIS
AS FCC IRA CUSTODIAN
2641 CARVEL COURT
WINTER PARK, FL  32792-2712

PENNSYLVANIA MUNICIPAL RETIREMENT
SYSTEM
C/O CHAIRMAN JOHN A. HAIKO
PA MUNICIPAL RETIREMENT SYSTEM
P.O. BOX 1165
HARRISBURG, PA 17108-1165

PERRY COUNTY DENTAL GROUP INC FBO
LAWRENCE NASH PEN TR U/A DTD 10-01-2006
C/O R.G. HAGY OR CURRENT TRUSTEE
4965 PIKE TWP RD 127 NE
NEW LEXINGTON, OH  43764

PETER A BARBER
1445 GARFIELD
AURORA, IL  60506-4742

PETER KOCH
BOX 1026
LOS ALTOS, CA  94023

POLICE RETIREMENT SYSTEM OF K.C.,
MISSOURI LCV
C/O RICHARD SMITH, BOARD CHAIR
1328 AGNES
KANSAS CITY, MISSOURI 64127

POLICE RETIREMENT SYSTEM OF KANSAS
CITY, MISSOUR
C/O RICHARD SMITH, BOARD CHAIR
1328 AGNES
KANSAS CITY, MISSOURI 64127

PUBLIC EMPLOYEE RETIREMENT SYSTEM OF
IDAHO
C/O JOY FISHER
PO BOX 83720
BOISE ID 83720-0078

PUBLIC SCHOOL TEACHERS' PENSION AND
RETIREMENT FUND OF CHICAGO
C/O JAY REHAK, PRESIDENT
203 N. LASALLE ST. SUITE 2600
CHICAGO IL 60601

REGENTS OF THE UNIVERSITY OF MICHIGAN
C/O JULIA DONOVAN DARLOW
P.O. BOX 130047
ANN ARBOR, MI 48113-0047

REGIONAL TRANSPORTATION DISTRICT -
SALARIED EMPLOYEES PENSION TRUST
C/O PHILLIP A. WASHINGTON
REGIONAL TRANSPORTATION DISTRICT
1600 BLAKE STREET
DENVER, COLORADO 80202

RETIREMENT SYSTEM OF ALABAMA
C/O ATTORNEY GENERAL LUTHER STRANGE
OFFICE OF THE ATTORNEY GENERAL
P.O. BOX 300152
MONTGOMERY, AL 36130-0152

ROBERT H TACKETT
AS FCC IRA CUSTODIAN
C/O BARBARA VETOR
3800 WINDING WAY
ANDERSON, IN  46011

ROBERT S LA MANTIA
1165 SANTA HELENA PK COURT
SOLANA BEACH, CA  92075

ROBIN WOOD ORTHOPEDIC SPECIALISTS
BENEFIT TRUST
C/O TRUSTEE OF ROBIN WOOD ORTHOPEDIC
SPECIALISTS BENEFIT TRUST
11110 MEDICAL CAMPUS ROAD, SUITE 205
HAGERSTOWN, MD  21742-6797

RUSSELL E ATHA JR DONOR TRUST U/A DTD
09/10/1999
C/O RUSSELL E ATHA, CAROLEE ATHA OR
CURRENT TRUSTEE
3716 W 65TH ST
SHAWNEE MSN, KS  66208-1736

SACRAMENTO COUNTY EMPLOYEES
RETIREMENT SYSTEM
C/O JAMES A. DIEPENBROCK
980 9TH STREET, SUITE 1900
SACRAMENTO, CA 95814-2738

SACRED HEART UNIVERSITY
C/O PRESIDENT OR CHIEF EXECUTIVE OFFICER
5151 PARK AVE
FAIRFIELD, CT  06825-1023

SAN FRANCISCO CITY & COUNTY EMPLOYEES'
RETIREMENT SYSTEM
C/O CROCE ALEXANDER CASCIATO
30 VAN NESS AVENUE, SUITE 3000
SAN FRANCISCO, CA 94102

SANTA BARBARA COUNTY EMPLOYEES
RETIREMENT SYSTEM
C/O GARY A. AMELIO CEO
3916 STATE ST., SUITE 210
SANTA BARBARA, CA 93105

SARAH FRANCES COWLES STEWART TRUST
FBO DOUGLAS BABCOCK
C/O PHILIP BABCOCK OR CURRENT TRUSTEE
301 14TH AVENUE E APT. 105
SEATTLE, WA  98112

SARAH FRANCES COWLES STEWART TRUST
FBO PHILIP BABCOCK
C/O PHILIP BABCOCK OR CURRENT TRUSTEE
301 14TH AVENUE E APT. 105
SEATTLE, WA  98112

SCHOOL EMPLOYEES RETIREMENT SYSTEM OF
OHIO
C/O OHIO ATTORNEY GENERAL
MIKE DEWINE
30 E. BROAD ST., 14TH FLOOR
COLUMBUS, OH 43215

SCHURZ COMMUNICATIONS INC. RET
C/O OFFICER OR MANAGING AGENT
225 W COLFAX AVENUE
SOUTH BEND, IN  46626

SISTERS OF THE BLESSED VIRGIN
C/O OFFICER OR MANAGING AGENT
1500 N SECOND STREET
ABERDEEN, SD  57401

SOUTH CAROLINA RETIREMENT SYSTEM
C/O WILLIAM M. BLUME, JR., CPA
SOUTH CAROLINA RETIREMENT SYSTEMS
POST OFFICE BOX 11960
COLUMBIA, SC 29211-1960

SOUTH DAKOTA RETIREMENT SYSTEM "MF"
ACCOUNT
C/O ELMER BRINKMAN
CHAIR SOUTH DAKOTA RETIREMENT SYSTEM
P.O. BOX 1098
PIERRE, SOUTH DAKOTA 57501-1098

SPECTRUM TRADING LLC - MICHAEL M. TARPY
JBO
C/O OFFICER OR MANAGING AGENT
1 LIBERTY PLAZA, 46TH FLOOR
NEW YORK NY 10006

SPECTRUM TRADING LLC - ZACHARY
SHOWALTER JBO
C/O OFFICER OR MANAGING AGENT
1 LIBERTY PLAZA, 46TH FLOOR
NEW YORK NY 10006

STATE BOARD OF ADMINISTRATION OF
FLORIDA (FSBA)
C/O JACOB WILLIAMS
CORPORATE GOVERNANCE MANAGER
1801 HERMITAGE BLVD., SUITE 100
TALLAHASSEE, FLORIDA 32308

STATE OF ALASKA SBS
C/O ATTORNEY GENERAL MICHAEL C.
GERAGHTY
P.O. BOX 110300
JUNEAU, AK 99811-0300

STATE OF ARIZONA
C/O ARIZONA ATTORNEY GENERAL TOM
HORNE
OFFICE OF THE ATTORNEY GENERAL
PHOENIX OFFICE
1275 WEST WASHINGTON STREET
PHOENIX, AZ 85007-2926

STATE OF CALIFORNIA STATE TEACHERS
RETIREMENT SYSTEM
C/O JACK EHNES, CEO
100 WATERFRONT PLACE
WEST SACRAMENTO, CA 95605

STATE OF CONNECTICUT
C/O ATTORNEY GENERAL GEORGE JEPSEN
55 ELM STREET
HARTFORD, CT 06106

STATE OF LOUISIANA SCHOOL EMPLOYEES'
RETIREMENT SYSTEM
C/O CHARLES P. BUJOL, EXECUTIVE DIRECTOR
P.O. BOX 44516
BATON ROUGE, LA 70804-4516

STATE OF WYOMING
C/O WY ATTORNEY GENERAL: GREGORY A.
PHILLIPS
OFFICE OF THE ATTORNEY GENERAL
123 CAPITOL BUILDING
200 W. 24TH STREET
CHEYENNE, WY 82002

STATE OF WYOMING
C/O WY GOVERNOR: MATT MEAD
OFFICE OF THE GOVERNOR
STATE CAPITOL
200 W. 24TH STREET
CHEYENNE, WY 82002-0010

STATE UNIVERSITIES RETIREMENT SYSTEM
C/O CARRIE J. HIGHTMAN, CHAIRWOMAN SURS
PO BOX 2710
CHAMPAIGN, IL 61825-2710

STEPHANIE TANSOR REV DEED OF TRUST UA
DTD 12/1/2008
C/O STEPHANIE TANSOR OR CURRENT
TRUSTEE
4829 SOUTH ATLANTIC AVE
PONCE INLET, FL  32127-7207

STEPHEN M WEST
AS WFBNA TRAD IRA CUSTODIAN
1301 SHELBY LN
REDWOOD CITY, CA 94061-3526

STEVEN BURGER
ARCHDIOCESE OF CINCINNATI
100 EAST 8TH STREET FL 8
CINCINNATI, OH 45202

TEACHER RETIREMENT SYSTEM OF TEXAS
C/O GOVERNOR OF TEXAS, RICK PERRY
OFFICE OF THE GOVERNOR
STATE INSURANCE BUILDING
1100 SAN JACINTO
AUSTIN, TX 78701

TEACHER RETIREMENT SYSTEM OF TEXAS
C/O R. DAVID KELLY, CHAIRMAN OF THE TRS
BOARD OF TRUSTEES
1000 RED RIVER STREET
AUSTIN, TX 78701-2698

TEACHER RETIREMENT SYSTEM OF TEXAS
C/O TEXAS ATTORNEY GENERAL, GREG
ABBOTT
OFFICE OF THE ATTORNEY GENERAL
300 W. 15TH STREET
AUSTIN, TX 78701

TEACHERS' RETIREMENT SYSTEM OF
LOUISIANA
C/O ANNE H. BAKER, BOARD CHAIR
8401 UNITED PLAZA BOULEVARD, THIRD
FLOOR
BATON ROUGE, LA 70809-701

TEACHERS' RETIREMENT SYSTEM OF THE CITY
OF NEW YORK
C/O MELVYN AARONSON (CHAIRPERSON)
55 WATER STREET
NEW YORK, NY 10041

TENNESSEE CONSOLIDATED RETIREMENT
SYSTEM
C/O TENNESSEE STATE TREASURER
TENNESSEE STATE CAPITOL, 1ST FLOOR
600 CHARLOTTE AVENUE
NASHVILLE, TN 37243-0225

TEXAS EDUCATION AGENCY
C/O GOVERNOR OF TEXAS, RICK PERRY
OFFICE OF THE GOVERNOR
STATE INSURANCE BUILDING
1100 SAN JACINTO
AUSTIN, TX 78701

TEXAS EDUCATION AGENCY
C/O ROBERT SCOTT, COMMISSIONER OF THE
TEXAS EDUCATION AGENCY
WILLIAM B. TRAVIS BUILDING
1701 N. CONGRESS AVENUE
AUSTIN, TX 78701

TEXAS EDUCATION AGENCY
C/O TEXAS ATTORNEY GENERAL, GREG
ABBOTT
OFFICE OF THE ATTORNEY GENERAL
300 W. 15TH STREET
AUSTIN, TX 78701

TEXAS METHODIST FOUNDATION
C/O OFFICER OR MANAGING AGENT
11709 BOULDER LANE, SUITE 100
AUSTIN, TX  78726

THE DAN MURPHY FOUNDATION
C/O OFFICER OR MANAGING AGENT
800 WEST 6TH STREET, SUITE 1240
LOS ANGELES, CA  90017

THE FIREMEN'S RETIREMENT SYSTEM OF ST.
LOUIS
C/O  LENNY  WIESEHAN -- CHAIRMAN
1601 SOUTH BROADWAY
ST. LOUIS, MO 63104

THE MARYKNOLL SISTERS OF ST DOMINIC INC-
MARYKNOLL NY
C/O SISTER REGINA PELLICORE, TREASURER
PO BOX 310
MARYKNOLL, NY  10545-0310

THE MINNESOTA STATE BOARD OF
INVESTMENT
C/O GOVERNOR MARK DAYTON, CHAIR
OFFICE OF THE GOVERNOR
130 STATE CAPITOL
75 REV. DR. MARTIN LUTHER KING JR. BLVD.
ST. PAUL, MN 55155

THE PHYLLIS W FAGIN TRUST U/A DTD 6/2/95
C/O DEBRA F MASCHINO OR CURRENT
TRUSTEE
27438 NORTH 47TH STREET
CAVE CREEK, AZ  85331-3620

THE POWER AUTHORITY OF THE STATE OF
NEW YORK
C/O JOHN R. KOELMEL, CHAIRMAN
NEW YORK POWER AUTHORITY
123 MAIN ST.
MAIL STOP 10 - H
WHITE PLAINS, NY 10601-3170

THE SEAWATER FOUNDATION
C/O OFFICER OR MANAGING AGENT
4500 N 32ND STREET
PHOENIX, AZ  85018

THEODORE ROTHSTEIN
C/O NOVELTIES BY NASSWALK INC
2075 91ST ST
NORTH BERGEN, NJ  07047-4731

TIAN F RONG
4467 CORBIN CT
TALLAHASSEE, FL  32309-2287

TREASURER OF THE STATE OF N.C.
C/O BLAKE THOMAS
325 N. SALISBURY STREET
ALBEMARLE BUILDING, SUITE 101
RALEIGH, NC 27603

TREASURER OF THE STATE OF N.C.
C/O JAY CHAUDHURI
325 N. SALISBURY STREET
ALBEMARLE BUILDING, SUITE 101
RALEIGH, NC 27603

TREASURER OF THE STATE OF N.C.
C/O SUSAN CLAIRE- BENJAMIN
325 N. SALISBURY STREET
ALBEMARLE BUILDING, SUITE 101
RALEIGH, NC 27603

U OF A HEALTH SERVICES FOUNDATION
DEFERRED COMPENSATION ACCOUNT
C/O ATTORNEY GENERAL LUTHER STRANGE
OFFICE OF THE ATTORNEY GENERAL
P.O. BOX 300152
MONTGOMERY, AL 36130-0152

UNITED AUTO WORKERS LOCAL UNION NO. 259
C/O OFFICER OR MANAGING AGENT
2185 LEMOINE AVENUE
FORT LEE, NJ  07024

UNIVERSITY OF ALASKA FOUNDATION
C/O PRESIDENT OR CHIEF EXECUTIVE OFFICER
207 BUTROVICH BUILDING
P.O. BOX 755120
FAIRBANKS, AK  99775

UNIVERSITY OF INDIANAPOLIS ENDOWMENT
C/O PRESIDENT OR CHIEF EXECUTIVE OFFICER
1400 E HANNA AVENUE
INDIANAPOLIS, IN  46227

UNIVERSITY OF MINNESOTA
C/O LINDA COHEN CHAIR BOARD OF REGENTS
600 MCNAMARA ALUMNI CENTER
200 OAK STREET SE
MINNEAPOLIS, MN 55455-2020

UTAH RETIREMENT SYSTEMS
C/O MS. KATHRYN D. JONES-PRICE
BOARD PRESIDENT, UTAH RETIREMENT
SYSTEMS
560 EAST 200 SOUTH
SALT LAKE CITY, UT 84102-2099

VIRGINIA RETIREMENT SYSTEM
C/O DIRECTOR ROBERT P. SCHULTZE
PO BOX 2500
RICHMOND, VA 23218-2500

VMI INVESTMENT HOLDINGS LLC
C/O BRIAN SCOTT CROCKETT
CEO, VMI FOUNDATION
P.O. BOX 932
LEXINGTON, VIRGINIA 24450

VT STATE RETIREMENT
C/O KATE G. DUFFY
COMMISSIONER'S OFFICE
110 STATE ST
MONTPELIER, VT, 05620-3001

WATER AND POWER EMPLOYEES' RET DISAB &
DEATH BENEFIT INS PLAN
C/O JAVIER ROMERO, PRESIDENT
111 N. HOPE ST., ROOM 357
LOS ANGELES, CA 90012

WAYNE F DOMAZ
AS FCC IRA CUSTODIAN
19332 WESTFIELD AVENUE
TINLEY PARK, IL  60487-5566

WILLIAM B AYRES
AS FCC IRA CUSTODIAN
203 HOLLYWOOD ROAD
GADSDEN, AL  35901-5659

WILLIAM D ARVEY TRUST U/A DTD 11/13/1992
C/O WILLIAM D ARVEY OR CURRENT TRUSTEE
101 S HIAWATHA DRIVE
HAILEY, ID  83333

WILLIAM G MOLLER III
AS FCC IRA CUSTODIAN
11 OXFORD AVENUE
CLARENDON HLS, IL  60514-1149

WOMEN'S DIVISION OF THE UNITED
C/O OFFICER OR MANAGING AGENT
475 RIVERSIDE DRIVE, ROOM 1503
NEW YORK, NY  10115