**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
IN RE: TRIBUNE COMPANY
FRAUDULENT CONVEYANCE            11 MD 2296 (WHP)
LITIGATION
------------------------------------------------------------------x
**THIS DOCUMENT RELATES TO**

**The following Consolidated Actions:**

**Deutsche Bank Trust Co. Americas et al. v. Sirius
International Insurance Corp. et al.,**
**11 CV 09583;**

**Deutsche Bank Trust Co. et al v. Ohlson
Enterprises et al.,**                                  **NOTICE OF APPEARANCE**
**12 CV 00064;**

**Niese et al. v. ABN AMRO Clearing Chicago LLC
et al.,**
**12 CV 00555;**

**Official Committee of Unsecured Creditors of the
Tribune Company v. Fitzsimons,**
**12 CV 02652.**
------------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

     PLEASE TAKE NOTICE that I, David A. Rosenzweig, of Fulbright & Jaworski, L.L.P., hereby enter my appearance as counsel of record for the following named Defendants in the above-referenced Consolidated Actions:

     **CENTRAL STATES SOUTHEAST AND SOUTHWEST AREAS PENSION FUND**
          (12-00555, 12-02652 #4335)[1]
          (ALSO APPARENTLY NAMED AS)
- CENTRAL STATES SE & SW AREAS (12-00555)
- CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND (12-00064)
- CENTRAL STATES TEAMSTERS (11-09583, 12-02652 #4336)

---

[1] The number next to Case No. 12-02652 identifies the "3d Ex A #" of the named defendant in Exhibit A to the Third Amended Complaint in that case. *See* Docket No. 25-43 in 12-02652.

90816492.1

- 2 -

I request that copies of all papers in this action be served upon me at the address set forth below. I certify that I am admitted to practice before this Court.

Dated: October 26, 2012 

Respectfully submitted,

   /s/ David A. Rosenzweig
David A. Rosenzweig
FULBRIGHT & JAWORSKI L.L.P.
666 Fifth Avenue
New York, NY 10103
Telephone: (212) 318-3000
Facsimile: (212) 318-3400
drosenzweig@fulbright.com

*Attorneys for Central States Southeast and Southwest Areas Pension Fund*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on October 26, 2012, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system on all counsel of record.

                                                      /s/ David A. Rosenzweig
                                                            David A. Rosenzweig