UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

IN RE: TRIBUNE COMPANY
FRAUDULENT CONVEYANCE                    11 MD 2296 (WHP)
LITIGATION
-----------------------------------------------------------------x

THIS DOCUMENT RELATES TO

The following Consolidated Actions:

Deutsche Bank Trust Co. Americas et al. v. Sirius
International Insurance Corp. et al.,
11 CV 09583;

Deutsche Bank Trust Co. et al v. Ohlson
Enterprises et al.,                      **RULE 7.1 CORPORATE**
12 CV 00064;                             **DISCLOSURE STATEMENT**

Niese et al. v. ABN AMRO Clearing Chicago LLC
et al.,
12 CV 00555;

Official Committee of Unsecured Creditors of the
Tribune Company v. Fitzsimons,
12 CV 02652.
-----------------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel for

Defendant Central States Southeast and Southwest Areas Pension Fund certifies that the

defendant does not have any parent, subsidiary or affiliate corporations and no publicly-held

corporation owns 10% or more of the defendant's stock.

Dated:  October 26, 2012                 Respectfully submitted,

                                           /s/ David A. Rosenzweig
                                            David A. Rosenzweig
                                         FULBRIGHT & JAWORSKI L.L.P.
                                         666 Fifth Avenue
                                         New York, NY 10103
                                         Telephone:  (212) 318-3000
                                         Facsimile:  (212) 318-3400
                                         drosenzweig@fulbright.com

                                         *Attorneys for Central States Southeast*
                                         *and Southwest Areas Pension Fund*

90816492.1