UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY<br>FRAUDULENT CONVEYANCE<br>LITIGATION<br>_____ | Consolidated Multidistrict Action<br>11-MD-2296-WHP |
| THE OFFICIAL COMMITTEE OF<br>UNSECURED CREDITORS OF TRIBUNE<br>COMPANY, on behalf of TRIBUNE<br>COMPANY, et al.,<br><br>Plaintiff,<br><br>v.<br><br>DENNIS J. FITZSIMONS, et al.,<br><br>Defendants.<br>_____ | Case No. 12-cv-02652-WHP<br><br>Transferred from No. 10-54010 (KJC) (Delaware) |

## NOTICE OF APPEARANCE

To the Clerk of Court and all parties of record:

PLEASE TAKE NOTICE that the undersigned is admitted *pro hac vice* to practice in this Court and appears as counsel for the following defendants in the above-captioned case:

- Frank W. Considine
- Enrique Hernandez, Jr. (incorrectly identified as Enrique Jr. Hernandez)
- Betsy D. Holden
- Robert S. Morrison
- William A. Osborn
- J. Christopher Reyes (incorrectly identified as Christopher Reyes)
- Dudley S. Taft
- Arnold R. Weber

Edna F. Weber

Miles D. White

Robert S. Morrison 2000 Trust U/A/D 11/30/2000

William A Osborn, Trustee of the William A. Osborn 2004 Trust U/A 09/09/04

William A. Osborn 2004 Trust U/A 09/09/2004

Miles D. White 1994 Trust U/A DTD 08/24/1994

Dated: October 26, 2012

                    Respectfully submitted,

                    /s/_Shauna R. Prewitt_____
                    Shauna R. Prewitt
                    SKADDEN, ARPS, SLATE,
                     MEAGHER & FLOM LLP
                    155 North Wacker Drive
                    Chicago, Illinois 60606-1720
                    Telephone:    (312) 407-0700
                    Facsimile:    (312) 827-9494
                    Email: Shauna.Prewitt@skadden.com

## CERTIFICATE OF SERVICE

      Shauna R. Prewitt, an attorney, hereby certifies that on October 26, 2012, she caused copies of the foregoing Notice of Appearance to be electronically filed with the United States District Court for the Southern District of New York and served via the Court's Electronic Case Filing System (ECF) upon all counsel of record.

                                                  /s/ Shauna R. Prewitt_____
                                                  Shauna R. Prewitt