# EXHIBIT B

**[Eliminated in Fourth Amended Complaint]**