# EXHIBIT D

## TRANSFERS DURING PREFERENCE PERIOD

Defendant: **Chandler Bigelow**
Bankruptcy Case: In Re: Tribune Company, et al., Debtors
Preference Period: December 8, 2007 – December 8, 2008

| Debtor Entity/Transferor | Form of Transfer/ Check No. | Amount | Date | Basis for Transfer |
|---|---|---|---|---|
| Tribune Company | ACH/3903517 | $400,000.00 | 12/27/2007 | Success Bonus |
| Tribune Company | ACH/3903517 | $880,645.35 | 12/27/2007 | Restricted Stock Units |
| Tribune Company | ACH/3903517 | $364,800.00 | 12/27/2007 | Excise Tax Gross Up |
| Total | | $1,645,445.35 | | |

{698.001-W0011437.}

TRANSFERS DURING PREFERENCE PERIOD

Defendant: Dennis J. FitzSimons
Bankruptcy Case: In Re: Tribune Company, et al., Debtors
Preference Period: December 8, 2007 – December 8, 2008

| Transferor | Form of Transfer/ Check No. | Amount | Date | Basis for Transfer |
|---|---|---|---|---|
| Tribune Company | ACH/3903505 | $2,977,450.91 | 12/27/2007 | Deferred Bonus |
| Tribune Company | ACH/3903505 | $6,869,559.45 | 12/27/2007 | Restricted Stock Units |
| Tribune Company | ACH/3903505 | $10,657,500.00 | 12/27/2007 | Executive Transition |
| Tribune Company | ACH/3903505 | $5,308,620.52 | 12/27/2007 | Excise Tax Gross Up |
| Tribune Company | ACH/3903505 | $2,916,666.67 | 12/27/2007 | Phantom Equity |
| Total | | $28,729,797.55 | | |

{698.001-W0011437.}

## TRANSFERS DURING PREFERENCE PERIOD

Defendant: Donald C. Grenesko
Bankruptcy Case: In Re: Tribune Company, et al., Debtors
Preference Period: December 8, 2007 – December 8, 2008

| Transferor | Form of Transfer/ Check No. | Amount | Date | Basis for Transfer |
|---|---|---|---|---|
| Tribune Company | ACH/3903507 | $1,537,542.01 | 12/27/2007 | Deferred Bonus |
| Tribune Company | ACH/3903507 | $400,000.00 | 12/27/2007 | Success Bonus |
| Tribune Company | ACH/3903507 | $2,699,025.89 | 12/27/2007 | Restricted Stock Units |
| Tribune Company | ACH/4039776 | $4,403,250.00 | 4/11/2008 | Executive Transition |
| Tribune Company | ACH/4021582 | $817,422.95 | 3/28/2008 | Excise Tax Gross Up |
| Tribune Company | ACH/4039776 | $1,901,356.91 | 4/11/2008 | Excise Tax Gross Up |
| Tribune Company | ACH/4021582 | $2,083,333.33 | 3/28/2008 | Phantom Equity |
| Total | | $13,841,931.09 | | |

{698.001-W0011437.}

## TRANSFERS DURING PREFERENCE PERIOD

Defendant: Mark W. Hianik
Bankruptcy Case: In Re: Tribune Company, et al., Debtors
Preference Period: December 8, 2007 – December 8, 2008

| Transferor | Form of Transfer/ Check No. | Amount | Date | Basis for Transfer |
|---|---|---|---|---|
| Tribune Company | ACH/3903542 | $175,000.00 | 12/27/2007 | Success Bonus |
| Tribune Company | ACH/3903542 | $634,019.04 | 12/27/2007 | Restricted Stock Units |
| Total | | $809,019.04 | | |

{698.001-W0011437.}

## TRANSFERS DURING PREFERENCE PERIOD

Defendant: Daniel G. Kazan
Bankruptcy Case: In Re: Tribune Company, et al., Debtors
Preference Period: December 8, 2007 – December 8, 2008

| Transferor | Form of Transfer/ Check No. | Amount | Date | Basis for Transfer |
|---|---|---|---|---|
| Tribune Company | ACH/3903502 | $350,000.00 | 12/27/2007 | Success Bonus |
| Tribune Company | ACH/3903502 | $852,646.36 | 12/27/2007 | Restricted Stock Units |
| Tribune Company | ACH/3903502 | $326,607.00 | 12/27/2007 | Excise Tax Gross Up |
| Total | | $1,529,253.36 | | |

{698.001-W0011437.}

## TRANSFERS DURING PREFERENCE PERIOD

Defendant: **Crane H. Kenney**
Bankruptcy Case: In Re: Tribune Company, et al., Debtors
Preference Period: December 8, 2007 – December 8, 2008

| Transferor | Form of Transfer/ Check No. | Amount | Date | Basis for Transfer |
|---|---|---|---|---|
| Tribune Company | ACH/3903545 | $524,523.71 | 12/27/2007 | Deferred Bonus |
| Tribune Company | ACH/3903545 | $600,000.00 | 12/27/2007 | Success Bonus |
| Tribune Company | ACH/3903545 | $2,005,264.96 | 12/27/2007 | Restricted Stock Units |
| Total | | $3,129,788.67 | | |

{698.001-W0011437.}

## TRANSFERS DURING PREFERENCE PERIOD

Defendant: Thomas D. Leach
Bankruptcy Case: In Re: Tribune Company, et al., Debtors
Preference Period: December 8, 2007 – December 8, 2008

| Transferor | Form of Transfer/ Check No. | Amount | Date | Basis for Transfer |
|---|---|---|---|---|
| Tribune Company | ACH/3903503 | $400,000.00 | 12/27/2007 | Success Bonus |
| Tribune Company | ACH/3903503 | $1,825,517.12 | 12/27/2007 | Restricted Stock Units |
| Tribune Company | Manual Check/1008113 | $2,209,680.00 | 2/29/2008 | Executive Transition |
| Tribune Company | ACH/3964387 | $711,600.46 | 2/15/2008 | Excise Tax Gross Up |
| Tribune Company | Manual Check/1008113 | $1,252,021.24 | 2/29/2008 | Excise Tax Gross Up |
| Tribune Company | ACH/3964387 | $1,666,666.67 | 2/15/2008 | Phantom Equity |
| Total | | $8,065,485.49 | | |

{698.001-W0011437.}

### TRANSFERS DURING PREFERENCE PERIOD

Defendant: Luis E. Lewin
Bankruptcy Case: In Re: Tribune Company, et al., Debtors
Preference Period: December 8, 2007 – December 8, 2008

| Transferor | Form of Transfer/ Check No. | Amount | Date | Basis for Transfer |
|---|---|---|---|---|
| Tribune Company | ACH/3903525 | $96,738.75 | 12/27/2007 | Deferred Bonus |
| Tribune Company | ACH/3903525 | $50,000.00 | 12/27/2007 | Success Bonus |
| Tribune Company | ACH/3903525 | $1,300,699.05 | 12/27/2007 | Restricted Stock Units |
| Tribune Company | ACH/4021664 | $2,415,600.00 | 3/28/2008 | Executive Transition |
| Tribune Company | ACH/4021664 | $904,406.60 | 3/28/2008 | Excise Tax Gross Up |
| Total | | $4,767,444.40 | | |

{698.001-W0011437.}

## TRANSFERS DURING PREFERENCE PERIOD

Defendant: R. Mark Mallory
Bankruptcy Case: In Re: Tribune Company, et al., Debtors
Preference Period: December 8, 2007 – December 8, 2008

| Transferor | Form of Transfer/ Check No. | Amount | Date | Basis for Transfer |
|---|---|---|---|---|
| Tribune Company | ACH/3903510 | $282,303.28 | 12/27/2007 | Deferred Bonus |
| Tribune Company | ACH/3903510 | $75,000.00 | 12/27/2007 | Success Bonus |
| Tribune Company | ACH/3903510 | $796,647.50 | 12/27/2007 | Restricted Stock Units |
| Tribune Company | Check/1106176 | $978,000.00 | 5/16/2008 | Executive Transition |
| Tribune Company | ACH/4094149 | $500.00 | 5/23/2008 | Executive Transition |
| Total | | $2,132,450.78 | | |

{698.001-W0011437.}