# EXHIBIT F

## TRANSFERS DURING PREFERENCE PERIOD

Defendant:                Harry A. Amsden
Bankruptcy Case:          In Re: Tribune Company, et al., Debtors
Preference Period:        December 8, 2007 – December 8, 2008

| Transferor | Form of Transfer/ Check No. | Amount | Date | Basis for Transfer |
|---|---|---|---|---|
| Tribune Company/Tribune Company/Tribune Publishing Company | ACH/3902954 | $150,000.00 | 12/27/2007 | Success Bonus |
| Tribune Company/Tribune Company/Tribune Publishing Company | ACH/3902954 | $717,323.57 | 12/27/2007 | Restricted Stock Units |
| Total | | $867,323.57 | | |

## TRANSFERS DURING PREFERENCE PERIOD

| Defendant: | Stephen D. Carver |
| Bankruptcy Case: | In Re: Tribune Company, et al., Debtors |
| Preference Period: | December 8, 2007 – December 8, 2008 |

| Transferor | Form of Transfer/ Check No. | Amount | Date | Basis for Transfer |
| --- | --- | --- | --- | --- |
| Tribune Company/The Hartford Courant Company | ACH/3904099 | $512,710.44 | 12/27/2007 | Restricted Stock Units |
| Total | | $512,710.44 | | |

TRANSFERS DURING PREFERENCE PERIOD

Defendant:             Robert J. Gremillion
Bankruptcy Case:       In Re: Tribune Company, et al., Debtors
Preference Period:     December 8, 2007 – December 8, 2008

| Transferor | Form of Transfer/ Check No. | Amount | Date | Basis for Transfer |
|---|---|---|---|---|
| Tribune Company/Tribune Publishing Company | ACH/3902951 | $250,000.00 | 12/27/2007 | Success Bonus |
| Tribune Company/Tribune Publishing Company | ACH/3902951 | $1,485,638.63 | 12/27/2007 | Restricted Stock Units |
| Total | | $1,735,638.63 | | |

## TRANSFERS DURING PREFERENCE PERIOD

| | |
|---|---|
| Defendant: | **David Dean Hiller** |
| Bankruptcy Case: | In Re: Tribune Company, et al., Debtors |
| Preference Period: | December 8, 2007 – December 8, 2008 |

| Transferor | Form of Transfer/ Check No. | Amount | Date | Basis for Transfer |
|---|---|---|---|---|
| Tribune Company/LA Times Communications LLC (Tribune Los Angeles, Inc.) | ACH/3903595 | $3,972,558.38 | 12/27/2007 | Deferred Bonus |
| Tribune Company/LA Times Communications LLC (Tribune Los Angeles, Inc.) | ACH/3903595 | $2,328,067.03 | 12/27/2007 | Restricted Stock Units |
| Tribune Company/LA Times Communications LLC (Tribune Los Angeles, Inc.) | Check/1120029 | $3,960,000.00 | 8/8/2008 | Executive Transition |
| Tribune Company/LA Times Communications LLC (Tribune Los Angeles, Inc.) | Check/1117911 | $918,570.48 | 7/25/2008 | Excise Tax Gross Up |
| Tribune Company/LA Times Communications LLC (Tribune Los Angeles, Inc.) | Check/1120029 | $2,131,952.69 | 8/8/2008 | Excise Tax Gross Up |
| Tribune Company/LA Times Communications LLC (Tribune Los Angeles, Inc.) | Check/1117911 | $2,083,333.33 | 7/25/2008 | Phantom Equity |
| Total | | $15,394,481.91 | | |

## TRANSFERS DURING PREFERENCE PERIOD

| Defendant: | Irving L. Quimby Jr. |
| Bankruptcy Case: | In Re: Tribune Company, et al., Debtors |
| Preference Period: | December 8, 2007 – December 8, 2008 |

| Transferor | Form of Transfer/ Check No. | Amount | Date | Basis for Transfer |
|---|---|---|---|---|
| Tribune Company/Homestead Publishing Company | ACH/3904313 | $74,668.37 | 12/27/2007 | Restricted Stock Units |
| Total | | $74,668.37 | | |

{698.001-W0011450.}

## TRANSFERS DURING PREFERENCE PERIOD

Defendant:               **John E. Reardon**
Bankruptcy Case:     In Re: Tribune Company, et al., Debtors
Preference Period:    December 8, 2007 – December 8, 2008

| Transferor | Form of Transfer/ Check No. | Amount | Date | Basis for Transfer |
|---|---|---|---|---|
| Tribune Company/Tribune Broadcasting Company | ACH/3903307 | $334,132.06 | 12/27/2007 | Deferred Bonus |
| Tribune Company/Tribune Broadcasting Company | ACH/3903307 | $200,000.00 | 12/27/2007 | Success Bonus |
| Tribune Company/Tribune Broadcasting Company | ACH/3903307 | $2,005,264.96 | 12/27/2007 | Restricted Stock Units |
| Tribune Company/Tribune Broadcasting Company | Manual Check/1014043 | $3,708,000.00 | 2/29/2008 | Executive Transition |
| Tribune Company/Tribune Broadcasting Company | Check/1087309 | $628,022.81 | 2/22/2008 | Excise Tax Gross Up |
| Tribune Company/Tribune Broadcasting Company | Manual Check/1014043 | $1,788,244.15 | 2/29/2008 | Excise Tax Gross Up |
| Tribune Company/Tribune Broadcasting Company | Check/1087309 | $1,500,000.00 | 2/22/2008 | Phantom Equity |
| **Total** | | **$10,163,663.98** | | |

{698.001-W0011450.}

## TRANSFERS DURING PREFERENCE PERIOD

| Defendant: | **Scott C. Smith** |
|---|---|
| Bankruptcy Case: | In Re: Tribune Company, et al., Debtors |
| Preference Period: | December 8, 2007 – December 8, 2008 |

| Transferor | Form of Transfer/ Check No. | Amount | Date | Basis for Transfer |
|---|---|---|---|---|
| Tribune Company/Tribune Publishing Company | ACH/3902952 | $500,052.99 | 12/27/2007 | Deferred Bonus |
| Tribune Company/Tribune Publishing Company | ACH/3902952 | $2,665,784.27 | 12/27/2007 | Restricted Stock Units |
| Tribune Company/Tribune Publishing Company | ACH/4182344 | $4,619,940.00 | 8/1/2008 | Executive Transition |
| Tribune Company/Tribune Publishing Company | Check/1115739 | $780,176.01 | 7/11/2008 | Excise Tax Gross Up |
| Tribune Company/Tribune Publishing Company | ACH/4182344 | $1,759,555.60 | 8/1/2008 | Excise Tax Gross Up |
| Tribune Company/Tribune Publishing Company | Check/1115739 | $2,083,333.33 | 7/11/2008 | Phantom Equity |
| Total | | $12,408,842.20 | | |

{698.001-W0011450.}

## TRANSFERS DURING PREFERENCE PERIOD

Defendant:                 John J. Vitanovec
Bankruptcy Case:           In Re:  Tribune Company, et al., Debtors
Preference Period:         December 8, 2007 – December 8, 2008

| Transferor | Form of Transfer/ Check No. | Amount | Date | Basis for Transfer |
|---|---|---|---|---|
| Tribune Company/Tribune Broadcasting Company | ACH/3903308 | $1,296,095.15 | 12/27/2007 | Deferred Bonus |
| Tribune Company/Tribune Broadcasting Company | ACH/3903308 | $300,000.00 | 12/27/2007 | Success Bonus |
| Tribune Company/Tribune Broadcasting Company | ACH/3903308 | $1,181,038.87 | 12/27/2007 | Restricted Stock Units |
| Tribune.Company/Tribune Broadcasting Company | ACH/4259228 | $1,981,450.00 | 9/26/2008 | Executive Transition |
| Tribune Company/Tribune Broadcasting Company | ACH/4241251 | $500,782.38 | 9/12/2008 | Excise Tax Gross Up |
| Tribune Company/Tribune Broadcasting Company | ACH/4259228 | $1,003,841.32 | 9/26/2008 | Excise Tax Gross Up |
| Tribune Company/Tribune Broadcasting Company | ACH/4241251 | $1,250,000.00 | 9/12/2008 | Phantom Equity |
| Total | | $7,513,207.72 | | |

{698.001-W0011450.}

## TRANSFERS DURING PREFERENCE PERIOD

| Defendant: | Kathleen M. Waltz |
| Bankruptcy Case: | In Re: Tribune Company, et al., Debtors |
| Preference Period: | December 8, 2007 – December 8, 2008 |

| Transferor | Form of Transfer/ Check No. | Amount | Date | Basis for Transfer |
|---|---|---|---|---|
| Tribune Company/Orlando Sentinel Communications Company | ACH/3903188 | $537,362.52 | 12/27/2007 | Deferred Bonus |
| Tribune Company/Orlando Sentinel Communications Company | ACH/3903188 | $100,000.00 | 12/27/2007 | Success Bonus |
| Tribune Company/Orlando Sentinel Communications Company | ACH/3903188 | $1,038,148.83 | 12/27/2007 | Restricted Stock Units |
| Tribune Company/Orlando Sentinel Communications Company | Manual Check/1010891 | $1,636,800.00 | 3/10/2008 | Executive Transition |
| Tribune Company/Orlando Sentinel Communications Company | Check/1088627 | $416,667.00 | 2/29/2008 | Phantom Equity |
| Total | | $3,728,978.35 | | |

{698.001-W0011450.}

TRANSFERS DURING PREFERENCE PERIOD

Defendant: **David D. Williams**
Bankruptcy Case: In Re: Tribune Company, et al., Debtors
Preference Period: December 8, 2007 – December 8, 2008

| Transferor | Form of Transfer/ Check No. | Amount | Date | Basis for Transfer |
|---|---|---|---|---|
| Tribune Company/Tribune Media Services, Inc. | ACH/3903219 | $1,504,438.76 | 12/27/2007 | Deferred Bonus |
| Tribune Company/Tribune Media Services, Inc. | ACH/3903219 | $429,507.67 | 12/27/2007 | Restricted Stock Units |
| **Total** | | **$1,933,946.43** | | |

{698.001-W0011450.}

## TRANSFERS DURING PREFERENCE PERIOD

| Defendant: | John D. Worthington IV |
| Bankruptcy Case: | In Re: Tribune Company, et al., Debtors |
| Preference Period: | December 8, 2007 – December 8, 2008 |

| Transferor | Form of Transfer/ Check No. | Amount | Date | Basis for Transfer |
|---|---|---|---|---|
| Tribune Company/Homestead Publishing Company | ACH/3904314 | $42,693.00 | 12/27/2007 | Restricted Stock Units |
| **Total** | | **$42,693.00** | | |

{698.001-W0011450.}