# EXHIBIT G

## TRANSFERS DURING PREFERENCE PERIOD

Defendant:                  Thomas S. Finke
Bankruptcy Case:            In Re:  Tribune Company, et al., Debtors
Preference Period:          December 8, 2007 – December 8, 2008

| Transferor | Form of Transfer/ Check No. | Amount | Date | Basis for Transfer |
|---|---|---|---|---|
| Tribune Company | ACH/3903248 | $ 377,461.95 | 12/27/2007 | Restricted Stock Units |
| Total | | $ 377,461.95 | | |

f698 001-W0011468.}

## TRANSFERS DURING PREFERENCE PERIOD

Defendant:        **Timothy J. Landon**
Bankruptcy Case:  In Re:  Tribune Company, et al., Debtors
Preference Period: December 8, 2007 – December 8, 2008

| Transferor | Form of Transfer/ Check No. | Amount | Date | Basis for Transfer |
|---|---|---|---|---|
| Tribune Company | ACH/3903250 | $ 300,000.00 | 12/27/2007 | Success Bonus |
| Tribune Company | ACH/3903250 | $ 1,605,284.50 | 12/27/2007 | Restricted Stock Units |
| Tribune Company | ACH/3992031 | $ 1,826,000.00 | 3/7/2008 | Executive Transition |
| Tribune Company | Check/1088625 | $ 644,746.76 | 2/29/2008 | Excise Tax Gross Up |
| Tribune Company. | ACH/3992031 | $ 937,288.50 | 3/7/2008 | Excise Tax Gross Up |
| Tribune Company | Check/1088625 | $ 1,666,666.67 | 2/29/2008 | Phantom Equity |
| Total | | $ 6,979,986.43 | | |

6698.001-W0011468.3

## TRANSFERS DURING PREFERENCE PERIOD

| Defendant: | Richard H. Malone |
| Bankruptcy Case: | In Re: Tribune Company, et al., Debtors |
| Preference Period: | December 8, 2007 – December 8, 2008 |

| Transferor | Form of Transfer/ Check No. | Amount | Date | Basis for Transfer |
|---|---|---|---|---|
| Tribune Company | ACH/3903252 | $ 587,690.66 | 12/27/2007 | Restricted Stock Units |
| Tribune Company | ACH/4100992 | $ 1,200,000.00 | 5/30/2008 | Executive Transition |
| Total | | $ 1,787,690.66 | | |

{698.001-W0011468.}