UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION<br><br>------------------------------------------<br><br>THIS DOCUMENT RELATES TO:<br>ALL MATTERS | Consolidated Multidistrict Litigation<br>11 MD 2296 (RJS)<br>12 MC 2296 (RJS)<br><br>**NOTICE OF SUBSTITUTION<br>OF COUNSEL** |

**PLEASE TAKE NOTICE** that Eugene J. Geekie, Jr. of the law firm of Freeborn & Peters LLP hereby enters its appearance as proposed counsel for defendants Charles T. Brumback, Kimberly C. Brumback and Brumback Family, LLC, replacing Jeffrey David Eaton, Susan P. Persichilli and Louis T. DeLucia, of the law firm of Schiff Hardin LLP, who hereby withdraw as counsel of record for the heretofore named Defendants and shall have no further responsibility in this matter. Please take further notice that the undersigned hereby requests that all pleadings, notices, orders, and other papers given or filed in the above-captioned matter be given and served upon the following person at the address, telephone number, and e-mail address indicated below:

Eugene J. Geekie, Jr.
Freeborn & Peters LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606-6677
Tel: (312) 360-6824
Fax: (312) 360-6573
egeekie@freeborn.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-7-13

Dated: September 30, 2013
By: _____
Eugene J. Geekie, Jr.
Freeborn & Peters LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606-6677
Tel: (312) 360-6824

By: _____
Susan P. Persichilli
Schiff Hardin LLP
666 Fifth Avenue, 17th Floor
New York, New York 10103
Tel: (212) 745-9533

So Ordered:
_____
.S.D.J.
Dated: 10/7/13

2941500v1/29443-0001