USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-25-13

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Case No. 11-md-2296-RJS |
| THIS DOCUMENT RELATES TO | |
| Official Committee of Unsecured Creditors of the Tribune Company v. Fitzsimons, et al. | Case No. 12-cv-02652 |
| Deutsche Bank Trust Company Americas, et al. v. Sowood Alpha Fund LP, et al. | Case No. 11-cv-09586-RJS |

## NOTICE AND ORDER OF SUBSTITUTION OF COUNSEL

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Courtney Slatten Katzenstein of Fulbright & Jaworski LLP hereby certifies that she is admitted to practice before this Court, enters her appearance as counsel of record for defendant Maple Partners America Inc. in the above-captioned matter and request that copies of all papers in this action be served upon the address set forth below.

PLEASE TAKE FURTHER NOTICE that Stewart D. Aaron of Arnold & Porter LLP, hereby withdraws as counsel for defendant Maple Partners America Inc. in the above-captioned matter.

57347829.1

PLEASE TAKE FURTHER NOTICE that Erik Christopher Walsh is no longer an attorney with Arnold & Porter LLP.

---

Stewart D. Aaron, Esq.
Arnold & Porter LLP
339 Park Avenue
New York, New York 10022
T: (212) 715-1000
F: (212) 715-1399

*Former Attorney for Defendant Maple Partners America Inc.*

---

Courtney Statten Katzenstein, Esq.
Fulbright & Jaworski LLP
666 Fifth Avenue
New York, New York 10103-3198
T: (212) 318-3000
F: (212) 318-3400

*Attorneys for Defendant Maple Partners America Inc.*

Dated: October 9, 2013

The substitution of counsel is hereby approved.

IT IS SO ORDERED    Dated: 10/25/13

_____
United States District Judge

57347829.1