UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Litigation<br><br>Case No. 11-MD-2296 (RJS) |
| THIS DOCUMENT RELATES TO:<br><br>MARC S. KIRSCHNER, as Litigation Trustee for the Tribune Litigation Trust,<br><br>　　　　　　　　　*Plaintiff*<br>　　v.<br><br>DENNIS J. FITZSIMONS, *et al.*,<br><br>　　　　　　　　　*Defendants.* | Case No. 12-CV-02652 (RJS) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Richard E. Rosberger, of Rottenberg Lipman Rich, P.C., hereby enters his appearance in the above-captioned action as counsel of record for defendant Matt J. Wollman Revocable Trust, Matt J. Wollman, Trustee.  I certify that I am admitted to practice in this Court and hereby request that all notices, pleadings and other documents served or filed in this case be served at the address set forth below.  This appearance is without waiver of any defenses or arguments of Matt J. Wollman Revocable Trust, Matt J. Wollman, Trustee, including, without limitation, those based on insufficient service of process and lack of personal jurisdiction, all of which are specifically reserved.

Dated: New York, New York
February 25, 2014

ROTTENBERG LIPMAN RICH, P.C.

By: _____
Richard E. Rosberger
369 Lexington Avenue, 16th Floor
New York, New York 10017
rrosberger@rlrpclaw.com
(212) 661-3080
*Attorneys for Defendant*
*Matt J. Wollman Revocable Trust, Matt J.*
*Wollman, Trustee*