**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------ x
:
IN RE: TRIBUNE COMPANY FRAUDULENT  :  Case No. 11-md-2296 (RJS)
CONVEYANCE LITIGATION  :
:
------------------------------------ x
:
MARC S. KIRSCHNER, as Litigation Trustee  :
for the Tribune Litigation Trust,  :
:
        Plaintiff,  :  Case No. 1:12-cv-02652 (RJS)
:
  v.  :
:
DENNIS J. FITZSIMONS, *et al.*,  :  **NOTICE OF APPEARANCE**
:
        Defendants.  :
------------------------------------ x

      PLEASE TAKE NOTICE that the undersigned hereby respectfully appears as counsel for defendant General Electric Company, in the above-captioned action.  The undersigned requests that copies of all notices given or required to be given in this case, be given to and served upon:

        Covington & Burling LLP
        The New York Times Building
        620 Eighth Avenue
        New York, NY  10018
        Attention:   Dianne F. Coffino
        Facsimile:   212-841-1010
        E-mail:   dcoffino@cov.com

This request includes, without limitation, all notices, applications, motions, orders, pleadings, requests, lists, complaints and discovery demands, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, facsimile, telecopier, electronic file transfer, telegraph, telex or otherwise.

2

This appearance is without prejudice to any defenses or positions that General Electric Company may have, all of which are specifically reserved.

Dated:  March 7, 2014

**COVINGTON & BURLING LLP**

By: */s/ Dianne F. Coffino*
    Dianne F. Coffino

The New York Times Building
620 Eighth Avenue
New York, NY  10018
Telephone: 212-841-1000
Email: dcoffino@cov.com

*Counsel for General Electric Company*