*1301 Avenue of the Americas*
*21st Floor*
*New York, New York 10019*
*Main: 212 907-9700*
*Fax: 212 907-9800*
*www.sgrlaw.com*

# SMITH, GAMBRELL & RUSSELL, LLP
*Attorneys at Law*

*John G. McCarthy*
*Direct Tel: 212-907-9703*
*Direct Fax: 212-907-9803*
*JMcCarthy@sgrlaw.com*

August 22, 2014

Honorable Richard J. Sullivan
U.S. District Court of the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re:  Tribune Company Fradulance Conveyance,
     Kirschner v. FitzSimons (11 MD 2296 and 12 CV 26520)

Dear Judge Sullivan:

I have appeared in the above cases for defendant Gwinnett County Board of Education Retirement System.

On June 23, 2014, the Plaintiff filed the Notice of Voluntary Dismissal and was So-Ordered by Your Honor on June 23, 2014 (Docket No. 4636). I therefore respectfully request that Your Honor order the Clerk of the Court to remove me from the ECF Service List.

Respectfully yours,

John G. McCarthy

JGM/aeh



*Atlanta, Georgia | Frankfurt, Germany | Jacksonville, Florida | New York, New York | Washington, D.C.*

SGR/12265731.1