IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Action<br>11 MD 2296 (RJS)<br><br>ECF Case |
| THIS DOCUMENT RELATES TO:<br><br>MARC S. KIRSCHNER, as Litigation Trustee for the TRIBUNE LITIGATION TRUST,<br>                    *Plaintiff*,<br>          -against-<br><br>DENNIS J. FITZSIMONS, *et al.*,<br>                    *Defendants*. | No. 12 CV 2652 (RJS) |

**NOTICE OF PLAINTIFF'S MOTION TO COMPEL**

Please take notice that upon the accompanying Declaration of William F. Mongan in Support of the Motion and the accompanying memorandum of law, Plaintiff Marc S. Kirschner, as Litigation Trustee ("Plaintiff" or the "Trustee") for the Tribune Litigation Trust, through his undersigned counsel, respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 37, for entry of an order directing Respondents to produce the documents currently withheld as privileged.

Pursuant to the Court's Order of November 29, 2017 [ECF No. 7201], Respondents are required to file any opposition to the motion by January 8, 2018.

Dated: December 15, 2017
New York, New York

                                              Respectfully submitted,

| **FRIEDMAN KAPLAN SEILER & ADELMAN LLP** | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
|---|---|
| By:  /S/ Robert J. Lack<br>Robert J. Lack<br>Jeffrey R. Wang<br>Christopher M. Colorado<br>7 Times Square<br>New York, NY 10036<br>Tel: (212) 833-1100<br>rlack@fklaw.com<br>jwang@fklaw.com<br>ccolorado@fklaw.com | By:  /S/ David M. Zensky<br>David M. Zensky<br>William F. Mongan<br>One Bryant Park<br>New York, NY 10036<br>Tel: (212) 872-1000<br>dzensky@akingump.com<br>wmongan@akingump.com |