

EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Action<br>11 MD 2296 (RJS) |
| THIS DOCUMENT RELATES TO:<br><br>MARC S. KIRSCHNER, AS LITIGATION TRUSTEE FOR THE TRIBUNE LITIGATION TRUST v. DENNIS J. FITZSIMONS, et al. | 12 CV 2652 (RJS) |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1) and the terms, conditions, and limitations of a Settlement Agreement, dated May 7, 2018, between the parties, Plaintiff Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust, hereby gives notice that he is dismissing the above-entitled action with prejudice solely against the defendant or defendants listed below:

- LAWRENCE H BURKS

Dated: May 16, 2018

Respectfully submitted,

David Zensky, Esq.
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036-6745
Phone: (212) 872-1000
Fax: (212) 872-1002

*Counsel for Plaintiff Marc S. Kirschner,
as Litigation Trustee for the Tribune Litigation Trust*

SO ORDERED:
Dated: 5/17/18
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE