UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust    Plaintiff,

-against-

Dennis J. FitzSimons, et al.    Defendant.

---

Case No. 1:12-cv-02652-DLC

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Alan Joseph Stone
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: AS2045          My State Bar Number is: 2220077

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Milbank, Tweed, Hadley & McCloy LLP
             FIRM ADDRESS: 28 Liberty Street, New York, NY 10005
             FIRM TELEPHONE NUMBER: (212) 530-5000
             FIRM FAX NUMBER: (212) 530-5219

NEW FIRM:    FIRM NAME: Milbank LLP
             FIRM ADDRESS: 55 Hudson Yards, New York, NY 10001
             FIRM TELEPHONE NUMBER: (212) 530-5000
             FIRM FAX NUMBER: (212) 530-5219

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: February 22, 2019          /s/ Alan J. Stone
                                  ATTORNEY'S SIGNATURE