UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Action<br>No. 11 MD 2296 (DLC) |
| THIS DOCUMENT RELATES TO:<br><br>MARC S. KIRSCHNER, as Litigation Trustee for the TRIBUNE LITIGATION TRUST,<br><br>*Plaintiff*,<br><br>-against-<br><br>DENNIS J. FITZSIMONS, *et al.*,<br><br>*Defendants*. | No. 12 CV 2652 (DLC) |
| MARC S. KIRSCHNER, as Litigation Trustee for the TRIBUNE LITIGATION TRUST,<br><br>*Plaintiff*,<br><br>- against -<br><br>CITIGROUP GLOBAL MARKETS INC. and MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED,<br><br>*Defendants*. | No. 12 CV 6055 (DLC) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF
ALL CLAIMS AGAINST CITIGROUP GLOBAL MARKETS INC.
AND MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED**

Pursuant to Federal Rule of Civil Procedure 41(a)(1) and the Settlement Agreement and Release, dated as of November 1, 2021 [11 MD 2296 ECF No. 8263, Ex. 1], Plaintiff Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust, hereby gives notice that he is dismissing all claims in the above actions against Citigroup Global Markets Inc. and Merrill Lynch, Pierce, Fenner & Smith Incorporated with prejudice and without costs or attorneys' fees to any party.

*So ordered.*

*[signature]*
*12/10/21*

3632398.1

Dated: New York, New York
November 29, 2021

s/ Robert J. Lack
FRIEDMAN KAPLAN SEILER &
ADELMAN LLP
Robert J. Lack (rlack@fklaw.com)
Jeffrey R. Wang (jwang@fklaw.com)
7 Times Square
New York, NY 10036-6516
(212) 833-1100

*Counsel to Plaintiff Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust*

SO ORDERED.

Dated: New York, New York
_____, 2021

_____
THE HONORABLE DENISE L. COTE
UNITED STATES DISTRICT JUDGE

2

3632398.1