UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Action No. 11 MD 2296 (DLC) |
| THIS DOCUMENT RELATES TO:<br><br>MARC S. KIRSCHNER, as Litigation Trustee for the TRIBUNE LITIGATION TRUST,<br><div align="center">*Plaintiff*,</div><br>-against-<br><br>DENNIS J. FITZSIMONS, *et al.*,<br><div align="center">*Defendants*.</div> | No. 12 CV 2652 (DLC) |

<div align="center">

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF**
**<u>ALL CLAIMS AGAINST VALUATION RESEARCH CORPORATION</u>**

</div>

Pursuant to Federal Rule of Civil Procedure 41(a)(1) and the Settlement Agreement and Release, dated as of November 22, 2021, Plaintiff Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust, hereby gives notice that he is dismissing all claims in the above action against Valuation Research Corporation with prejudice and without costs or attorneys' fees to any party.

Dated: New York, New York
   December 20, 2021

<div align="right">

s/ Robert J. Lack   
FRIEDMAN KAPLAN SEILER &
ADELMAN LLP
Robert J. Lack (rlack@fklaw.com)
Jeffrey R. Wang (jwang@fklaw.com)
7 Times Square
New York, NY 10036-6516
(212) 833-1100

*Counsel to Plaintiff Marc S. Kirschner, as Litigation*
*Trustee for the Tribune Litigation Trust*

</div>

3635686.1

SO ORDERED.

Dated:  New York, New York
        _____, 2021

                                    _____
                                    THE HONORABLE DENISE L. COTE
                                    UNITED STATES DISTRICT JUDGE

2

3635686.1