**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x
                                 :

IN RE: TRIBUNE COMPANY FRAUDULENT   :
CONVEYANCE LITIGATION
                                 :

This Document Relates to:               :

                                 :

     12 Civ. 2652                 :      11 MDL 2296
                                 :      12 MC 2296

------------------------------------x

## MOTION AND ~~[PROPOSED]~~ ORDER TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that, upon the annexed declaration of Daniel Goldman, and

subject to the approval of the Court, Daniel Goldman hereby withdraws as counsel for Defendants

Steven Sosnick and Master Trust for Certain Tax Qualified Retirement Plans of Bechtel

Corporation (incorrectly sued as Bechtel Corporation Trust and Thrift Plan), and shall be

removed from the CM/ECF notification list in the above-captioned matter.

Dated:     August 29, 2022

                                      PETRILLO KLEIN & BOXER LLP

                                      By: */s/ Daniel Goldman*
                                      Daniel Goldman
                                      655 Third Avenue, 22nd Floor
                                      New York, New York 10017
                                      (212) 370-0336
                                      dgoldman@pkbllp.com

                                    *Attorney for Defendants Steven Sosnick and Master*
                                    *Trust for Certain Tax Qualified Retirement Plans of*
                                    *Bechtel Corporation*

SO ORDERED: _____

                       5/29/23